UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES JONES, 362351,

    Petitioner,

                                  CASE NO. 2:15-cv-13010

v.

                                  HON. SEAN F. COX

MARY BERGHUIS,

                                  MAG. ANTHONY P. PATTI

    Respondent.

_____/

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:    JAMES JONES #362351
           EARNEST C. BROOKS CORRECTIONAL FACILITY
           2500 S. SHERIDAN DRIVE
           MUSKEGON HEIGHTS, MI  49444

    PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

          Respectfully submitted,

          BILL SCHUETTE
          Attorney General

          s/ <u>Elizabeth M. Rivard</u>

          Assistant Attorney General
          Criminal Appellate Division
          P.O. Box 30217
          Lansing, MI  48909
          (517) 373-4875
          rivarde@michigan.gov
          P74802

Dated: February 29, 2016

# Index of Record
2:15-cv-13010

1. Wayne County Register of Actions 01- 013853-01-FC

2. 12-05-2001 Transcript

3. 12-18-2001 Transcript

4. 01-11-2002 Transcript

5. 03-08-2002 Transcript

6. 04-05-2002 Transcript

7. 05-20-2002 Transcript

8. 05-21-2002 Transcript

9. 05-22-2002 Transcript

10. 06-20-2002 Transcript

11. 05-08-2003 Motion for New Trial and Ginther Hearing

12. 05-21-2003 People's Response to Motion for New Trial and Ginther Hearing

13. 05-22-2003 Affidavit of Diane Jones

14. 05-22-2003 Affidavit of Juanita James

15. 06-27-2003 Transcript

16. 12-19-2003 Transcript

17. 05-24-2013 Motion for Relief from Judgment

18. 08-08-2013 Order Denying Motion for Relief from Judgment

19. 01-15-2014 Memoranda Opinion and Order Denying Motion for New Trial

20. Michigan Court of Appeals 244062

21. Michigan Supreme Court 127970

22. Michigan Court of Appeals 320777

23. Michigan Supreme Court 149287

## Certificate of Service

I hereby certify that on February 29, 2016, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    HONORABLE SEAN F. COX
    MAGISTRATE JUDGE ANTHONY P. PATTI

and I hereby certify that Jessie Kanady has mailed by United States Postal Service the papers to the following non-ECF participant:

    JAMES JONES #362351
    EARNEST C. BROOKS CORRECTIONAL FACILITY
    2500 S. SHERIDAN DRIVE
    MUSKEGON HEIGHTS, MI  49444

    BILL SCHUETTE
    Attorney General

    s/ Elizabeth M. Rivard

    Assistant Attorney General
    Criminal Appellate Division
    P.O. Box 30217
    Lansing, MI  48909
    (517) 373-4875
    rivarde@michigan.gov
    P74802