# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 01-013853-01-FC

*handwritten:* ACH-2015-012101GA Filed 10 trans sent

| | | |
|---|---|---|
| State of Michigan vs. James Alfred Jones | Location: | Criminal Division |
| | Judicial Officer: | Hathaway, Dana Margaret |
| | Filed on: | 12/04/2001 |
| | Case Number History: | 01069486-01 |
| | | 01126599-01 |
| | Case Tracking Number: | 01126599-01 |

### CASE INFORMATION

| Offense | Deg | Date | | |
|---|---|---|---|---|
| 1. Homicide - Murder First Degree - Premeditated | | 11/18/2001 | Case Type: | Capital Felonies |
| Arrest: DPHOM - Detroit Pd Homicide | | | Case Status: | 08/08/2013 Final |
| 2. Assault With Intent to Murder | | 11/18/2001 | | |
| Arrest: DPHOM - Detroit Pd Homicide | | | | |
| 3. Weapons - Firearms - Possession By Felon | | 11/18/2001 | | |
| Arrest: DPHOM - Detroit Pd Homicide | | | | |
| 4. Weapons Felony Firearm | | 11/18/2001 | | |
| Arrest: DPHOM - Detroit Pd Homicide | | | | |
| 5. Assault With Intent to Murder | | 11/18/2001 | | |
| Arrest: DPHOM - Detroit Pd Homicide | | | | |
| 6. Assault With Intent to Murder | | 11/18/2001 | | |
| Arrest: DPHOM - Detroit Pd Homicide | | | | |

**Statistical Closures**
05/22/2002  Jury Verdict

### PARTY INFORMATION

| | | | *Lead Attorneys* |
|---|---|---|---|
| Plaintiff | State of Michigan | | Bernacki, Frank J. |
| | | | (734) 455-5409(W) |
| Defendant | Jones, James Alfred | | McCann, Jacqueline J. |
| | *Also Known As* Baldwin, Dario | | *Retained* |
| | Black Male Height 6' 9" Weight 170 | | (313) 256-9833(W) |
| | SID: MI1771132M | | |
| | Other Agency Number: 550336 Detroit Police Identification Number | | |
| Appellate Attorney | Office, Appellate Defenders | | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 11/18/2001 | **Arraignment On Warrant** (Judicial Officer: Baylor, Margaret E)<br>Resource: Court Rpt/Rec 1339 Williams, Bradly<br>*Held* | |
| 11/18/2001 | **Plea** (Judicial Officer: Baylor, Margaret E)<br>3. Weapons - Firearms - Possession By Felon<br>   Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>4. Weapons Felony Firearm<br>   Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>1. Homicide - Murder First Degree - Premeditated<br>   Defendant Stand Mute: Plea of Not Guilty Entered by Court<br>2. Assault With Intent to Murder<br>   Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 11/18/2001 | Recommendation for Warrant | |
| 11/18/2001 | Remanded Without Bond | |

## THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 01-013853-01-FC

| Date | Action |
|---|---|
| 11/18/2001 | Filed |
| 11/18/2001 | Warrant Signed |
| 11/18/2001 | Appearances by a Retained Attorney Filed |
| 11/18/2001 | **Interim Condition for Jones, James Alfred** (Judicial Officer: Baylor, Margaret E) - Remand |
| 11/29/2001 | **Preliminary Exam** (Judicial Officer: Bradfield, David) Resource: Court Rpt/Rec CRBJ182 Jordan, Brenda *Adjourned: At The Request Of The Prosecution* |
| 11/29/2001 | Motion for a Continuance Filed/Signed |
| 11/29/2001 | Signed And Filed |
| 11/29/2001 | Appearances by a Retained Attorney Filed |
| 12/04/2001 | **Preliminary Exam** (Judicial Officer: Archer, Trudy Duncombe) Resource: Court Rpt/Rec CRFJ183 Jordan, Felicia *Held: Bound Over* |
| 12/04/2001 | Bound Over |
| 12/04/2001 | Motion To Add A Count On Information |
| 12/04/2001 | Filed |
| 12/04/2001 | Appearance By A Retained Attorney Filed |
| 12/04/2001 | Trial Docket |
| 12/04/2001 | Filed |
| 12/13/2001 | Case Assignment to AOI Docket |
| 12/18/2001 | **Arraignment On Information** (Judicial Officer: Jackson, Thomas E.) Resource: Court Rpt/Rec 2602 Shah, Clara *Held* |
| 12/18/2001 | **Disposition Conference** (Judicial Officer: Jackson, Thomas E.) Resource: Court Rpt/Rec 2602 Shah, Clara *Held* |
| 01/11/2002 | **Calendar Conference** (Judicial Officer: Jackson, Thomas E.) Resource: Court Rpt/Rec 2602 Shah, Clara *Held* |
| 03/08/2002 | **Evidentiary Hearing** (Judicial Officer: Jackson, Thomas E.) Resource: Court Rpt/Rec 2602 Shah, Clara *In Progress* |
| 04/05/2002 | **Evidentiary Hearing** (Judicial Officer: Jackson, Thomas E.) Resource: Court Rpt/Rec 2602 Shah, Clara *Held* |
| 05/20/2002 | **Jury Trial** (Judicial Officer: Jackson, Thomas E.) |

|            |                                                                                                                                                                     |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Resource: Court Rpt/Rec 2602 Shah, Clara<br>*In Progress*                                                                                                           |
| 05/21/2002 | **Jury Trial** (Judicial Officer: Jackson, Thomas E.)<br>Resource: Court Rpt/Rec 2602 Shah, Clara<br>*In Progress*                                                  |
| 05/22/2002 | **Jury Trial** (Judicial Officer: Jackson, Thomas E.)<br>Resource: Court Rpt/Rec 2602 Shah, Clara<br>*Held*                                                         |
| 05/22/2002 | Found Guilty By Jury                                                                                                                                                |
| 05/22/2002 | **Disposition** (Judicial Officer: Jackson, Thomas E.)<br>3. Weapons - Firearms - Possession By Felon<br>   Found Guilty by Jury<br>4. Weapons Felony Firearm<br>   Found Guilty by Jury<br>1. Homicide - Murder First Degree - Premeditated<br>   Found Guilty by Jury<br>2. Assault With Intent to Murder<br>   Found Guilty by Jury<br>5. Assault With Intent to Murder<br>   Found Guilty by Jury<br>6. Assault With Intent to Murder<br>   Found Guilty by Jury |
| 05/22/2002 | Refer To Probation For A Report                                                                                                                                     |
| 06/20/2002 | **Sentencing** (Judicial Officer: Jackson, Thomas E.)<br>Resource: Court Rpt/Rec 2602 Shah, Clara<br>*Held*                                                         |
| 06/20/2002 | **Sentence** (Judicial Officer: Jackson, Thomas E.)<br>3. Weapons - Firearms - Possession By Felon<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, CONSEC TO CT.6, 06/20/2002, Active 06/20/2002<br>   State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 6/20/2002<br>      Term: 2 Yr 0 Mo 0 Days to 5 Yr 0 Mo 0 Days<br>4. Weapons Felony Firearm<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, 218 DAYS CREDIT, 06/20/2002, Active 06/20/2002<br>   State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 6/20/2002<br>      Term: 2 Yr 0 Mo 0 Days to 2 Yr 0 Mo 0 Days<br>1. Homicide - Murder First Degree - Premeditated<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, CONSEC TO CT.6, 06/20/2002, Active 06/20/2002<br>2. Assault With Intent to Murder<br>   Prison Sentence<br>   Condition - Adult:<br>      1. Adult Criminal Sentence, CONSEC TO CT.6, 06/20/2002, Active 06/20/2002<br>   State Confinement:<br>      Agency: Michigan Department of Corrections |

