```
                    STATE OF MICHIGAN

       IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE


PEOPLE OF THE STATE OF MICHIGAN,


              -vs-              Case No. 01-013853
                                Hon. Thomas E. Jackson

JAMES ALFRED JONES,

              Defendant.
_____/

                       ARRAIGNMENT

       PROCEEDINGS HAD in the above-entitled cause before the
HONORABLE THOMAS E. JACKSON, Judge, Criminal Division, Third Judicial
Circuit Court, Courtroom G-1, Frank Murphy Hall of Justice, 1441 St.
Antoine, Detroit, Michigan, on Tuesday, December 18, 2001.

       APPEARANCES:

              MS. ELIZABETH J. WALKER, (P32517)
                  Assistant Wayne County Prosecutor,
                  On behalf of the People of the State of Michigan.

              MS. LEESA R. FREDERICK, (P53372)
                  On behalf of Defendant James Alfred Jones.

              - - -

              CLARA SHAH, CSR-2602
              OFFICIAL COURT REPORTER
```



```
                        I  N  D  E  X

WITNESS                                              PAGE

None called
```

```
                        E X H I B I T S

IDENTIFICATION                               MARKED    RECEIVED

                         N    O    N    E
```

|    |    |
|----|----|
| 1  | Tuesday, December 18, 2001 |
| 2  | Detroit, Michigan |
| 3  | At about 10:52 a.m. |
| 4  | - - - |
| 5  | THE CLERK:  Case No. 01-13853, People versus James |
| 6  | Jones.  The matter is here today for arraignment on the Information. |
| 7  | MS. FREDERICK:  Leesa Frederick, on behalf of Mr. Jones. |
| 8  | MS. WALKER:  Elizabeth Walker, for the People. |
| 9  | MS. FREDERICK:  Again, Your Honor, today is the date |
| 10 | and time set for arraignment on the Information.  On behalf of |
| 11 | Mr. James, I would like to waive the formal reading of the |
| 12 | Information and stand mute. |
| 13 | THE COURT:  Okay.  I have a copy of the Information |
| 14 | here. |
| 15 | Ms. Walker, there was nothing off or changed at the |
| 16 | preliminary exam?  Was an exam held or was it waived? |
| 17 | MS. WALKER:  I don't have a file for that one. |
| 18 | THE COURT:  I have the exam transcript. |
| 19 | MS. FREDERICK:  The exam was in fact held and the |
| 20 | complaint and warrant was amended to add two additional counts |
| 21 | of assault with intent to commit murder. |
| 22 | THE COURT:  So, in addition to murder in the first |
| 23 | degree, we have three separate charges, assault with intent to |
| 24 | murder? |
| 25 | MS. FREDERICK:  Yes, Your Honor. |

THE COURT: In addition to the felony firearm and possession of a firearm by a felon?

MS. FREDERICK: Yes, sir.

THE COURT: The court will enter a plea of not guilty for all charges indicating that there is a need for an amended Information on this.

MS. FREDERICK: Correct.

MS. WALKER: Find out who has that and take care of it.

MS. FREDERICK: Rollstin.

MS. WALKER: Rollstin, okay.

THE COURT: Do you want calendar conference next or do you want to final conference?

MS. FREDERICK: I think I am going to need a calendar conference, Your Honor.

THE COURT: This is really disgusting here. I put this person on probation, what, three or four months ago back in April. I put him on probation for two years for a loaded weapon charge and he goes out and kills people.

MS. FREDERICK: Well, Your Honor, he is still presumed innocent.

THE COURT: I don't need that argument, Ms. Frederick. You don't need to respond to that, okay. All right.

MS. FREDERICK: Un-hun.

THE COURT: Calendar conference for January 11th. I

-4-

want a double remand on him, okay.

MS. FREDERICK: I am sorry?

THE COURT: A remand on the probation violation case, also.

Next court date is January 11th, Counsel.

MS. FREDERICK: Thank you, Judge.

(Matter concluded at 10:56 a.m.)

- - -

R E P O R T E R ' S     C E R T I F I C A T E

STATE OF MICHIGAN  )
                   ) ss.
COUNTY OF WAYNE    )

I, CLARA SHAH, CSR-2602, an Official Court Reporter in and for the Third Judicial Circuit Court for the County of Wayne, State of Michigan, do hereby certify that I have reported stenographically proceedings had in the above-entitled cause, and I do further certify that the foregoing transcript constitutes a full, true and complete transcript of said stenographic notes.

CLARA SHAH, CSR-2602
OFFICIAL COURT REPORTER

-5-