244062

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

-vs-

Case No. 01-013853
Hon. Thomas E. Jackson

JAMES ALFRED JONES,

Defendant.

______________________________/

FINAL CONFERENCE

PROCEEDINGS HAD in the above-entitled cause before the HONORABLE THOMAS E. JACKSON, Judge, Criminal Division, Third Judicial Circuit Court, Courtroom G-1, Frank Murphy Hall of Justice, 1441 St. Antoine, Detroit, Michigan, on Friday, January 11, 2002.

APPEARANCES:

MR. WILLIAM A. ROLLSTIN, (P40771),
Assistant Wayne County Prosecutor,
On behalf of the People of the State of Michigan.

MS. LEESA R. FREDERICK, (P53372),
On behalf of Defendant James Alfred Jones.

- - -

CLARA SHAH, CSR-2602
OFFICIAL COURT REPORTER

HAZEL B. THOMAS

THE CORBY GROUP 1-800-255-5040 LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040 LASER STOCK FORM FMSRN

# I N D E X

| WITNESS | PAGE |
|---|---|
| None called | |

# E X H I B I T S

| IDENTIFICATION | MARKED | RECEIVED |
|---|---|---|

N O N E

Friday, January 11, 2002

Detroit, Michigan

At about 9:41 a.m.

\- - -

THE COURT: Good morning.

THE CLERK: Case No. 01-13853, People versus James Jones. The matter is here today for a calendar conference. Also, Case No. 000526.

He said the prosecutor went to get the file.

THE COURT: Who is going to try the case, who is the prosecutor?

MR. JANSEN: Your Honor, I believe that will be tried with one of the members of the Homicide Section, either Betty Walker or Lamar Moreland.

THE COURT: We will wait until they are here because I am going to set a trial date. We are going to call Jones back when we get the prosecutor.

(Off the record at 9:42 a.m.)

(Back on the record at 9:47 a.m.)

THE CLERK: Case No. 01-13853, People versus James Jones. The matter is here today for calendar conference.

MR. ROLLSTIN: Good morning, Your Honor. William Rollstin, on behalf of the People.

MS. FREDERICK: Morning, Your Honor. Leesa Frederick, on behalf of Mr. Jones.

THE CORBY GROUP 1-800-255-5040 LASER STOCK FORM FMSRN

THE COURT: This is calendar conference. I also want to set a trial date in this case today. Also, even though I am going to give you a final conference, I am looking at a trial date for May 13th.

MS. FREDERICK: Good for me, Your Honor.

THE COURT: Mr. Rollstin?

MR. ROLLSTIN: I start a trial before Judge Sullivan May 9th. It is expected --

THE COURT: May 9th, a Thursday?

MR. ROLLSTIN: That is correct. I expect that case to last four trial days.

THE COURT: How about the following week, the 20th?

MR. ROLLSTIN: That would be fine.

MS. FREDERICK: That is okay.

THE COURT: Put May 20th in your calendar as to trial date for this case. As to your final conference here, let's see, there is an exam transcript in the file already. I can give you February 22nd, March 1st, possibly even March 8th here.

The date that you have in mind here, is there any date that is better in any way before either one, March 1st or March --

MR. ROLLSTIN: March 8th is great, Judge.

THE COURT: Pardon me?

MR. ROLLSTIN: March 8.

MS. FREDERICK: March 8.

THE COURT: March 8 is okay. We will have March 8

THE CORBY GROUP 1-800-255-5040 LASER STOCK FORM FMSRN

then as the final conference date on Mr. Jones. That, of course, is the date for any motions to be heard, to be filed seven days before.

I need to arraign Mr. Jones also on a probation violation matter. Ms. Frederick, he was placed on probation by me and with the new case here, I am going to file a notice of bench warrant and petition for violation of probation. And I will set -- I will adjourn this to March 8th anticipating I may hold the probation violation hearing on that date.

MS. FREDERICK: Very well, Judge.

THE COURT: Okay, all right.

MR. ROLLSTIN: Thank you, Judge.

THE COURT: Hold on a minute. I need to give you two forms here. The one regarding trial date and the one regarding today's matter if I can kind of get myself together here. Hold on for a moment until I do that for you.

Okay, this is -- Mr. Prosecutor, get a witness list together by the next court date, okay.

MS. FREDERICK: Yes.

MR. ROLLSTIN: Yes, Judge.

THE COURT: Okay. Go ahead. Here are the forms.

THE CLERK: Ms. Frederick.

MS. FREDERICK: Thank you.

MR. ROLLSTIN: Thank you. Have a good weekend.

MS. FREDERICK: Thank you, Judge.

THE CORBY GROUP 1-800-255-5040 LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040 LASER STOCK FORM FMSRN

THE COURT: Okay, take care.

MS. FREDERICK: You, too.

(Matter concluded at 9:52 a.m.)

\- - -

REPORTER'S CERTIFICATE

STATE OF MICHIGAN )
) ss.
COUNTY OF WAYNE )

I, CLARA SHAH, CSR-2602, an Official Court Reporter in and for the Third Judicial Circuit Court for the County of Wayne, State of Michigan, do hereby certify that I have reported stenographically proceedings had in the above-entitled cause, and I do further certify taht the foregoing transcript constitutes a full, true and complete transcript of said stenographic notes.

Clara Shah, CSR-2602

CLARA SHAH, CSR-2602
OFFICIAL COURT REPORTER