        Effective 6/20/2002
        Term: 4 Yr 3 Mo 0 Days to 25 Yr 0 Mo 0 Days
   5. Assault With Intent to Murder
     Prison Sentence
     Condition - Adult:
       1. Adult Criminal Sentence, CONSEC TO CT.6, 06/20/2002, Active 06/20/2002
     State Confinement:
       Agency: Michigan Department of Corrections
       Effective 6/20/2002
       Term: 14 Yr 3 Mo 0 Days to 25 Yr 0 Mo 0 Days
   6. Assault With Intent to Murder
     Prison Sentence
     Condition - Adult:
       1. Adult Criminal Sentence, CONSEC TO CT.6, 06/20/2002, Active 06/20/2002
     State Confinement:
       Agency: Michigan Department of Corrections
       Effective 6/20/2002
       Term: 14 Yr 3 Mo 0 Days to 25 Yr 0 Mo 0 Days

| Date | Action |
|---|---|
| 09/23/2002 | Claim Of Appeal (Circuit) |
| 09/23/2002 |    Filed |
| 03/04/2003 | Transcript |
| 03/04/2003 |    Filed |
| 03/04/2003 | Motion For An Extension Of Time |
| 03/04/2003 |    Filed |
| 03/13/2003 | Transcript Of Arraignment On Information |
| 03/13/2003 |    Filed |
| 03/13/2003 | Transcript Of Trial And Sentence |
| 03/13/2003 |    Filed |
| 03/13/2003 | Motion Transcript(S) |
| 03/13/2003 |    Filed |
| 03/13/2003 | Motion For An Extension Of Time |
| 03/13/2003 |    Granted By The Court Of Appeals |
| 05/09/2003 | Motion For A Ginther Hearing |
| 05/09/2003 |    Filed |
| 05/09/2003 | Motion For A New Trial |
| 05/09/2003 |    Filed |
| 05/30/2003 | **Post Conviction** (Judicial Officer: Jackson, Thomas E.)<br>   Resource: Court Rpt/Rec 4502 Sullivan, Jacqueline<br>   *Held* |
| 06/27/2003 | **Evidentiary Hearing** (Judicial Officer: Jackson, Thomas E.) |

|  |  |
|---|---|
|  | Resource: Court Rpt/Rec  CRLB13  Bankhead, Lisa<br>*In Progress* |
| 07/18/2003 | Motion For A New Trial |
| 07/18/2003 | Held In Abeyance |
| 07/31/2003 | Transcript Of Evidentiary Hearing |
| 07/31/2003 | Filed |
| 11/30/2003 | Motion For An Evidentiary Hearing |
| 11/30/2003 | Filed |
| 12/19/2003 | **Evidentiary Hearing** (Judicial Officer: Jackson, Thomas E.)<br>Resource: Court Rpt/Rec  CR9999  NOT ON RECORD<br>*Held* |
| 12/23/2003 | Motion Transcript(S) |
| 12/23/2003 | Filed |
| 01/15/2004 | Motion For A New Trial |
| 01/15/2004 | Denied - Order Signed and Filed |
| 12/14/2004 | Appellate Court Decision; Affirms Lower Court |
| 12/14/2004 | Granted By The Court Of Appeals |
| 08/30/2005 | Application For Leave To Appeal (Circuit) |
| 08/30/2005 | Denied By The Supreme Court |
| 05/24/2013 | Motion<br>*MRJ Rec'd and Forwarded* |
| 05/24/2013 | Motion For Relief From Judgment<br>*filed by Attorney Laura Kathleen Sutton* |
| 08/08/2013 | Order Denying Motion for Relief from Judgment Sgned & Filed (Judicial Officer: Hathaway, Dana Margaret ) |
| 09/12/2013 | *CANCELED* **Post Conviction**<br>*Review status of MRJ filed by Attorney Laura Kathleen Sutton 5/24/13 Case Disposed/Order Previously Entered* |
| 03/20/2014 | Appellate Court Decision; Affirms Lower Court<br>*DENIED DECISION BY MI SUP CRT.* |

FINANCIAL INFORMATION

No Financial Information Exists

**State of Michigan vs. James Alfred Jones**  Inactive
Type Capital Felonies

Events                                                              Previous  Next

| Date | Type and Comment |
|---|---|
| 11/18/2001 | Recommendation for Warrant |
| 11/18/2001 | Remanded Without Bond |
| 11/18/2001 | Filed |
| 11/18/2001 | Warrant Signed |
| 11/18/2001 | Appearances by a Retained Attorney Filed |
| 11/29/2001 | Motion for a Continuance Filed/Signed |
| 11/29/2001 | Signed And Filed |
| 11/29/2001 | Appearances by a Retained Attorney Filed |
| 12/04/2001 | Motion To Add A Count On Information |
| 12/04/2001 | Filed |
| 12/04/2001 | Bound Over |
| 12/04/2001 | Appearance By A Retained Attorney Filed |
| 12/04/2001 | Trial Docket |
| 12/04/2001 | Filed |
| 12/13/2001 | Case Assignment to AOI Docket |
| 05/22/2002 | Found Guilty By Jury |
| 05/22/2002 | Refer To Probation For A Report |
| 09/23/2002 | Claim Of Appeal (Circuit) |
| 09/23/2002 | Filed |
| 03/04/2003 | Transcript |

**State of Michigan vs. James Alfred Jones**  
Type Capital Felonies

Inactive

Events

Previous  Next

| Date | Type and Comment |
|---|---|
| 03/04/2003 | Filed |
| 03/04/2003 | Motion For An Extension Of Time |
| 03/04/2003 | Filed |
| 03/13/2003 | Transcript Of Arraignment On Information |
| 03/13/2003 | Filed |
| 03/13/2003 | Transcript Of Trial And Sentence |
| 03/13/2003 | Filed |
| 03/13/2003 | Motion Transcript(S) |
| 03/13/2003 | Filed |
| 03/13/2003 | Motion For An Extension Of Time |
| 03/13/2003 | Granted By The Court Of Appeals |
| 05/09/2003 | Motion For A Ginther Hearing |
| 05/09/2003 | Filed |
| 05/09/2003 | Motion For A New Trial |
| 05/09/2003 | Filed |
| 07/18/2003 | Motion For A New Trial |
| 07/18/2003 | Held In Abeyance |
| 07/31/2003 | Transcript Of Evidentiary Hearing |
| 07/31/2003 | Filed |
| 11/30/2003 | Motion For An Evidentiary Hearing |

**State of Michigan vs. James Alfred Jones**
Type Capital Felonies

Inactive

Events

Previous   Next

| Date | Type and Comment |
|---|---|
| 11/30/2003 | Filed |
| 12/23/2003 | Motion Transcript(S) |
| 12/23/2003 | Filed |
| 01/15/2004 | Motion For A New Trial |
| 01/15/2004 | Denied - Order Signed and Filed |
| 12/14/2004 | Appellate Court Decision; Affirms Lower Court |
| 12/14/2004 | Granted By The Court Of Appeals |
| 08/30/2005 | Application For Leave To Appeal (Circuit) |
| 08/30/2005 | Denied By The Supreme Court |
| 03/05/2008 | Tracking Of Transcripts Pre Odyssey - Conversion  9/23/02:CLARA SHAH (S) 6/20/02 JT 5/20,21,22/02 *1 |
| 05/24/2013 | Motion  MRJ Rec'd and Forwarded |
| 05/24/2013 | Motion For Relief From Judgment  filed by Attorney Laura Kathleen Sutton |
| 08/08/2013 | Order Denying Motion for Relief from Judgment Sgned & Filed<br>Judicial Officer: Hathaway, Dana Margaret |
| 03/20/2014 | Appellate Court Decision; Affirms Lower Court  DENIED DECISION BY MI SUP CRT. |
| 06/25/2014 | Transcript Filed  TRANS RECVD BY WCC 11 VOLS SUPREME COURT (RM) |
| 06/25/2014 | Transmitted to/Received from Court of Appeals/Supreme Court  SUP CRT#149287 FILE & 11 VOLS SEN |
| 12/08/2014 | Transmitted to/Received from Court of Appeals/Supreme Court  SUP CRT#149287 FILE & 11 VOLS RETI |