STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

—vs—    Case No. 01-013853

Hon. Thomas E. Jackson

JAMES ALFRED JONES,

Defendant.

_____/

JURY TRIAL — VOLUME 2

PROCEEDINGS HAD AND TESTIMONY taken in the above-entitled cause before the HONORABLE THOMAS E. JACKSON, Judge, Criminal Division, Third Judicial Circuit Court, Courtroom G-1, Frank Murphy Hall of Justice, 1441 St. Antoine, Detroit, Michigan, on Tuesday, May 21, 2002.

APPEARANCES:

    MR. WILLIAM A. ROLLSTIN, (P40771),
        Assistant Wayne County Prosecutor,
        On behalf of the People of the State of Michigan.

    MS. LEESA R. FREDERICK, (P53372),
        On behalf of Defendant James Alfred Jones.

—  —  —

    CLARA SHAH, CSR-2602
    OFFICIAL COURT REPORTER

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040



STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

−vs−

Case No. 01−013853

Hon. Thomas E. Jackson

JAMES ALFRED JONES,

Defendant.

_____/

JURY TRIAL − VOLUME 2

PROCEEDINGS HAD AND TESTIMONY taken in the above−entitled cause before the HONORABLE THOMAS E. JACKSON, Judge, Criminal Division, Third Judicial Circuit Court, Courtroom G−1, Frank Murphy Hall of Justice, 1441 St. Antoine, Detroit, Michigan, on Tuesday, May 21, 2002.

APPEARANCES:

> MR. WILLIAM A. ROLLSTIN, (P40771),
> Assistant Wayne County Prosecutor,
> On behalf of the People of the State of Michigan.

> MS. LEESA R. FREDERICK, (P53372),
> On behalf of Defendant James Alfred Jones.

− − −

CLARA SHAH, CSR−2602
OFFICIAL COURT REPORTER

I   N   D   E   X

WITNESS                                                        PAGE

JURY SWORN @ 10:02 a.m.                                          4

EDWARD MARTIN

    Direct Examination by Mr. Rollstin                     5

    Cross-examination by Ms. Frederick                    25

JOSEPH MCCRIMON

    Direct Examination by Mr. Rollstin                    41

    Cross-examination by Ms. Frederick                    58

PHILLIP MASON

    Direct Examination by Mr. Rollstin                    68

    Cross-examination by Ms. Frederick                    80

AHMAD AKINS

    Direct Examination by Mr. Rollstin                    85

    Cross-examination by Ms. Frederick                    92

    Redirect Examination by Mr. Rollstin                  95

JONATHAN YAKIMOVICH

    Direct Examination by Mr. Rollstin                    96

    Cross-examination by Ms. Frederick                   102

DR. BOGUSLAW PIETAK

    Direct Examination by Mr. Rollstin                   107

    Cross-examination by Ms. Frederick                   112

TO BE CONTINUED ON PAGE 3

-2-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

CONTINUED FROM PAGE 2

<u>I     N     D     E     X</u>

<u>E     X     H     I     B     I     T     S</u>

| IDENTIFICATION | MARKED | RECEIVED |
|---|---|---|
| People's Exhibit No. 1 | 4 | |
| People's Exhibit No. 2 | 4 | 104 |
| People's Exhibit No. 3 | 4 | 104 |
| People's Exhibit No. 4 | 4 | 104 |
| People's Exhibit No. 5 | 4 | 20 |
| People's Exhibit No. 6 | 4 | 20 |
| People's Exhibit No. 7 | 4 | 104 |
| People's Exhibit No. 8 | 4 | 104 |
| People's Exhibit No. 9 | 4 | 104 |
| People's Exhibit No. 10 | 4 | 104 |
| People's Exhibit No. 11 | 4 | 22 |
| People's Exhibit No. 12 | 4 | 22 |
| People's Exhibit No. 13 | 4 | 56 |
| People's Exhibit No. 14 | 4 | 105 |
| People's Exhibit No. 15 | 4 | 114 |
| People's Exhibit No. 16 | 113 | 114 |

1    Tuesday, May 21, 2002

2    Detroit, Michigan

3    At about 10:00 a.m.

     —   —   —

4    (People's Exhibits Nos. 1 through 15 marked by the

5    court reporter.)

     THE COURT:  Okay, bring the jury in.

6    THE DEPUTY:  Rise for the jury.

7    (Jurors enter the courtroom at 10:00 a.m.)

8    THE DEPUTY:  You may be seated.

9    THE COURT:  Okay.  Good morning, again.  I think we are

10   ready to proceed.

11   Mr. Rollstin, you got a witness to call?

12   MR. ROLLSTIN:  Yes, sir.

13   THE COURT:  I am sorry, I got to do the swearing in

14   ceremony, not ceremony, but you have got to be sworn in, please.

15   (Jury sworn by the Clerk at 10:02 a.m.)

16   THE CLERK:  You can be seated.

17   THE COURT:  Thank you, again.

18   Go ahead, Mr. Rollstin.

19   Sir, step up right here and give your name to that

20   lady sitting here if you will.

21   THE WITNESS:  Edward Martin.

22   THE COURT:  Hold on a minute and give her your name

23   and she will tell you what to do.

24   E D W A R D     M A R T I N     ,

25   having been first duly sworn by the Clerk at 10:04 a.m., was examined

                              -4-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    and testified as follows:

2              THE COURT:   When you sit down, pull the microphone

3        close to your face as possible and speak loudly, sir.

4              Go ahead.

5              DIRECT EXAMINATION

6    BY MR. ROLLSTIN:

7    Q    Tell us your name, please?

8    A    Edward Martin.

9    Q    Mr. Martin, how old are you today?

10   A    18.

11   Q    During his life, did you know Demetris Perdue?

12   A    Yes.

13   Q    Do you know Joseph McCrimon?

14   A    Yes.

15   Q    Do you know Phillip Mason?

16   A    Yes.

17   Q    Do you know Ahmad Akins?

18   A    Yes.

19   Q    Okay.  I want to take you back in time to the 4th of November of

20        19 -- I am sorry, 2001, and ask if you knew somebody by the name

21        of Fresh back on that date?

22   A    Yes.

23   Q    Do you see Fresh in the courtroom this morning?

24   A    Yes.

25   Q    Can you point him out for us, please?

                              -5-

1    A    (Indicating.)

2    Q    The gentleman seated at the table here?

3    A    Yes.

4               MR. ROLLSTIN:  Identified for the record, Your Honor,

5         Mr. James Jones.

6    BY MR. ROLLSTIN:

7    Q    As of the 14th of November of last year, how long had you been

8         familiar with Mr. Jones?

9    A    About a year.

10   Q    Okay. And can you tell the ladies and gentlemen of the jury how

11        it is you knew him?

12   A    Through the neighborhood.  I met him through Demetris and them.

13   Q    All right.  You talk about Demetris, are you talking about

14        Demetris Perdue?

15   A    Yes.

16   Q    All right.  How many -- during that year before November of 2001,

17        have you ever spent any time socially with Mr. Jones?

18   A    I probably smoked a blunt or something with him.

19   Q    Okay.  When you talk about you know him from the neighborhood --

20              THE COURT:  Explain what you mean when you say, smoked

21        a blunt.

22              MR. ROLLSTIN:  Certainly, Judge.

23   BY MR. ROLLSTIN:

24   Q    Can you tell us what you mean by a blunt, sir?

25   A    Weed.

-6-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q   Okay.  When you talk about the neighborhood that you know him from,

2       what neighborhood are you talking about?

3   A   Off Seven Mile.

4   Q   Seven Mile.

5           What would be the next cross street there?

6   A   Clarita.  He be down there by Telegraph, all that.

7   Q   Okay.  How long have you been over in that area?

8   A   For about six, seven years.

9   Q   Okay.  During that year that you knew him before November of 2001,

10      had you spoken to him before?

11  A   Yes.

12  Q   Okay.  Had you ever been in the same house with him before, ever

13      gone to a house with him or hung out with him for some length

14      of time?

15  A   Yes.

16  Q   Okay.  You have any difficulty recognizing him?

17  A   No.

18  Q   Oh, all right.  Have you ever seen him get robbed?

19  A   Yes.

20  Q   On the 14th of November of 2001, did you see Mr. James Jones get

21      robbed?

22  A   Yes.

23  Q   Can you tell us where you were at when you saw that happen?

24  A   About -- my mom lives, like, three hours off the corner from the

25      store.  I was, like, in the driveway next door to her house.

LASER STOCK FORM FM5RN

THE CORBY GROUP 1-800-255-5040

1   Q   Okay.  And is this the same neighborhood that you have told us about

2       earlier?

3   A   Yes.

4   Q   Okay.  Were you with anybody when you saw him get robbed?

5   A   Yes.

6   Q   Who were you with?

7   A   Joseph.

8   Q   What is Joseph's last name?

9   A   McCrimon.

10  Q   Okay. And tell us what you saw happen to Mr. Jones on that day,

11      the 14th of November of last year?

12  A   I see him come out the door and two guys came from around the

13      store.  One guy jumped him.  He turned around like they was about

14      to square off and fight and another guy put the gun in his face,

15      snatched his glasses, took his chain, his little money out of

16      his pocket, and they took off running.

17  Q   How far were you from Mr. Jones when you saw that happen?

18  A   Probably about, he was probably at that door.

19  Q   You are indicating the back door of the courtroom?

20  A   Yes.

21  Q   Okay.  Approximately, 35 to 40 feet for the record.

22          What happened after that, what did Mr. Jones do?

23  A   Jumped in the car and took off chasing after them.

24  Q   Okay.  Now, I want to direct your attention to the 15th of November

25      of last year, the next day, at around five o'clock in the evening.

-8-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1          Can you tell us if you would have been near an address

2     of 18091 Heyden Street?

3  A   Yes.

4  Q   Who lives there?

5  A   Joseph usually live there.

6  Q   Okay.  I am going to show you what has been marked as People's

7     proposed Exhibit No. 1.  Whose house is in this photograph,

8     Mr. Martin?

9  A   That is Ahmad's house.

10 Q   That is 18901 Heyden, is that correct?

11 A   Yes.

12          MR. ROLLSTIN:  Move for admission of No. 1.

13          THE COURT:  Any objection?

14          MS. FREDERICK:  I think he started off saying that the

15     house in the photograph was Joseph McCrimon.

16 A   I may have made a mistake.  I probably thought that was the house

17     he was talking about when the detective came.

18          THE COURT:  Wait.  Okay, proceed, then.

19          MR. ROLLSTIN:  Okay.

20 BY MR. ROLLSTIN:

21 Q   Is Mr. Akins' house on the corner?

22 A   Yes.

23 Q   What streets are on there?

24 A   Heyden and Clarita.

25 Q   Okay.  At around five o'clock in the evening, would you have been

                              -9-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    in front of that house on the 15th of November of last year?

2 A  Yes.

3 Q  All right.  Was there anybody else out in front of the house

4    with you?

5 A  Yes.

6 Q  Who was that?

7 A  It was me, Joseph, Phil, Metrie.  It was about 13 of us out there

8    on the corner.

9 Q  Okay.  Now, when you say, Joseph, you are talking about Joseph

10    McCrimon?

11 A  Yes.

12 Q  Okay. And you said, Metrie?

13 A  Yes.

14 Q  What is his real name?

15 A  Demetris.

16 Q  Demetris Perdue is out there, is that correct?

17 A  Yes.

18 Q  Was Phillip Mason out there?

19 A  Yes.

20 Q  Okay.  Was Ahmad Akins out there?

21 A  Yes.

22 Q  Okay.  At any time that you were out there, did you see Mr. James

23    Jones?

24 A  Yes.  He was road pass.

25 Q  All right. What kind of car was he in?

-10-

1 A A green Aurora.

2 Q Was there anybody else in the car with him?

3 A Two other guys.

4 Q All right. And when you saw -- describe the other men if you

5   will?

6 A The guy that was shooting, he was light-skinned with braids and

7   the guy that was in the passenger seat, he had, like, a little

8   mask or whatever around his face.

9 Q How many tiems did you see the car that day?

10 A Twice.

11 Q All right. The first time you saw it, what street was it on?

12 A It was coming down from Seven Mile up Heyden.

13 Q All right. And when you saw it, was it going towards -- it was

14   on Heyden, you said, correct?

15 A Yes.

16 Q Was it going towards Clarita?

17 A Yes, it turned on Clarita.

18 Q Which way did it turn, left or right?

19 A Left -- no, right. It turned the corner, yes.

20 Q Okay. So, which way did it turn, if you are the driver of the

21   car, did it turn left or right?

22 A Right.

23 Q All right. When you saw the car on the first occasion, Mr. Martin,

24   did you have any difficulty seeing the driver?

25 A No.

-11-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q     Where were you standing from the street when it went by on the

2        first occasion?

3   A     Like, on the sidewalk by the fire hydrant.

4   Q     Okay.  How many steps from the street were you?

5   A     Probably, about, three or four steps.

6   Q     Okay.  Is that Heyden that you are talking about?

7   A     Yes.

8   Q     And is that the same street that the green Aurora drove pass you

9        at?

10   A     Yes.

11   Q     All right.  Is there a stop sign on that street?

12   A     Yes.

13   Q     Okay.  Did the green Aurora stop at the stop sign?

14   A     Yes.

15   Q     Okay.  When it stoped there, could you see the driver?

16   A     Yes.

17   Q     All right.  On this first occasion, any guns shown?

18   A     No.

19   Q     Any shots fired?

20   A     Un-un.

21   Q     Any words spoken?

22   A     No.

23   Q     So, how many steps are you while you are standing there to sidewalk

24        from the driver in the green Aurora?

25   A     Probably from here to where you are at.

-12-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q   Okay.  And for the record, approximately, six steps, correct?

2   A   Yes.

3   Q   Okay.  Anything in between you and the driver of that car?

4   A   The passenger.

5   Q   Okay.  All right.  And which window are you lookng through when

6       you can see the driver there?

7   A   The passenger window.

8   Q   Okay.  What are the people in the green Aurora doing as they are

9       stopping there at the stop sign?

10  A   They were grimacing us.

11  Q   When you say, grimace, what do you mean?

12  A   They were looking tough at us.

13  Q   Did they say anything to you there?

14  A   No.

15  Q   When the car comes by at this point, where is Ahmad Akins at?

16  A   He was going in the house.

17  Q   His house?

18  A   Yes.

19  Q   Okay. Which door did he go in?

20  A   The front door.

21  Q   Oh, all right.  When the car came by the first time, who was the

22      driver of the car?

23  A   Fresh.

24  Q   Fresh.  And you are pointing to Mr. James Jones, right?

25  A   Yes.

-13-

1   Q   How certain are you that he was the driver?

2   A   I looked him right in his face.

3   Q   Okay.  And no one is shooting at that point, right?

4   A   No.

5   Q   No one has shown any guns, correct?

6   A   No.

7   Q   Any words being spoken?

8   A   No.

9   Q   Okay. And this is the same James Jones that you have known for over

10      a year, correct?

11  A   Yes.

12  Q   Car turns right on Clarita, is that correct?

13  A   Yes.

14  Q   Do you see the car again that day?

15  A   Yes.

16  Q   How much time goes by before you see the car again?

17  A   About two or three minutes.

18  Q   Where is the car the next time you see it?

19  A   Coming back up the same way it came the first time.

20  Q   On Heyden?

21  A   Yes.

22  Q   Coming from Seven Mile?

23  A   Seven Mile, yes.

24  Q   Okay.  How is the car, how fast is the car going down the second

25      time?

-14-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1  A    He is probably doing about 60 until he got to the corner.   He
2       was coming down the block pretty fast.
3  Q    Okay.   How many people are in the car when he gets there?
4  A    The same two people.
5  Q    What two people are you referring to?
6  A    The guy that was in the passenger seat and the light-skinned
7       guy that was in the back.
8  Q    Who is driving the car on the second occasion?
9  A    Fresh.
10 Q    Okay.   Did you see him on that second occasion?
11 A    Yes.
12 Q    All right. Where are you when they come back on the second
13      occasion?
14 A    Like, on the -- I was, like, on the corner part but right there by
15      the fire hydrant.
16 Q    Okay.   When they come back on the second occasion, do you see
17      anybody with any guns?
18 A    Yes.   The guy in the back seat.
19 Q    And what kind of gun do you see him with?
20 A    He had an AK, assault rifle.
21 Q    Did you see him shoot the gun at all?
22 A    Yes.
23 Q    Where is he at when he is shooting the gun?
24 A    He was laid across the back seat with his foot up on the door
25      with his gun out the window just shooting.

-15-

1    Q    What window was he shooting out of?

2    A    The back passenger side.

3    Q    The window was down, I take it?

4    A    Yes.

5    Q    Okay. When you said he had his foot up against the door, what

6         foot and what door did he have his foot up against?

7    A    The back passenger door.

8    Q    Okay.  What direction is he shooting the gun in?

9    A    He was shooting at all of us.

10   Q    Okay. Who is -- is Ahmad Akins out there when he begins shooting?

11   A    Yes, as soon as Ahmad stepped out, he got hit across the top

12        of the head.

13   Q    When you say, he stepped out, he stepped out from where?

14   A    Out the house.

15   Q    He came out of his house?

16   A    Yes.

17   Q    What door did he come out of?

18   A    The front door.

19   Q    All right.  Is Phillip Mason out there?

20   A    Yes.

21   Q    Is Joseph McCrimon out there?

22   A    Yes.

23   Q    Is Demetris Perdue out there?

24   A    Yes.

25   Q    Okay.  When the Aurora comes down the block and the shots begin,

-16-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    where is the gun pointed at?

2  A   At the crowd.

3  Q   Okay.  Are you part of that crowd?

4  A   Yes.

5  Q   Are the people's names that I just listed a part of that crowd?

6  A   Yes.

7  Q   Okay.  Approximately, how many times does the shooter fire his

8      gun?

9  A   He shot over 30 times.

10 Q   Okay, and while this is going on, tell us if you will what Mr.

11     Jones is doing with regards to driving the car?

12 A   He was just nodding his head, looking at us, shaking his head.

13 Q   Okay.  Is the gun being fired while the car is moving at all?

14 A   Yes.  He came to the corner.  They stopped.  He bent the corner

15     with his foot on the brake, just easing up off the brake as he

16     was shooting.

17 Q   Okay.  What does the car do when it gets to the corner of Heyden

18     and Clarita on the second occasion?

19 A   It stopped.  While they were shooting and he bent the corner

20     with ease and they were still shooting.

21 Q   Okay, and you say he bent the corner, did he turn?

22 A   Yes.

23 Q   Left or right?

24 A   Right.

25 Q   Okay.  As he makes the right onto Clarita, does the passenger

-17-

1      window remain facing Ahmad Akins' house?

2   A  Yes.

3   Q  Does the shooter continue to shoot as he is going around the

4      corner?

5   A  Yes, he shot all the way until he got pass the house.

6   Q  Okay.  Now, when you began to hear the gun fire, what do you do,

7      Mr. Martin?

8   A  I tried to run but I tripped.

9   Q  Where did you trip at?

10  A  In the grass.

11  Q  Okay.  So, what did you do at that point now that you are on the

12     ground?

13  A  I was trying to roll and still get up and run, but as I am looking

14     back, I see him.  He is out the window at me.  Every time I roll

15     over, I see the dirt pop up from where I was just laying.  Like,

16     he is shooting.  He shot at me about five or six times, too,

17     while I was on the ground.

18  Q  Are you struck though?

19  A  No, I wasn't.

20  Q  Okay.  After the shooting, do you see anybody who is injured?

21  A  Yes.

22  Q  How many people do you see that have been hurt?

23  A  Two.

24  Q  Who are they?

25  A  Ahmad and Demetris.

-18-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1 Q Ahmad Akins?

2 A Yes.

3 Q And Demetris Perdue?

4 A Yes.

5 Q Where is Mr. Akins injured at?

6 A In the head.

7 Q Okay.  Where is Mr. Perdue when you first see him?

8 A He was, like, two doors down laying in the driveway, like, he

9  tried to jump the fence or something.  He was, like, his leg

10  part was, it is like his upper part of the body was still on the

11  fence, like, he was trying to hold on, but his legs and stuff,

12  it was, like, dead from the waist down.  He couldn't move or

13  nothing.  He was dying right there.

14 Q Okay.  Which house are you talking about when you talk about

15  two doors down?

16 A Where the BMWs are.

17 Q Okay.  Is that on Heyden Street?

18 A Yes.

19 Q All right.  The BMW that you are talking about, did you get a

20  chance to look at that after the shooting?

21 A Yes.

22 Q Okay.  Do you see any damage to it?

23 A Yes.

24 Q What kind of damage did you see to the BMW on the front half

25  of the car?

-19-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   A   It had a bullet hole in it.

2   Q   Okay.  And I am going to show you proposed Exhibits 5 and 6 here.

3       Is that the car that was parked a couple of doors down on

4       Heyden Street there?

5   A   Yes, sir.

6   Q   Okay.  Proposed Exhibit 6, that photograph, it shows the

7       bullet strike that you are talking about?

8   A   Yes.

9   Q   Okay.

10              MR. ROLLSTIN:  Move for admission of 5 and 6, Judge.

11              MS. FREDERICK:  No objections.

12              THE COURT:  Very well.

13              (People's Exhibits Nos. 5 & 6 received into evidence.)

14              THE COURT:  What was that first one marked as?

15              MR. ROLLSTIN:  No. 1, Your Honor.

16              THE COURT:  No. 1.

17  BY MR. ROLLSTIN:

18  Q   Did the police come?

19  A   Yes.

20  Q   Did the emergency medical services, EMS respond?

21  A   Yes.

22  Q   Okay.  When the police got there, did you tell them who you saw

23      driving the car?

24  A   Yes.

25  Q   What did you tell them?

-20-

1   A    Fresh.  He was driving the car.

2   Q    Okay.  The -- at that point in time, did you know Fresh's

3         real name?

4   A    No.

5   Q    Oh, all right.  Is it at all uncommon for you to know a

6         person's nickname and not their true name?

7   A    No.

8   Q    Okay.  The next day did a police officer, JoAnn Miller and/or

9         Sgt. JoAnn Miller come to your home?

10   A    Yes.

11   Q    All right.  Was anybody else there at your home when she

12         arrived?

13   A    Joseph.

14   Q    Joseph McCrimon?

15   A    Yes.

16   Q    All right.  Did you -- did she show you any photographs while

17         she was there?

18   A    Yes.

19   Q    Okay.  I am going to show you what has been marked as

20         People's proposed Exhibit No. 11 and ask you if this is the

21         photograph that Sgt. Miller showed you the next day?

22   A    Yes.

23   Q    Okay.  Did you tell her that you knew that person?

24   A    Yes.

25   Q    Did you tell her that you saw that person the day of the shooting?

1   A   Yes.

2   Q   What did you tell Sgt. Miller you saw that person do the day of

3       the shooting?

4   A   Driving the car.

5   Q   Okay.

6           MR. ROLLSTIN:  Move for admission of proposed Exhibit

7       No. 11, Judge.

8           THE COURT:  Any objections?

9           MS. FREDERICK:  No objections, Judge.

10          THE COURT:  Very well.  Thank you.  That is admitted.

11          (People's Exhibit No. 11 received into evidence.)

12  BY MR. ROLLSTIN:

13  Q   The following day, the 18th of November, did you go to a police

14      lineup?

15  A   Yes.

16  Q   Okay.  Was that held in the Second Precinct?

17  A   Yes.

18  Q   Okay.  And did you go down there with anybody?

19  A   Yes.

20  Q   Who did you go there with?

21  A   Phillip and Joseph.

22  Q   Okay.  How did you get there?

23  A   Ms. Miller.

24  Q   Okay, all right. And when you got there, did you look at a

25      lineup?

-22-

1    A    Yes.

2    Q    Did you pick anybody out of the lineup?

3    A    Yes.

4    Q    Who did you pick out?

5    A    Fresh.

6    Q    Okay.  Mr. James Jones, is that correct?

7    A    Yes.

8    Q    All right.  Is there -- why did you pick him out of the lineup?

9    A    Because he was the person driving the car.

10    Q    Okay.  I am showing you proposed Exhibit No. 12 here.

11            Is that the lineup sheet that you signed after

12    identifying him in that lineup?

13    A    Yes.

14    Q    Okay. And which person did you pick out of that lineup --

15            MS. FREDERICK:  Objection.  I have not even had the

16    opportunity to even see that document.

17            THE COURT:  You may.

18            MR. ROLLSTIN:  Sure.

19            THE COURT:  Show it to counsel first, please, okay.

20            MR. ROLLSTIN:  Sure.

21            THE COURT:  Go ahead.

22            MS. FREDERICK:  No objections, Your Honor.

23            THE COURT:  Okay, that is in.

24            (People's Exhibit No. 12 received into evidence.)

25            THE COURT:  Go ahead.

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1  BY MR. ROLLSTIN:

2  Q   The lineup sheet that you have there, which person did you pick

3      out of the lineup?

4  A   Three.

5  Q   Okay, and who was No. 3?

6  A   James Jones.

7  Q   Okay.

8          MR. ROLLSTIN:  I will move for admission of No. 12,

9  Your Honor.

10         THE COURT:  It has already been admitted since there was

11  no objection.

12         MR. ROLLSTIN:  Thank you.

13  BY MR. ROLLSTIN:

14  Q   You appeared at a preliminary examination in 36th District Court,

15      is that correct?

16  A   Yes.

17  Q   And that would have been on the 5th of December of 2001, is that

18      correct?

19  A   Yes.

20  Q   In a courtroom like this with a judge and you testified?

21  A   Yes.

22  Q   Okay.  Did you identify anybody at that hearing who was the driver

23      in the geen Oldsmobile?

24  A   Yes.

25  Q   Who was that?

-24-

1    A    Fresh.

2    Q    Okay.  Have you ever identified anybody besides Mr. Jones as

3         the person driving the green Oldsmobile?

4    A    No.

5    Q    Okay.  After that day, did you ever see Demetris Perdue alive

6         again?

7    A    No.

8    Q    Thank you, Mr. Martin.

9                   MR. ROLLSTIN:  Your witness.

10                  THE COURT:  Go ahead, please, Ms. Frederick, cross-

11        examination.

12                  MS. FREDERICK:  Thank you, Judge.

13                  CROSS-EXAMINATION

14   BY MS. FREDERICK:

15   Q    Good morning, Mr. Martin.

16   A    Good morning.

17   Q    You appeared to be upset.  Do you need a minute?

18   A    No.

19   Q    Okay.  You stated that you met Mr. Jones a year ago, a year

20        from the date of the incident, correct?

21   A    Yes, about a year.

22   Q    Okay.  Does that mean that you were interacting with him for

23        that period of time or that you met him a year before the incident?

24   A    I met him about a year before the incident.

25   Q    Okay, and you stated that at some point prior to the incident,

-25-

1      you had smoked marijuana with him?

2   A  Yes.

3   Q  Okay, when was this?

4   A  Like, the day before he came through shooting at us.

5   Q  The day before?

6   A  Yes.

7   Q  And you never testified to that before.  Is that just fresh

8      in your memory?

9   A  No.  I been said it.  I said it, like, the first time I came to

10     court.

11  Q  That you had smoked marijuana with him the day before the

12     incident?

13  A  No, I didn't say all of that.  I said that we smoked some weed

14     the day before.  I didn't feel all of that was needed for.

15  Q  Okay.  Now, you stated that on the day of the robbery, you and your

16     friend, Joseph McCrimon were standing in your mother's driveway,

17     is that correct?

18  A  Yes.

19  Q  And from that position, you could see the robbery occur?

20  A  Yes.

21  Q  Okay.  And what did you do during the robbery?

22  A  I turned around and walked away.  That man was pointing that big

23     old gun at everybody he seen out there including him.  I was not

24     trying to get hit with no bullet for nothing I ain't got nothing

25     to do with.  I turned around.

                              -26-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1 | Q | And so you saw the actual gun and the man with the gun?

2 | A | Yes.

3 | Q | Okay. And you said Mr.Jones was exiting the store when this

4 | happened?

5 | A | Yes.

6 | Q | At about what time was that on the 14th, I believe?

7 | A | It was early in the day, probably about 12:30, one o'clock.

8 | Q | And following the robbery, you turned around and walked away?

9 | A | Yes.

10 | Q | Where did you walk to?

11 | A | Back to my momma's house.

12 | Q | Did you go inside?

13 | A | Yes. And then I came back outside and then that is when he pulled

14 | up on us and asked us did we know them. We told him, no. And

15 | then he took off through the alley after them.

16 | Q | Okay. Now, you said earlier in the day, about 12:30, one o'clock?

17 | A | Right.

18 | Q | Now, I am going to move forward to the day of the fatal shooting.

19 | This was in November, right?

20 | A | Yes.

21 | Q | And you are familiar with daylight savings time, correct?

22 | A | Right.

23 | Q | So, if this incident occurred at 5 p.m., it was getting dark,

24 | wasn't it?

25 | A | No. It wasn't. It was getting dark, but it wasn't dark outside.

-27-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

Q   And you also stated that from your vantage point, you had to look over the passenger to see a driver, correct?

A   No.  I know that car.  It got that pain peeled off on the front. I knew who he was coming up the block as soon as he turned on Seven Mile, off of Seven Mile coming up Heyden.

Q   And that is a revelation as well.  How long had you known the car?

A   I seen it the day before that and a couple, probably about two or three times before that.  I see him get robbed at the store.

Q   And he was in that car the day he was robbed?

A   Yes.

Q   You didn't mention that when you gave your statement?

A   What, that he was in the car the day --

Q   That you even recognized the car from the day before?

A   What is the big deal.  He was driving the car.  Him and his friends killed my boy.  I almost got killed out there on that corner.

Q   Well, I understand.

A   He did it.  They did it.

            THE COURT:  Okay, Mr. Martin, I understand how you are feeling about that, but just listen to the question and respond to it the best you can.  If you can't respond to it, just say you can't, okay.  You have got to get through this. Try to maintain control.

            MS. FREDERICK:  Should I proceed, Your Honor?

-28-

1                    THE COURT:  Sure.  Go ahead.

2    BY MS. FREDERICK:

3    Q    Now, in light of the fact that now we know that you associated

4         this car with a particular individual, why didn't you tell the

5         police officers that at the scene?

6    A    Tell them what at the scene?

7    Q    That the car you saw belonged to a particular individual?

8    A    I did.

9    Q    Okay.  Now, you and you said Joseph and Phil and Demetris were

10        standing in front of Ahmad Akins' home when this incident occurred?

11   A    Yes.

12   Q    Okay.  And that would be five individuals, correct?

13   A    It was more.  It was about 13 of us out there on that corner.

14   Q    Okay, and where did they go after the incident, the rest of the

15        people?

16   A    They all took off running.  They was scared.

17   Q    And you are the only people that stayed and talked to the police?

18   A    Yes.

19   Q    Okay.  Now, is Ahmad's hosue on the east or west side of Heyden

20        Street?

21   A    It is in the first block of Heyden on that corner right there.

22        I don't know east and west and all of that stuff.  It is right

23        there on the corner.

24   Q    Okay.  So, if I am heading from Seven Mile --

25   A    If you are coming up Seven Mile --

                              -29-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    Q    Let me finish my question.  Let me finish my question.  Let me

2         finish my question.

3                    If I am coming from Seven Mile on Heyden Street and

4         I am the driver, is Ahmad's house going to be on my left or on

5         my right?

6    A    On your right.

7    Q    And it is going to be on the corner?

8    A    Yes.

9    Q    Of Clarita Street?

10   A    (Nods head.)

11   Q    Clarita and Heyden?

12   A    Heyden.

13   Q    And you stated that the shooter was in the right rear seat or

14        passenger seat of the car, correct?

15   A    He was sitting behind him but he was stretched all the way

16        across the whole seat with his foot on the door with the gun

17        out the window.

18   Q    Pretty tall person, pretty big person?

19   A    Yes.

20   Q    Okay.  And so, the car made a left turn because you guys were

21        on the right, correct?

22   A    Look --

23   Q    I am just asking you a straightforward question?

24   A    I am -- how I am sitting is, like, we are in front of Ahmad's

25        house.  That is the other side of the street.  They turned the

-30-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1        corner going back pass me towards Lahser, towards Kentfield.

2   Q    Okay.  I am going to ask you, again.

3             If you are standing on the right corner of Heyden

4       and Clarita and the shooter is shooting at you from the right

5       rear passenger side of the car, the car would have had to have

6       made a left turn, correct?

7   A    No.

8   Q    How otherwise?

9   A    What do you mean, how otherwise.  He was sitting -- let me

10     describe it.  Say that is Heyden. This stop pick right here. This

11     is Clarita. They rolled all the way down the street.  We are

12     standing like right here.  They had to bend this corner and we

13     was standing right there.  They rolled pass a stop right here at

14     the corner. They started shooting.  They bent the corner. Came

15     pass us. They are still shooting.

16          This is the house.  They are shooting all at the side

17     of the house.  Everybody running through the backyard and they

18     kept going.

19   Q    I am still not clear on where you were and how the car turned.

20     Now, it seems that you are saying --

21   A    He turned.

22   Q    Excuse me, sir.

23   A    He turned to his --

24   Q    Hold on a second.  What I am trying to do is ask you a question.

25     I know you want to testify, okay?

-31-

1    A    And I am telling you what.

2    Q    So, let me ask you the questions.  We are going to get it out,

3         just let me ask you the questions.

4              Now, from that particular illustration with your

5         finger, it seems that the car was coming down Clarita Street?

6    A    No.  Coming straight up Heyden from Seven Mile.  He turned right

7         on Clarita.

8    Q    So, then the driver would have been -- so, the car would have

9         been coming to the left, driver facing you and the shooter would

10        have been shooting at nothing?

11   A    No.  You are trying to get it all twisted.

12   Q    No, I am trying to get it all straight really?

13   A    I just told you what happened.  And you still trying to twist it

14        around like I don't know what I am talking about.

15   Q    No, I think -- what I am asking you is a straightforward question.

16   A    And I am telling you what happened and I told you what happened

17        and how he did it and how it went down.

18   Q    Excuse me, sir.  Again, now, I have asked you a couple of times

19        and I am still unclear.

20             THE COURT:  Hold on a minute.  I think that you are

21        the one who seemed to be confused.  If you will ask him the

22        question and let him explain it.  You may not like his answer,

23        but you have to accept that.

24   A    Right.

25             THE COURT:  So, let's move on. Ask the question again.

-32-

1      MS. FREDERICK:  Your Honor --

2      THE COURT:  Just ask the question again, please.

3      MS. FREDERICK:  Are we going to get the same answer.

4      THE COURT:  Fine.  If you don't want to ask the

5 question, then move on.

6      MS. FREDERICK:  Yes.

7 BY MS. FREDERICK:

8 Q All right.  Now, you stated that you were six steps from the

9   street or from the sidewalk.  Can you help me with that?

10 A I said the car was probably where he was at and I was standing

11   about right here. That is probably about five or six steps.

12 Q Okay.  Were you six steps from the street or from the sidewalk?

13 A I was in the, like, from the street.

14 Q Thank you.  All right.

15    And when the car went by you, you said that you looked

16   over the passenger and you saw the driver?

17 A I could look right through the window, ma'am.  I see it is not

18   no tint on the window.  I could see who in the car before he

19   even approaches.  I had seen him.  I know who he is, everything.

20 Q Okay.  And you did this at approximately 5 p.m. November 17th?

21 A It was in the afternoon.  It was not dark outside.  So --

22 Q Now, you stated that the car went by you one time and these

23   people were, I guess --

24      THE COURT:  By the way, the date on the Information

25 is November 15th.  It says --

          -33-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1        MS. FREDERICK:  I am sorry.  It is the 15th, 5 p.m.

2  BY MS. FREDERICK:

3  Q    So, the car went by the first time?

4  A    Yes.

5  Q    And the people just kind of looked at you?

6  A    Yes, they were looking tough at me. They ain't turned their

7       head.

8  Q    Okay.  And then it came back at about 60 miles per hour?

9  A    Up the block.

10 Q    Up the block.

11        Now, you are able to see everything that the shooter

12      is wearing as far as his facial hair and his braids and all of

13      this stuff at 60 miles per hour while he is shooting at you

14      and you are running and rolling on the ground?

15 A    No, because once they got to the corner, they stopped.

16 Q    They stopped dead cold at 60?

17 A    They eased up and stopped.  You can't smash on the brakes real

18      hard.

19 Q    Okay.

20 A    They eased up. He ain't burn no rubber stopping.  He stopped at

21      the corner gentle.  His man stuck the gun out the window.  They

22      got to shooting at us. We was running.

23 Q    How long did you have to look at teh gun?

24 A    I was on the grass.  I tripped and fell to make myself from

25      being an easy target because I was so close to them.

                              -34-

Q   Just so you know, the question was how long did you have to
    look at the gun, not how you ended up on the ground?

A   I was looking at the gun the whole while they was shooting.

Q   Okay.  And while you are looking at the gun, you were rolling
    on the ground and you saw grass flying and all this stuff and you
    were looking at the gun?

A   As I was rolling, I was glancing back at him.  Every time I rolled,
    glanced back at him to make sure that he wasn't out there at
    me.  but every time I rolled, I looked, I see the dirt popping
    up from where I was laying.  It wasn't like I was rolling hard.

Q   We got that part, okay.

    Now, you said you heard over 30 shots?

A   Yes.

Q   Okay. And you weren't injured, right?

A   No, ma'am.

Q   Okay.  Now, you also said that during the whole thing that this
    driver, Mr. Jones, is looking at you and nodding his head?

A   Yes.

Q   Okay.  Now, that is new as well, correct?

A   Uh?

Q   You testified to that before?

A   (No response.)

Q   Just a yes or no?

A   I don't know.

Q   Meanwhile, while the shooting is going, the car is slowed down and

-35-

1   the car is still rolling, okay.  And you just testified today

2   for the first time that the shooter actually came out of the

3   window with the gun at you?

4   A   No.  He wasn't all the way out the window.  It was only the gun

5   out the window.  He did not lean out the window.

6   Q   Okay.  He couldn't lean out the window?

7   A   He couldn't lean out the window how he was sitting back there.

8   He was laying with his foot up on the door like that.

9   Q   I got you.

10  A   All right then.

11  Q   Okay, thank you.

12          Now, you also stated that the position you observed

13  your friend, Demetris, to be in was somewhat partially standing,

14  hanging over a fence?

15  A   Leaning on the fence.

16  Q   Lower body appeared to be limp?

17  A   Right.

18  Q   And so he was leaning over a fence where?

19  A   Two doors down.

20  Q   Two doors down from the corner house?

21  A   Yes.

22  Q   Okay, and was that fence like across a driveway?

23  A   Yes.

24  Q   And what did you do when you saw him there?

25  A   We went and got him.

-36-

1   Q   We went and got him, who is we?

2   A   Well, Phillip and Joseph went and got him.

3   Q   So, you didn't go and get him?

4   A   No, I didn't go and get him.

5   Q   Now, you testified at the preliminary examination and another

6       hearing and now here today.  Have you had the opportunity to

7       prepare your testimony?

8   A   I looked over it, but, no, I don't need -- I know everything.

9       I was right there, almost got killed, ma'am.  You can't forget

10      nothing like that. That is going to be with me for the rest of

11      my life.

12  Q   I understand.

13          Now, I am going to ask you another question.  Did you

14      and your friends rob this man at gunpoint at the liquor store

15      on November 14th?

16  A   No, ma'am.

17  Q   You did not?

18  A   No, ma'am.  He can't tell you that I put a gun in his face and

19      robbed him.

20  Q   I never said there was a gun in his face.

21  A   Well, you are saying it like he told you that we robbed him or

22      something.

23  Q   No, I just asked the question.

24  A   And I just told you my answer.

25  Q   And --

-37-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    All right, and I just told you my answer.

2    Q    But you witnessed the robbery.  Did you call the police?

3    A    No, because he took off after them.  That wasn't none of my

4         business.

5    Q    But you went in the house, you and your friends walked away

6         and you went in the house and you came back out and they took

7         after all --

8    A    It was about 30 people out there.  It was peoples on their phone

9         calling -- we are at a liquor store, ma'am.

10   Q    30 people out witnessing a --

11   A    There is a restaurant right across the street full of people.

12        They looking through the window.  They seen him getting robbed.

13        It wasn't none of my business.  I didn't rob him.

14   Q    Maybe not.

15              THE DEPUTY:  Quiet in the courtroom, please.

16   BY MS. FREDERICK:

17   Q    Now, we learned about a lineup and a photograph, correct?

18   A    Yes, ma'am.

19   Q    Now, you said that you have been knowing Mr. Jones or you met

20        Mr. Jones a year prior to the incident, correct?

21   A    Yes.

22   Q    And that you know him when you see him, correct?

23   A    Yes.

24   Q    In fact, the image is so emblazed in your mind that you get a

25        little passionate about it, don't you?

                              -38-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    Right.

2    Q    Why did you need to see a photograph?

3    A    They just brought me the photograph and asked me do I recognize

4         the guy on this picture.  I said, yes, that is him.  That is

5         Fresh right there.

6    Q    Question:  How many other pictures did you see?

7    A    It was just that one.

8    Q    Just the one?

9    A    Yes.

10   Q    And after seeing the picture, you picked him out of the lineup,

11        didn't you?

12   A    Yes.  Probably later on that day or the next day.  I didn't need

13        the picture to pick him out the lineup.  If that is what you are

14        trying to get to.

15   Q    Well, let me take you where I am trying to get to.

16   A    All right then.

17   Q    That is what I do. What I want to know is if you knew him, why

18        did you need to see the picture?

19   A    I did not ask them to see the picture.

20   Q    How many were present when the picture was shown?

21   A    Me and Joseph.

22   Q    You and Joseph McCrimon.

23   A    McCrimon.

24   Q    McCrimon, okay, thank you.

25             So, you only saw one photograph and Joseph was also

                              -39-

1      present?

2   A   (Nods head.)  Yes.

3   Q   Now, at the lineup, did you make any comment regarding the

4       identification that you had made when you walked out?

5   A   No.

6   Q   Didn't say anything?

7           MS. FREDERICK:  Your Honor, one moment, please.

8           THE COURT:  Sure.

9           (Pause.)

10  BY MS. FREDERICK:

11  Q   You gave your own personal statement to the police the day after

12      the incident, didn't you?

13  A   I told them what happened.

14  Q   No.  You presented at Homicide the day after the shooting, didn't

15      you?

16  A   I only remember going to the Second Precinct and point him out

17      in that lineup.  I -- the only statement I made is the statement

18      he got that the police got out there from me that night on the

19      corner.

20  Q   But you never had a one-on-one interview at Homicide?

21  A   No.

22          MS. FREDERICK:  Nothing further, Judge.

23          THE COURT:  Any redirect, Mr. Rollstin?

24          MR. ROLLSTIN:  No, Your Honor.

25          THE COURT:  Mr. Martin, you may step down.  You may

                            -40-

1  remain in the courtroom if you wish, okay.

2 A All right.

3    THE COURT:  Call your next witness, please.

4    (Witness excused at 10:46 a.m.)

5    THE COURT:  Sir, step up here, please, right here

6 on the front here if you will and give this lady your name.

7    THE WITNESS:  Joseph McCrimon.

8    J O S E P H  M C C R I M O N ,

9 **having been first duly sworn by the Court at 10:47 a.m., was examined**

10 **and testified as follows:**

11    THE COURT:  Take this seat right here.  Pull the

12 microphone as close to your face as possible.  Okay, that should

13 work.  Speak loudly.

14    DIRECT EXAMINATION

15 BY MR. ROLLSTIN:

16 Q Sir, can you tell us your name, please?

17 A Joseph McCrimon.

18 Q Mr. McCrimon, how old are you today?

19 A 17.

20 Q Okay.  I want to take you back in time to November of last year.

21 Were you familiar with the intersection of Heyden and Clarita in

22 the City of Detroit?

23 A Yes.

24 Q Did you have a friend that lived there?

25 A Yes.

-41-

1    Q    What is your friend's name?

2    A    Ahmad.

3    Q    What is his last name?

4    A    Akins.

5    Q    Okay.  Did he live at that corner?

6    A    Yes.

7    Q    Okay.  Back in November of last year, do you know somebody

8         by the name of Fresh?

9    A    Yes.

10   Q    Do you see him in the courtroom this morning?

11   A    Yes.

12   Q    Can you point him out for us?

13   A    (Indicating.)

14   Q    You are identifying the gentleman seated at the table here

15        next to --

16             MR. ROLLSTIN:   That is for the record Mr James Jones,

17        Your Honor.

18   A    Yes.

19   BY MR. ROLLSTIN:

20   Q    How long have you been familiar with Mr. James Jones as of

21        November of last year?

22   A    About a year.

23   Q    Where did you know him from?

24   A    The neighborhood.

25   Q    Okay.  How long have you been in the neighborhood over there?

-42-

1   A      About 17 years.

2   Q      Okay.

3          THE COURT:  Excuse me.  Keep your voice up a little

4   bit louder, okay?

5   A      Yes.

6   BY MR. ROLLSTIN:

7   Q      How many years, sir?

8   A      17.

9   Q      Okay.  And tell us, if you will, during that year, had you ever

10  spoken to Mr. Jones?

11  A      Yes.

12  Q      Okay.  Besides his nickname of Fresh, did you actually know

13  his full true name?

14  A      No.

15  Q      Okay, all right.  Now, I want to direct your attention to the

16  14th of November of 2001.  Did you see anybody get robbed on

17  that day?

18  A      Yes.

19  Q      Who did you see get robbed?

20  A      Fresh.

21  Q      Okay.  Who were you with when you saw him get robbed?

22  A      EJ.

23  Q      Who?

24  A      EJ.

25  Q      When you say, EJ, what is that person's full name?

-43-

1  A    Edward Newman.

2  Q    Edward.  What is his last name?

3  A    Yes.

4  Q    You know him as Newman?

5  A    Yes.

6  Q    Did he just walk out the door here?

7  A    Yes.

8  Q    All right.  How long have you known Edward?

9  A    About four years.

10 Q    Okay, and how long have you known him -- Mr. McCrimon, how do

11      you know Mr. Newman or Edward as you know him?

12 A    Went to school with him.

13 Q    What school did the two of you go to?

14 A    Henry Ford.

15 Q    All right.  The -- when you saw Mr. Jones get robbed, where

16      were you at?

17 A    Seven Mile and Heyden at the alley.

18 Q    All right.  And you say Edward was with you, is that correct?

19 A    Yes.

20 Q    Where was Mr. Jones at when you saw him get robbed?

21 A    At the store.

22 Q    And tell us if you will what happened when you saw that occur?

23 A    We was about to go to the store but then we got turned around.

24      Like when the guys left, we went up to the store.

25 Q    You say you saw Mr. Jones get robbed at the store, right?

-44-

1    A    Yes.

2    Q    How many people robbed him?

3    A    Two.

4    Q    Okay.  Were were they at when they robbed him?

5    A    Coming from the alley.

6    Q    Did you see any weapons?

7    A    Yes.

8    Q    Who had a weapon?

9    A    The guy who was robbing him.

10    Q    Okay.  Robbing Mr. Jones?

11    A    Yes.

12    Q    What happened after they robbed him?

13    A    He got in his car and took off.

14    Q    Okay.  The next day, I want to direct your attention now to the

15        following day at around five o'clock in the evening, would you

16        have been near 18901 Heyden?

17    A    Yes.

18    Q    Would Edward have been there?

19    A    Yes.

20    Q    Would Phillip Mason have been there?

21    A    Yes.

22    Q    Would Ahmad Akins have been there?

23    A    Yes.

24    Q    Demetris Perdue have been there?

25    A    Yes.

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q    Did you know all of those people before that day?

2   A    Yes.

3   Q    And besides Edward, who you already told us how you know him,

4        how did you know Mr. Mason, Phillip Mason?

5   A    One of my neighbors.

6   Q    All right.  How did you know Ahmad Akins?

7   A    My neighbor.

8   Q    How did you know Demetris Perdue?

9   A    My neighbor.

10  Q    Okay.  On the 15th of November, about five o'clock, were you

11       over at Mr. Akins' house?

12  A    Yes.

13  Q    Did you see Mr. Jones at all about that time?

14  A    Yes.

15  Q    Where was he when you saw him then?

16  A    Riding past in a car.

17  Q    What kind of car was he driving?

18  A    Aurora.

19  Q    What color car was it?

20  A    Green.

21  Q    Was he a passenger, driver of the car?

22  A    Driver.

23  Q    How many people were in the car with him?

24  A    Three.

25  Q    Describe the other two people?

-46-

1    A    I am not for sure.

2    Q    Were they men or women?

3    A    Men.

4    Q    Approximately, how old were they?

5    A    About 23.

6    Q    Okay. Keep your voice up for us if you would, sir?

7    A    Yes.

8    Q    What race were the men?

9    A    Black.

10   Q    Okay. Did you recognize them as having seen them before?

11   A    No.

12   Q    When you saw this car that was being driven by Mr. Jones, what

13        street was it on?

14   A    Heyden, coming up Heyden and turning on Clarita.

15   Q    All right. What direction, when it turned on Clarita, did it

16        turn left or right?

17   A    Right.

18   Q    All right. And when it was on Heyden, was it coming, was it

19        coming from Seven Mile or going towards Seven Mile?

20   A    Coming from Seven Mile.

21   Q    Okay. The first time you saw this car, were any words spoken

22        by anybody in the car to anybody who was out there on the street?

23   A    No.

24   Q    Any words spoken from anybody on the street to anybody in the

25        car?

-47-

1  A  No.

2  Q  Did you see any weapons?

3  A  No.

4  Q  When they drove by the first time?

5  A  No.

6  Q  Tell us what happened when they drove by the first time?

7  A  They just drove by and we were sitting out there and about three

8  or four minutes later, the car came back shooting.

9  Q  We'll get to that in a minute.

10  When they drove by the first time, did anybody in the car

11  look in your direction?

12  A  Yes.

13  Q  Okay.  Where were you when the car drove by the first time from

14  Ahmad Akins' house?

15  A  In the next-door neighbor driveway.

16  Q  Okay.  You said the car came back?

17  A  Yes.

18  Q  How long is it from the time you see him the first occasion until

19  it comes back on the second occasion?

20  A  Five minutes.

21  Q  Okay.  When it comes back, what street is it on?

22  A  Heyden.

23  Q  Is it going -- is it coming from Seven Mile, going towards Seven

24  Mile?

25  A  From Seven Mile.

-48-

1    Q    Okay.  Is that the same direction as you saw it the first time?

2    A    Yes.

3    Q    It is going towards Clarita?

4    A    Yes.

5    Q    Okay.  You said there was some shooting when you saw it the second

6         time, is that right?

7    A    Yes.

8    Q    Where was the shooting coming from?

9    A    The back window.

10   Q    Of what car?

11   A    The Aurora.

12   Q    Okay.  Who was driving the car then?

13   A    I am not for sure.

14   Q    Why aren't you for sure?

15   A    Because I didn't see it.  They was shooting at me.

16   Q    Okay.  When the car came back the second time, you said about

17        five minutes passed, is that correct?

18   A    Yes.

19   Q    Okay.  The person that was doing the shooting, where was he seated

20        in the car?

21   A    In the back seat.

22   Q    Can you tell us whether or not that was the same person that you

23        saw the first time the car drove by?

24   A    No.

25   Q    Why not?

-49-

1    A    Because they had on masks.

2    Q    Okay. Who had on a mask?

3    A    The guys.

4    Q    What guys?

5    A    In the green Aurora.

6    Q    Okay.  Are you saying the driver had a mask on?

7    A    I am not for sure.

8    Q    Okay.  Are you saying the passenger had a mask on?

9    A    Yes.

10    Q    Are you saying the back seat passenger had a mask on?

11    A    Yes.

12    Q    What kind of mask did these people have on?

13    A    Like do-rags.

14    Q    Okay.  What part of the face did the mask cover?

15    A    Right here.

16    Q    You indicated from the mid-nose across the cheek line up to

17         the ears, is that correct?

18    A    Yes.

19    Q    Are you able to say whether the back seat passenger was the

20         same person that drove by in the first occasion who was in the

21         back seat?

22    A    No.

23    Q    Why not?

24    A    Because I didn't see it.

25    Q    You didn't see what?

-50-

1 A Who was in the car the second time.

2 Q Because of the mask?

3 A Because they were shooting at me.

4 Q Okay.  When they came back the second time and began shooting,

5   where was the Aurora at when the shooting began, was it on

6   Heyden or Clarita?

7 A Heyden.

8 Q How far from the corner of Heyden and Clarita was the Oldsmobile

9   when the shooting began?

10 A About three or four houses.

11 Q Okay.  How many shots did you hear fired?

12 A About 30.

13 Q When the car got to Clarita, what did it do?

14 A It turned and was shooting in the side of the houses.

15 Q Okay.  Did it turn left or right at Clarita?

16 A Right.

17 Q Going towards Evergreen?

18 A Lahser.

19 Q Lahser, okay.

20     As it turned, was there -- was there any firing as

21   it got onto Clarita?

22 A Yes.

23 Q Okay. When -- did you see the green Aurora anymore that day?

24 A No.

25 Q Did the police come?

-51-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    Yes.

2    Q    Did EMS come?

3    A    Yes.

4    Q    Before the shooting when the Aurora came the second time, was

5         Demetris Perdue out there?

6    A    Yes.

7    Q    Was Ahmad Akins out there?

8    A    Yes.

9    Q    After the shooting, was Demetris Perdue injured at all?

10   A    Yes.

11   Q    What was wrong with him?

12   A    He was shot in his stomach.

13   Q    And where was he at when you saw him shot in the stomach?

14   A    Across the street by my house.

15   Q    Okay.  The -- Mr. Akins, was he injured at all after the shooting?

16   A    Yes.

17   Q    Where was he injured at?

18   A    In the head.

19   Q    Okay.  Did you ever see Mr. Perdue alive again after that shooting?

20   A    Yes.

21   Q    Where?

22   A    Before he went to the hospital.

23   Q    Okay.  Did you speak with him at all?

24   A    No.

25   Q    Okay.  After they took him to the hospital, did you ever see him

-52-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1      alive again?

2   A   No.

3   Q   Okay.  The -- when the Aurora came and the shooting began, where

4      were you standing at?

5   A   In the driveway.

6   Q   Of?

7   A   The nextdoor house.

8   Q   Whose next door?

9   A   From Ahmad's house.

10  Q   Okay.  Would that be about the same place you were when it came

11     by the first time?

12  A   Yes.

13  Q   You hadn't moved your position at all?

14  A   No.

15  Q   Is that a no?

16  A   No.

17  Q   Okay, all right.

18          Now, Mr. McCrimon, did the police officer, did you

19     meet with a police officer the following day by the name of

20     Sgt. JoAnn Miller?

21  A   Yes.

22  Q   Where were you at when she contacted you?

23  A   On my porch.

24  Q   Okay.  Did you ask her to come to you?

25  A   No.

-53-

1    Q    All right.   When she arrived there, were you with anybody?

2    A    Yes.

3    Q    Who was that?

4    A    EJ.

5    Q    Edward?

6    A    Yes.

7    Q    All right.   Did Sgt. Miller show you anything?

8    A    Yes.

9    Q    What did she show you?

10   A    Picture of Fresh.

11   Q    Okay.   I am going to show you Exhibit No. 11 here.   Is that the

12        photograph she showed you?

13   A    Yes.

14   Q    And did you identify this person to her?

15   A    Yes.

16   Q    How did you identify this person to her?

17   A    That is Fresh.

18   Q    Okay.   Did you tell her that you had seen Fresh on the day of the

19        shooting?

20   A    No.

21   Q    Okay.   You just told her that you knew that person was Fresh?

22   A    Yes.

23   Q    Okay.   Did you go to a lineup on the 18th of November?

24   A    Yes.

25   Q    And how did you get to the lineup?

-54-

1    A    She came and picked us up.

2    Q    Okay.  Sgt. Miller did?

3    A    Yes.

4    Q    And who did she pick up with you?

5    A    Phillip, E.

6    Q    Anybody else?

7    A    Not that day.

8    Q    Okay.  Did you see Edward Martin at all during the lineup process?

9    A    No.

10   Q    Okay.  When you went to the lineup, did you view the lineup?

11   A    Yes.

12   Q    Were there -- was Edward Martin in the lineup with you when

13        you viewed it?

14   A    No.

15   Q    Was Phillip Mason in the lineup with you when you viewed it?

16   A    Yes.

17   Q    I am sorry.

18   A    Yes.

19   Q    He was in the room when you saw it?

20   A    No.

21   Q    Okay.  Did you go to the lineup with Phillip Mason?

22   A    Yes.

23   Q    Okay.  When you viewed the lineup, was Phillip Mason in the room

24        with you?

25   A    No.

-55-

1    Q    Okay.  Did you pick anybody out of the lineup?

2    A    Yes.

3    Q    Who did you pick out?

4    A    Fresh.

5    Q    Why did you pick him out?

6    A    Because that is the guy I seen driving the car.

7    Q    On what day?

8    A    The day of the shooting.

9    Q    Okay.  Now, when you say, driving the car, on which occasion

10        did you see him driving the car?

11   A    Before the shooting happened.

12   Q    The first occasion when the car drove by?

13   A    Yes.

14   Q    Okay.  I am showing you proposed Exhibit 13.

15              MS. FREDERICK:  No objections, Your Honor.

16              THE COURT:  Okay.

17              (People's Exhibit No. 13 received into evidence.)

18              THE COURT:  Go ahead, please.

19   BY MR. ROLLSTIN:

20   Q    Is this your lineup sheet from the 18th of November?

21   A    Yes.

22   Q    Who did you pick out?

23   A    Fresh.

24   Q    Okay, and is that your signature on the page there?

25   A    Yes.

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    Q    And did you tell the police there that that is the guy I saw

2         driving, she had a picture of him?

3    A    Yes.

4    Q    Okay.  When you say she had a picture of him, is that the picture

5         I have shown you as Exhibit No. 11?

6    A    Yes.

7    Q    Okay.  Now, there is also a comment at the page there.  It says

8         they said he was driving, is that correct?

9    A    Yes.

10   Q    Okay, is that your words?

11   A    Yes.

12   Q    Okay.  When you say those words, they said he was driving, what

13        did you mean by that?

14   A    EJ said he was driving.

15   Q    Okay.  When -- when you say EJ, you are talking about Edward?

16   A    Yes.

17   Q    All right.  When did Edward tell you that he was driving?

18   A    The second time when the shooting had happened.

19   Q    Okay.  You are telling the jury you didn't see that, is that

20        correct?

21   A    Right.

22   Q    All right.  You heard Edward say that to you, is that correct?

23   A    Yes.

24   Q    All right.  Now, when did Edward say that he saw him driving?

25   A    After the shooting.

-57-

1    Q     Okay.

2                  MR. ROLLSTIN:  I will move for 13 now, Judge.

3                  THE COURT:  Pardon me?

4                  MR. ROLLSTIN:  I will move for admission of 13 now.

5                  THE COURT:  I think she already indicated she had

6          no objections to 13 is admitted.

7                  MR. ROLLSTIN:  Very well.

8                  Thank you, Mr. McCrimon.  Your witness.

9                  THE COURT:  Go ahead, please, Ms. Frederick.

10                 MS. FREDERICK:  Thank you, Judge.

11                 CROSS-EXAMINATION

12   BY MS. FREDERICK:

13   Q     On the date of the incident, the police arrived at the scene,

14         correct?

15   A     Yes.

16   Q     And you spoke to a couple different officers?

17   A     Yes.

18   Q     Correct.

19               And you never once said that you recognized or knew

20         the driver, did you?

21   A     Yes.

22   Q     Yes?

23   A     Yes, I did.

24   Q     To which officer?  I know you probably don't remember the name,

25         but at which time did you say you knew?

                              -58-

1    A    I am not for sure.

2    Q    Okay.

3            Now, you are having some difficulty being completely

4    honest here, aren't you?

5    A    No.

6    Q    Do you recall me being present at the lineup?

7    A    No.

8    Q    You didn't see me standing in the room at the lineup?

9    A    I don't remember.

10   Q    And you are testifying today that Edward Martin was not with you

11   and Phillip Mason and Investigator Miller?

12   A    Phillip was.

13   Q    Was Edward Martin also with you two?

14   A    No, not that I recall.

15   Q    Not that you recall, okay.

16            Now, do you recall the comments you made during the

17   lineup process?

18   A    Yes.

19   Q    What did you say?

20   A    Told them that was Fresh.

21   Q    You told them that was Fresh?

22   A    Yes.

23   Q    So, if a lineup attorney testified otherwise, he would be lying?

24   A    Yes.

25   Q    And if Investigator Miller had testified otherwise, she would also

-59-

1    be lying?

2  A    Testified about what?

3  Q    If Investigator Miller noted that the comments you made was

4       different than what you are saying today, she would be untruthful.

5  A    Yes.

6  Q    So, you didn't have any difficulty identifying Mr. Jones?

7  A    No.

8  Q    You walked right in and you identified Mr. Jones?

9  A    Yes.

10 Q    Did you make any other comments?

11 A    Not that I remember.

12 Q    Okay.  You said that you saw the photograph of Mr. Jones on

13      what date?

14 A    I am not for sure.

15 Q    How many days after the incident?

16 A    I am not for sure.

17 Q    Okay.  If Investigator Miller spoke to you the day after the

18      shooting at your home on teh 16th, that would be one day right

19      and the lineup was held on what day?

20 A    I am not for sure.

21 Q    How did you get to the --

22 A    She came and picked me up.

23 Q    She picked you up and where did she pick up Mr. Mason?

24 A    I think she picked him up at his house.

25 Q    Was he in the car with her before you or after?

-60-

1   A   I don't remember.

2   Q   You don't remember, okay.

3           Now, where do you know Mr. Jones from?

4   A   The neighborhood.

5   Q   The neighborhood.

6           Did you and any of your friends participate in an

7   armed robbery for which he was a victim on the 14th?

8   A   No.

9   Q   You stated you were standing in the alley?

10  A   Yes.

11  Q   Okay.   When the robbery occurred, how many other people were

12  around when this robbery occurred?

13  A   A couple of people.

14  Q   Just a couple.

15          THE COURT:   Mr. McCrimon, I know you can speak

16  louder than what you are speaking.

17  A   Everything that was going in the store and out the store.

18  BY MS. FREDERICK:

19  Q   How many people were standing with you when you witnessed the

20  robbery?

21  A   One.

22  Q   And that was Mr. Martin?

23  A   Yes.

24  Q   Nobody else?

25  A   No.

-61-

1   Q   Okay.  Mr. Mason wasn't present during the robbery?

2   A   No.

3   Q   Mr. Perdue wasn't present during the robbery?

4   A   He was at the store.

5   Q   Mr. Perdue was at the store?

6   A   Yes.

7   Q   Okay.  And how do you know he was at the store?

8   A   Because we was on our way up there to see him.

9   Q   Okay.  Now, from where you were standing in the alley, could

10      you see Mr. Perdue?

11  A   No.

12  Q   Okay.  And did you see 30 or so people milling around the store?

13  A   No.

14  Q   Okay.  Now, I am going to move up to the date of the incident.

15      Where had you been prior to the first time the car went by?

16  A   On the corner.

17  Q   Just standing on the corner, okay.

18          Now, do you have any familiarity with, like a compass,

19      north, south, east and west?

20  A   Yes.

21  Q   A little bit.

22          Now, if the car is coming from Seven Mile Road down

23      Heyden Street, are you on the east or west corner?

24  A   The west.

25  Q   You are on the west corner?

-62-

1    A    Yes.

2    Q    And that would be towards Lahser?

3    A    Yes.

4    Q    Okay.  And you already positioned the shooter in the rear right

5        passenger window?

6    A    Yes.

7    Q    Gun out the window?

8    A    Yes.

9    Q    Okay.  And you are on the west corner, correct, and the car made

10        a right turn?

11    A    Yes.

12    Q    And you really didn't see the shooter , the passenger or the driver

13        at the time the shooting was taking place?

14    A    Yes.

15    Q    But you were standing on the corner when the car allegedly went by

16        the first time?

17    A    Yes.

18    Q    Okay.  Which direction did the car turn when it went by the first

19        time?

20    A    The right.

21    Q    It made a right?

22    A    Yes.

23    Q    And consistent with that, it made a right the second time?

24    A    Yes.

25    Q    Okay.  So, in that way, the right rear passenger seat would be

-63-

1        facing?

2  A    Yes.

3  Q    The right, right?

4  A    Yes.

5  Q    And you are standing on the corner.

6             Now, I want to know how did the right rear passenger

7        shoot at you and your friends?

8  A    Because I was in front of my house.

9  Q    From the right rear side of the car?

10  A    I was in front of my hosue.

11  Q    Okay.

12  A    It was on the same side.

13  Q    Okay.  Now, you say you saw masks on everyone except the driver?

14  A    I am not for sure.

15  Q    You are not for sure?

16  A    Yes.

17  Q    Okay.  And the car went by the first time, there were not masks?

18  A    No.

19  Q    And you know that for sure?

20  A    Yes.

21  Q    And how many people were in the car the first time?

22  A    Three.

23  Q    Three.

24             Have you ever been -- how old are you, sir?

25  A    17.

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q   Okay.  Listen, the car has a shooter.  How many shots did you
2        hear?

3   A   About 30.

4   Q   Have you been over your testimony with anyone?

5   A   No.

6   Q   Not at all?

7   A   No.

8   Q   Have you had the opportunity to read your statement?

9   A   Yes.

10   Q   Any other statements?

11   A   No.

12   Q   Have you discussed the case with Mr. Martin?

13   A   No.

14   Q   Not at all?

15   A   (Shakes head.)

16   Q   Never?

17   A   Yes.

18   Q   When?

19   A   It has been in the neighborhood.  I am not for sure.

20   Q   Have you discussed it with Mr. Mason?

21   A   No.

22   Q   Now, you stated it was five minutes or so after the first time
23        the car went by that it came back by?

24   A   Yes.

25   Q   All right.  And this occurred in November?

-65-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    Yes.

2    Q    And how were you dressed?

3    A    I don't remember.

4    Q    Had a coat on?

5    A    No.

6    Q    No coat, okay.  T-shirt?

7    A    I am not for sure.

8    Q    Okay.  It happened around 5 p.m.?

9    A    Yes.

10    Q    Correct.  Getting dark around that time?

11    A    Yes, just about.

12    Q    Just about.  Did the car have its lights on?

13    A    I am not for sure.

14    Q    You don't remember.

15           You said that you know Mr. Jones from the neighborhood.

16    Did you recognize this green car?

17    A    Yes.

18    Q    Where did you see it before?

19    A    When he got robbed in it.

20    Q    He got robbed in the green car?

21    A    Yes.

22    Q    Did you tell the police that you recognized the car from the guy

23    that got robbed?

24    A    Yes.

25    Q    You did tell them that?

-66-

1    A    Yes.

2    Q    And they just didn't write it in the report?

3    A    I don't know.

4    Q    Okay.  Now, what interaction, if any, have you had prior to

5         the shooting -- had you had prior to the shooting with Mr. Jones?

6    A    None.

7    Q    None?

8    A    No.

9    Q    So, how did you know him?

10   A    From the neighborhood.

11   Q    And what does that mean?

12   A    Driving around in the neighborhood.

13   Q    And so you just heard his name or heard about him but you

14        didn't know him?

15   A    No, seen him a lot.

16   Q    Seen him a lot.

17            So, why did you tell the police that you didn't know

18        him?

19   A    I didn't tell the police that.

20   Q    Okay.

21            MS. FREDERICK:  Nothing further, Judge.

22            THE COURT:  Mr. Rollstin?

23            MR. ROLLSTIN:  Nothing, Judge.

24            THE COURT:  Mr. McCrimon, thank you, sir.  You may

25        stand down, please.

-67-

1          Proceed with the next witness.

2          JUROR NO. 13:  Judge, I need to have a break.  I

3     had some surgery recently and I need to use the bathroom.  Can

4     I do that?

5          THE COURT:  Okay.  Let's take about ten minutes.

6     About ten minutes.

7          THE DEPUTY:  Rise for the jury.  Everyone take a

8     break.  We have to have everyone out of the courtroom.  Go to

9     the jury room.  Be ready to start back in about ten minutes.

10          (Jurors excused at 11:14 a.m.)

11          THE COURT:  Bring them back in in about ten minutes.

12     We will get back in about ten minutes.

13          (Off the record at 11:14 a.m.)

14          THE DEPUTY:  Rise for the jury.

15          (Jurors enter the courtroom at 11:30 a.m.)

16          THE DEPUTY:  You may be seated.

17          THE COURT:  Thank you.

18          **P H I L L I P   M A S O N   ,**

19     **having been first duly sworn by the Clerk at 11:30 a.m., was examined**

20     **and testified as follows:**

21          THE CLERK:  You can be seated.

22          DIRECT EXAMINATION

23     BY MR. ROLLSTIN:

24     Q     Sir, can you tell us your name, please?

25     A     Phillip Mason.

-68-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1    Q    Mr. Mason, pull that microphone right up so we can all hear your

2         voice.

3              How old are you today?

4    A    19.

5    Q    I want to take you back in time to November of last year.

6              Were you at 18901 Heyden Street on the 15th of November

7         at around five o'clock in the evening?

8    A    Yes.

9    Q    Was there a shooting at that location while you were present?

10   A    Yes.

11   Q    Okay.  Tell me if you will do you know Edward Martin?

12   A    Yes.

13   Q    How do you know him?

14   A    A friend.

15   Q    How long have you known him?

16   A    Probably seven or eight years.

17   Q    Do you know Joseph McCrimon?

18   A    Yes.

19   Q    How do you know him?

20   A    Friend.

21   Q    How long have you known him?

22   A    About seven or eight years.

23   Q    Do you know Ahmad Akins?

24   A    Yes.

25   Q    How do you know him?

-69-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    About seven or eight years.

2    Q    How do you know him?

3    A    Oh, friend.

4    Q    Okay.  During his life, did you know Demetris Perdue?

5    A    Yes.

6    Q    And how did you know him?

7    A    Friend.

8    Q    And how long had you known him prior to his death?

9    A    Probably, like, 10 or 11 years.

10   Q    All right.  Are you familiar with that neighborhood over by Clarita

11        and Heyden and Seven Mile and Lahser?

12   A    Yes.

13   Q    How long have you been over in that area?

14   A    About 15 years.

15   Q    Okay.  Now, you said you were present at that address when a

16        shooting occurred, is that correct?

17   A    Yes.

18   Q    Who lived at that address back in November of last year, if you

19        know?

20   A    Ahmad.

21   Q    Okay, and is that house on the corner of Heyden and Clarita?

22   A    Yes.

23   Q    Okay. Tell me, if you will, the person who was doing the shooting,

24        where were they at when the shooting began?

25   A    Where were they?

-70-

1   Q    Yes?

2   A    In the car.

3   Q    What kind of car were they in?

4   A    A green Aurora.

5   Q    All right.   Where were you at when the shooting began?

6   A    Standing on the curb on the corner.

7   Q    Of Heyden and Clarita?

8   A    Yes.

9   Q    Were you in front of Mr. Akins' house?

10   A    Yes.

11   Q    Okay.   Was Edward Martin out there?

12   A    Yes.

13   Q    Was Joseph McCrimon out there?

14   A    Yes.

15   Q    Was Demetris Perdue out there?

16   A    Yes.

17   Q    Was Mr. Akins either there or inside the house before the shooting?

18   A    Yes.

19   Q    Okay.   You said the shooter was in a car, is that right?

20   A    Yes.

21   Q    I am sorry if you already told us.   Again, but tell me again

22   Q    what kind of car it was?

23   A    A green Oldsmobile Aurora.

24   Q    What street was the car on when you saw it when the shooting began?

25   A    On Heyden.

-71-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1  Q   Where was it coming from?

2  A   Seven Mile.

3  Q   Okay.  Had you seen the car earlier in the day before the shooting

4      began?

5  A   I seen it a couple of minutes before.

6  Q   All right.  Where was the car at the first time you saw it?

7  A   The first time I saw it, it was driving around the block down

8      Heyden.

9  Q   On Heyden.

10          And what direction was it coming from?

11  A   From Seven Mile.

12  Q   All right.  When it got to Clarita, did the car turn?

13  A   Yes.

14  Q   Which direction did it turn, left or the right?

15  A   To the right.

16  Q   All right.  The first time you saw it, was there any shooting?

17  A   No.

18  Q   Okay.  How much attention did you pay the car the first time it

19      went by?

20  A   I looked right into the car, looked right at it.

21  Q   When the car came back the second time, how much time went by

22      until you saw it on the second occasion?

23  A   Probably, about, three, four minutes.

24  Q   Okay.  When it came back on the second occasion, you said that

25      somebody inside the car began to fire, is that right?

-72-

1    A    Yes.

2    Q    Did you see what kind of weapon it was?

3    A    Yes.

4    Q    What kind was it?

5    A    AK.

6    Q    AK47?

7    A    Yes.

8    Q    Which person was firing the gun in the car?

9    A    From the back seat.

10   Q    How many people were in the back seat?

11   A    One.

12   Q    How many people were -- was there a front seat passenger?

13   A    Yes.

14   Q    And, obviously, there had to be a driver?

15   A    Yes.

16   Q    Okay.  When the person began to fire the gun from the back seat,

17        could you see what direction the gun was pointed at?

18   A    Yes.

19   Q    Tell us in general terms who it was pointed at?

20   A    It was pointed at all of us.

21   Q    Okay.  When it was fired, the first time it was fired, where

22        were you standing?

23   A    I was standing on the grass, like, on the curb, right by the curb.

24   Q    In front of whose house?

25   A    In front of Ahmad's house.

-73-

1   Q   Was Mr. Perdue out there when the gun began to fire?

2   A   Yes.

3   Q   Was Edward Martin out there when the gun began to fire?

4   A   Yes.

5   Q   Was Joseph McCrimon out there when the gun began to fire?

6   A   Yes.

7   Q   Okay.  When the car came back the second time, what did you do

8       after the gun began to shoot in your direction?

9   A   When it was shooting in my direction?

10  Q   Yes?

11  A   (No response.)

12  Q   After the gun started to fire, what did you do?

13  A   I said -- I said -- I was, like, he got a gun.  He is shooting,

14      and I ran.

15  Q   All right.  Where did you run to?

16  A   I ran through a backyard.

17  Q   Okay.  The number of shots that were fired from that gun, can

18      you give us some idea of how many were fired?

19  A   I would say, about, 20 or 30.

20  Q   Okay.

21          After the car, did you see where the car went from

22      Heyden?

23  A   It turned.

24  Q   On what street?

25  A   On Clarita.

-74-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    Q    What direction did it turn?

2    A    Right.

3    Q    All right.  Did you see the car anymore that day?

4    A    No.

5    Q    Okay.  Had you seen that car ever before in the neighborhood?

6    A    No, I haven't seen it before.

7    Q    Okay.  The -- are you able to identify who the driver of the car

8         was?

9    A    No.

10   Q    Okay.  Did you go down to a lineup on the 18th of November at

11        the Second Precinct?

12   A    Yes.

13   Q    Okay.  And I am going to hand you what has been marked as

14        proposed Exhibit 14.  Is that your signature at the bottom of

15        the page there?

16   A    Yes.

17   Q    Okay.  And you saw a lineup with five people in it, is that

18        correct?

19   A    Yes.

20   Q    And you didn't identify anybody, is that right?

21   A    Yes.

22   Q    Okay.  Why is it that you could not identify who the driver of that

23        car was?

24   A    I didn't see the driver.

25   Q    Okay.  Now, you said Edward Martin is a friend of yours of several

                                    -75-

1        years, right?

2   A    Yes.

3   Q    And you said Demetris Perdue is a friend of yours of several years,

4        is that right, correct?

5   A    Yes.

6   Q    And Ahmad Akins is a friend of yours of several years, correct?

7   A    Yes.

8   Q    After the shooting, did Demetris Perdue -- was he shot?

9   A    Yes.

10  Q    Did he survive his injuries?

11  A    No.

12  Q    Was Ahmad Akins shot?

13  A    Yes.

14  Q    Did he survive his injuries?

15  A    Yes.

16  Q    Okay.  And you went to the lineup and you told the police you

17       couldn't identify the shooter, correct?

18  A    Yes.

19  Q    Fair enough.  After the shooting, did you speak with Edward Martin

20       at all?

21  A    Like, directly after the shooting?

22  Q    Any time after the shooting?

23  A    Yes.

24  Q    Okay. Has Edward Martin at any time after the shooting told you who

25       he saw was the driver of the car?

                                    -76-

1    A    Yes.

2    Q    What did he tell you he saw the driver of the car was?

3            MS. FREDERICK:   Object, Your Honor. That is going to be

4    hearsay.

5    A    He --

6            THE COURT:   Hold on a minute.   There is an exception

7    to that rule under Rule 801 (D).   What is the subparagraph.   Do

8    you have it handy.   The case name on that is People v Malone.

9            MR. ROLLSTIN:   801(D)(1)(c), Judge.

10           THE COURT:   Okay.   Let me make sure I have that.

11   Statements which are not hearsay.   A statement is not hearsay if

12   (c)(1) of identification of a person made after seeing the person.

13   That is under subparagraph as I indicated 801(D)(1)(c) and the

14   Malone case that speaks to that is the case that was in this

15   courtroom by the way.

16           That allows if the person who made the initial statement

17   is available to testify and that person has testified here, then

18   that statement is not hearsay.   So, I will overrule that objection.

19           MS. FREDERICK:   Thank you, Judge.

20           THE COURT:   Proceed.

21   BY MR. ROLLSTIN:

22   Q    What did Edward Martin tell you or who did he tell you he saw

23   driving the car?

24   A    He said -- he say Fresh.

25   Q    Okay.   Did you know who Fresh was when he said the word, Fresh?

-77-

1   A   I didn't know who he was, but I know what kind of car he drove

2       and he told me what kind of car he drove.  So, I know who he

3       was talking about.

4   Q   Before the shooting, did you know anybody named Fresh?

5   A   No.

6   Q   Fair enough.  How soon after the shooting was it that Edward Martin

7       told you that he saw the driver as being Fresh?

8   A   He told me before and after.

9   Q   He told you before the shooting?

10  A   He told me right when he rode pass us the first time.

11  Q   Okay.  After the shooting, how soon after the shooting was it

12      that Edward Martin told you Fresh was the driver?

13  A   Right after.

14  Q   Okay.  Was that when he -- did he tell you before you went to the

15      lineup?

16  A   Detective -- I forget her name.

17  Q   Picked you up?

18  A   Yes.

19  Q   And did you ride to the Second Precinct with her?

20  A   Yes.

21  Q   Was there anybody else in the car when you went down there?

22  A   Yes.

23  Q   Who was that?

24  A   Edward and Joe.

25  Q   Edward Martin and Joseph McCrimon?

-78-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    Yes.

2    Q    Okay.  When you viewed the lineup, was Edward Martin standing

3    in the room with you?

4    A    No.

5    Q    When you viewed the lineup, was Joseph McCrimon standing in the

6    room with you?

7    A    No.

8    Q    Were you allowed to speak with them at all after they viewed the

9    lineup and before you did?

10    A    After and before I did, no.

11    Q    In other words, were they allowed to go in, look at the lineup

12    and come out and talk with you before you saw it?

13    A    No.

14    Q    Okay.  Did you go look at the lineup and go talk to any of them

15    before they saw it?

16    A    (No response.)

17    Q    In other words, did you go in the room, look at the lineup and

18    go out and talk to Ed Martin before he saw it?

19    A    No.

20    Q    Okay.  Did you talk to Joseph McCrimon after you saw it, after

21    you viewed the lineup and before he saw it?

22    A    No.

23    Q    Okay.  Thank you, Mr. Mason.

24               MR. ROLLSTIN:  Nothing else.  Your witness.

25               THE COURT:  Go ahead, please.

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1                         CROSS-EXAMINATION

2     BY MS. FREDERICK:

3     Q     Morning, Mr. Mason?

4     A     Good morning.

5     Q     You gave a statement on the 15th of November regarding this

6           incident, correct?

7     A     Yes.

8     Q     Okay.  And you signed each page of your statement, correct?

9     A     Yes.

10    Q     You stated here today that you did not know this person they

11          called Fresh, correct?

12    A     I said I didn't know what he looked like, didn't know his face.

13    Q     Didn't know what he looked like.  So, you didn't know what he

14          looked like, right?

15    A     Yes.

16    Q     So, based on what did you give a description of him in your

17          statement on the 15th?

18    A     The description I gave on the 15th because the guy, my friend,

19          Edward, he told me that he drove a gold Caprice.  So, I thought

20          that it was another guy and he is, and I put on my statement

21          that he had bumps all over his face and I thought that was the

22          dude he was talking about.

23                  And he was, like, no, that is not him because it was

24          two guys that drove a gold Caprice in the same year and the same

25          color.

                                  -80-

1    Q    So, basically, when you are giving a description of this person

2         and you are naming that person, Fresh, you are really not being

3         accurate when you describe the person, the naming Fresh?

4    A    Can you repeat that?

5    Q    I am sorry.  I am confused myself.

6              You thought that Edward Martin was describing was

7         somebody to you and you in turn described that somebody to the

8         police?

9    A    He didn't describe what he looked like.  He described the car that

10        he drove.

11   Q    Okay.  And so you don't know this individual here?

12   A    No.

13   Q    Okay, and so the person that you described is somebody else?

14   A    Yes.

15   Q    Were you present on the 15th when Mr. Jones was allegedly robbed?

16   A    No.

17   Q    When Ofr. Miller picked you up, you stated that your other two

18        friends, EJ and Joe were present, correct?

19   A    When he was allegedly robbed?

20   Q    No.  No.

21   A    When?

22   Q    When Ofr. Miller picked you up to go to the lineup, she had all

23        three of you together, correct?

24   A    Oh, yes.

25   Q    Okay.  And do you recall her showing a photograph of Mr. Jones

-81-

1       on that date?

2   A   She didn't show it to me.

3   Q   Okay.  But did she show a photograph?

4   A   To them, yes.

5   Q   She did.  That was on teh 18th, the day of the lineup?

6   A   Yes, if that was the date, yes.

7   Q   I mean --

8   A   Yes.

9   Q   Okay.  And still when you entered into the room to view the

10      individuals, you couldn't truthfully say that you knew anybody

11      in there, could you?

12  A   No.

13  Q   Okay.  Even after the picture was circulated, correct?

14  A   I didn't see the picture.

15  Q   Okay.  But the other two did?

16  A   Yes.

17  Q   Okay.  And you all three were together with Investigator Miller

18      that day?

19  A   Yes.

20  Q   Okay.  Did she pick you up first?

21  A   I can't recall.

22  Q   Okay.  You all pretty much live in the same block, right?

23  A   Yes.

24  Q   So she kind of -- everybody was together anyway, basically?

25  A   Yes.

-82-

Q    In the same area?

A    Yes.

Q    Okay.   Now, you stated that you heard 20 or 30 shots?

A    Yes.

Q    Okay.   And that while that was happening, you were running through a backyard?

A    Yes.

Q    Okay.   Have you discussed your testimony with EJ, Mr. McCrimon or anyone else?

A    No.

Q    Have you reviewed your statement?

A    Yes.

Q    When did you do that?

A    Just a few minutes ago.

Q    Just a few minutes ago.

     So, you said that you know two individuals in the neighborhood who drive gold Caprices?

A    Yes.

Q    Caprice automobiles, and that you understood that one of them was a person named Fresh?

A    Yes.

Q    Okay.   But you stated also that you recognized the green Aurora, is that what you stated earlier?

A    I didn't say I -- I recognized it when it rode pass the second time, but I didn't recognize it the first time it rode by.

-83-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q   Okay.  And how much of the weapon could you see from where you

2        were standing?

3   A   From where I was standing, I seen the barrel.  I seen his arm

4        on the trigger -- his finger on the trigger, rather, and I seen

5        the barrel hanging out the window.

6   Q   Okay.  And you are familiar with the daylight savings time,

7        correct?

8   A   Daylight savings, yes.

9   Q   So, would you characterize the time of day as daylight or getting

10      dark?

11   A   Daylight.

12   Q   And this incident occurred around five p.m.?

13   A   Around 4:30.

14   Q   4:30.

15             MS. FREDERICK:  Nothing further, Your Honor.

16             THE COURT:  Mr. Rollstin?

17             MR. ROLLSTIN:  Nothing else, Judge.

18             THE COURT:  Thank you, sir.  You may stand down.

19             (Witness excused at 11:50 a.m.)

20             JUROR NO. 10:  Can I use the bathroom for one minute?

21             THE COURT:  Didn't we just come back off --

22             JUROR NO. 10:  I know.  One minute?

23             THE COURT:  Go ahead, please.  You can go right outside

24      the door there and to your right, okay, to your left, okay.

25      Just hold on for a minute everybody else.

-84-



1        (Pause at 11:51 a.m.)

2        THE COURT:  Is that the next witness?

3        MR. ROLLSTIN:  Yes, Judge.

4        THE COURT:  Bring him on up anyway.  We will get him

5    started.

6        THE DEPUTY:  Come on up.

7              A H M A D      A K I N S      ,

8    having been first duly sworn by the Clerk at 11:53 a.m., was examined

9    and testified as follows:

10        (Juror No. 10 returns at 11:54 a.m.)

11        THE COURT:  Let the record reflect that all the jurors

12    are present in the courtroom, please.

13        Please, proceed with your witness.

14        MR. ROLLSTIN:  Thank you.

15        DIRECT EXAMINATION

16    BY MR. ROLLSTIN:

17    Q    Sir, tell us your name, please?

18    A    My name is Ahmad Akins.

19    Q    How old are you today?

20    A    I am 20.

21    Q    I am going to take you back in time to November of last year.

22         Did you live at 18901 Heyden Street?

23    A    Yes.

24    Q    How long had you lived at that address as of November of 2001?

25    A    About ten years.

-85-

1   Q   Okay.   Did you know Edward Martin back then?

2   A   Yes.

3   Q   How long have you known Mr. Martin?

4   A   I used to go to school with him.

5   Q   And did you know Joseph McCrimon back then?

6   A   Yes.

7   Q   How long did had you known him?

8   A   Used to go to school with him, too.

9   Q   How about Phillip Mason, did you know him back in November of

10      2001?

11  A   Yes.

12  Q   How long had you known him?

13  A   About five years.

14  Q   How about Demetris Perdue, did you know him during his lifetime?

15  A   Yes.   That is my cousin.

16  Q   Okay.   Going back to November the 15th, 2001 at about five o'clock

17      in the evening, would you have been either at or inside your home

18      there?

19  A   Yes.

20  Q   Okay.   Did there come a time that a shooting occurred?

21  A   Yes.

22  Q   Okay.   Prior to that shooting occurring, did you see any green

23      or turquoise colored cars?

24  A   Yes.

25  Q   What kind of car do you believe the vehicle to be?

-86-

1    A    A Honda Accord, '91, '92.

2    Q    What kind of car?

3    A    A Honda Accord, '91.

4    Q    Where was that car the first time you saw it?

5    A    Coming towards Seven Mile.

6    Q    All right, on which street?

7    A    Heyden.

8    Q    Okay.  And when it gets to Clarita, what does the car do?

9    A    Stop.

10   Q    Okay.  What does this car have to do with the shooting?

11   A    Bullets came out the car.

12   Q    Which window did the bullets come out of?

13   A    Passenger side.

14   Q    Front or back seat?

15   A    Back seat.

16   Q    Where is the car at the frist time you hear the sound of gunshots?

17   A    Down the street.

18   Q    On which street?

19   A    Heyden.

20   Q    Okay.  Is it going towards or away from Seven Mile?

21   A    Away from.

22   Q    Okay.  And is it going toward Clarita?

23   A    Yes.

24   Q    Okay.  And how many times did you see this green car that day?

25   A    One time.

-87-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q   Okay.  Prior to the shooting, where had you been?

2   A   Coming from in the house.

3   Q   Okay.  You had been inside the house?

4   A   Yes.

5   Q   How long were you in there prior to coming out?

6   A   No later than a minute or two.

7   Q   Okay.  When you came out and you saw the car was on Heyden?

8   A   Yes.

9   Q   Coming from Seven Mile?

10   A   Yes.

11   Q   Going towards Clarita?

12   A   Yes.

13   Q   Okay.  How many people were in the car?

14   A   About three or four.

15   Q   Okay, all right.

16       When the shooting began, where were you at?

17   A   In front of my house.

18   Q   What did you do when you heard the gunshots?

19   A   I ran.

20   Q   Where did you run to?

21   A   Side of my house.

22   Q   Okay.  Did you get a look at who the driver was?

23   A   No, I don't.

24   Q   Okay.  Did you get a look at who the shooter was?

25   A   No.

1    Q    I am sorry?

2    A    Nope.

3    Q    Okay, approximately, how many gunshots did you hear?

4    A    About 30 rounds.

5    Q    How many?

6    A    About 30.

7    Q    Okay.  Was Demetris Perdue out there when the shooting began?

8    A    Yes, he was.

9    Q    Was Edward Martin out there when the shooting began?

10   A    Yes, he was.

11   Q    Was Joseph McCrimon out there when the shooting began?

12   A    Yes, he was.

13   Q    And was Phillip Mason out there when the shooting began?

14   A    Yes, he was.

15   Q    Okay.  Did you see what direction the person who was shooting the

16        gun was pointing the weapon when he was firing it?

17   A    At us.

18   Q    Okay.  When you say, at us, are you talking about Mr. Martin,

19        McCrimon, Mason and Perdue?

20   A    Yes.

21   Q    And yourself?

22   A    Yes.

23   Q    Okay.  After the shooting, was Mr. Perdue injured?

24   A    Yes, he was.

25   Q    Okay.  Was he taken to the hospital by EMS?

-89-

1   A    Yes.  I went right with him because I had got shot.

2   Q    Did you ever see Mr. Perdue alive again after you got to the

3        hospital?

4   A    No.

5   Q    Okay.  You told us that you were shot, is that right?

6   A    Yes, I was.

7   Q    How many times were you shot?

8   A    One time.

9   Q    What part of your body were you shot at?

10  A    In the head.

11  Q    Are there any scars that you can show us today that were the result

12       of that injury of being shot that day?

13  A    Yes.

14  Q    Okay, whereabouts is it?

15  A    Stitches.

16  Q    Whereabout is the scar at?

17  A    Oh, the back of the head.

18  Q    Okay.  Can you tip your head over so that the ladies and gentlemen

19       and myself and Ms. Frederick can see the scar.

20            Why don't you step off the witness stand if you would.

21       Come toward me and stand right here, and if you would, can you

22       just bow down a little bit so the jury can see your head there.

23       Tip yourself over a little bit more.  There you go.  Turn this way

24       if you can, Mr. Akins.

25            Thank you.  Okay, you can go right ahead and take the

                                   -90-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1      witness stand, again.  Thank you, sir.

2  A    You're welcome.

3  Q    The injury that you just displayed for the jury, that is from

4      being shot, is that correct?

5  A    Yes, it is.

6  Q    How long were you out of the hospital?

7  A    Four days.

8  Q    Okay.  And that was at Sinai Grace, is that correct?

9  A    Yes, it was.

10  Q    Okay.  And now, you made a witness statement to the police after

11      this, is that correct?

12  A    Yes, I did.

13  Q    Okay.  And you have read that before your testimony today, right?

14  A    Yes, I did.

15  Q    And that was at 8:50 in the evening on the 15th of November, is

16      that correct?

17  A    Yes.

18  Q    Okay.  And did you tell the police whether or not you could see

19      the driver in your witness statement?

20  A    Yes, I did.

21  Q    Okay, and what did you tell the police in your statement about

22      your ability to see the driver?

23  A    I glanced for a little second.

24  Q    Do you remember what you said in your witness statement right now?

25  A    Yes, I did.

-91-

1  Q   When you were asked the question, did you see the driver, what

2      was your answer to Investigator?

3  A   No, I didn't.

4  Q   And you told him you didn't see the driver, correct?

5  A   No -- yes.

6  Q   All right.  Let me just ask that, again.

7          You told the Investigator King that you could not see

8      the driver, correct?

9  A   Yes.

10 Q   All right.  Did you attend a lineup?

11 A   No, I didn't.

12 Q   Okay.  Fair enough.  Thank you, Mr. Akins.

13          MR. ROLLSTIN:  Your witness.

14          THE COURT:  You may cross-examine, please, Ms. Frederick.

15          MS. FREDERICK:  Thank you, Judge.

16          CROSS-EXAMINATION

17 BY MS. FREDERICK:

18 Q   How are you, Mr. Akins?

19 A   I am all right.

20 Q   Good.  Before the shooting started, where were you?

21 A   I was in the house.

22 Q   You were in the house, and how long had you been in the house?

23 A   Maybe, a minute.

24 Q   A minute.  But prior to that, you were outside?

25 A   Yes.

-92-

1    Q    So, you had only been in teh house one minute, approximately?

2    A    Yes.

3    Q    Before the shooting started?

4    A    Yes.

5    Q    You heard it from in the house?

6    A    No, I didn't. Came back outside. Chilled for a minute and

7         rolled up and started shooting.

8    Q    Okay. And you stated that the car drove by you, you saw the

9         car go by once?

10   A    Yes.

11   Q    And it was shooting when it went by?

12   A    Yes.

13   Q    And you were only in the house a minute?

14   A    Yes.

15   Q    Okay. Did you have a chance to talk about your testimony with

16        anybody?

17   A    No.

18   Q    You didn't?

19   A    No.

20   Q    Nobody helped you remember anything?

21   A    No.

22   Q    Okay. Did you read it at all?

23   A    Yes, I did.

24   Q    And that was today?

25   A    Yes.

-93-

1   Q   You never read it before?

2   A   Yes, I did.

3   Q   Okay. When did you read it before?

4   A   Last time I was here.

5   Q   Okay, for court?

6   A   Yes.

7   Q   Okay.  Have you or your friends ever talked about what happened?

8   A   Yes.

9   Q   Okay.  And is that recently?

10  A   Yes.

11  Q   Okay.  Did you talk to EJ about what happened that day?

12  A   Yes.

13  Q   Did you talk to Phillip about what happened?

14  A   Yes.

15  Q   And did you guysagree upon how many bullets or gunshots you heard?

16  A   Yes.

17  Q   And you also agreed it was 20 or 30?

18  A   Yes.

19  Q   Now, you said you ran to the side of the house?

20  A   Yes, I did.

21  Q   So, you were on the porch when it happened?

22  A   No, I wasn't on the porch.

23  Q   Where were you?

24  A   I was off the porch in front of my house.

25  Q   You were in front of your house?

-94-

1   A   Un-hun.

2   Q   So, you weren't still coming out of the door when it happened?

3   A   No.

4   Q   Okay.  And then which -- did you run to the side of your house or

5       the house next door?

6   A   The house next door.

7   Q   Would you say that that car you saw was a big car or a small car?

8   A   Small car.

9   Q   Small car.

10          Did you get a chance to discuss the kind of car it

11      was with EJ and Phillip?

12  A   No, I didn't.

13  Q   You didn't.

14          MS. FREDERICK:  I have nothing further, Judge.

15          THE COURT:  Do you, Mr. Rollstin?

16          REDIRECT EXAMINATION

17  BY MR. ROLLSTIN:

18  Q   Mr. Akins, you were asked the question by Ms. Frederick about you

19      all agreed as to the number of shots that were fired, is that

20      correct?

21  A   Yes.

22  Q   Okay.  Were you told by anybody what to testify to about the number

23      of shots that were fired?

24  A   No.

25  Q   Okay.  You thought there was 20 or 30 shots fired?

                              -95-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1    A    Yes, I did.

2    Q    Mr. Martin thought that?

3    A    Yes.

4    Q    Mr. McCrimon thought that?

5    A    Yes.

6    Q    Okay.  So, the three of you were in agreement on your opinion

7         abut the number of shots that were fired?

8    A    Yes.

9              MR. ROLLSTIN:  No further questions.

10             THE COURT:  Ms. Frederick?

11             MS. FREDERICK:  None, Your Honor, thank you.

12             THE COURT:  Mr. Akins, you may stand down.  Are you

13        okay?

14   A    (Nods head.)

15             THE COURT:  You may be excused.

16             (Witness excused at 12:06 p.m.)

17         J O N A T H A N        Y A K I M O V I C H        ,

18   having been first duly sworn by the Clerk at 12:07 p.m., was examined

19   and testified as follows:

20                       DIRECT EXAMINATION

21   BY MR. ROLLSTIN:

22   Q    Sir, can you tell us your name, please?

23   A    Jonathan Yakimovich.

24   Q    Mr. Yakimovich, how are you employed today?

25   A    Police officer, City of Detroit.

                              -96-

LASER STOCK FORM FMSRN

THE CORBY GROUP 1-800-255-5040

1   Q   I want to take you back in time to the 15th of November, last

2       year, about five o'clock in the evening.  Would you have been

3       working at about that time?

4   A   Yes, sir.

5   Q   What was your duty assignment on that day?

6   A   Patrol, Scout 87, 8th Precinct.

7   Q   And did you have a partner that day?

8   A   Yes, sir.

9   Q   Who was that person's name?

10   A   Townsell.

11   Q   Did there come a time right around five o'clock in the evening

12       that you got a police run to 18901 Heyden?

13   A   Yes, sir.

14   Q   Heyden runs in which direction?

15   A   North/south.

16   Q   Does Clarita intersect it?

17   A   Yes.  It is right -- it runs east/west.

18   Q   Is Clarita south of Seven Mile?

19   A   Yes, one south.

20   Q   Okay.  The kind of run that you got to that address, what was the

21       general description of it?

22   A   It was a shooting.

23   Q   Okay, all right.  And when you went there, did you use your

24       lights and sirens?

25   A   Yes, sir.

-97-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1   Q   Okay.  When you arrived there, were there any injuries?

2   A   Yes, sir.

3   Q   How many people?

4   A   Two.

5   Q   Okay.  Did the fire department emergency services respond?

6   A   They were in route.

7   Q   Okay.  Were the injured taken to the hospital?

8   A   Yes, sir, Sinai Grace.

9   Q   Did other members of your department respond, also?

10   A   Scout 812.

11   Q   While you were out there, did you have a chance to speak with

12      Mr. Edward Martin?

13   A   Yes, sir, I did.

14   Q   Okay.  Did you ask him what occurred prior to your arrival?

15   A   Yes, sir.

16   Q   Okay, and what did he tell you?

17   A   He told me that an Aurora down the street stopped in front of the

18      house.

19               Can I refer to my PCR?

20   Q   Go right ahead.  You have your report there with you?

21   A   Yes, sir. It was driven by the man nicknamed Fresh.  And then

22      an unknown black male was the passenger opened fire.

23   Q   Okay.  How long are you at this crime scene before Edward Martin

24      tells you that Fresh was the driver of the Oldsmobile Aurora?

25   A   Probably at the scene a couple of minutes.

| | | |
|---|---|---|
| 1 | Q | Tell us if you will, describe for us the setting as you are there |
| 2 | | speaking with Mr. Martin.  What is going on around you? |
| 3 | A | We headed northbound Heyden.  We got to Clarita.  And we saw the |
| 4 | | crowd of people.  Right away, we get out.  You look for the injured |
| 5 | | people.  I found the one injured, deceased laying on the ground. |
| 6 | | There was a crowd around him.  So, I tried to get everybody back. |
| 7 | | EMS was in route. |
| 8 | | My partner is trying to find the other injured person. |
| 9 | | And it was, on both sides of the street, there was a crowd of |
| 10 | | people. |
| 11 | Q | Okay. |
| 12 | A | So, when I finally got some crime scene tape out of my trunk, I |
| 13 | | taped off the area and I started talking to witnesses and asking |
| 14 | | people what happened, and that is when I talked to him. |
| 15 | Q | Mr. Martin? |
| 16 | A | Mr. Martin. |
| 17 | Q | Okay.  And did you indicate in your report that he identified |
| 18 | | Fresh as being the driver of the vehicle? |
| 19 | A | Yes, sir. |
| 20 | Q | Okay.  And was this report made the date, 15th of November, 2001? |
| 21 | A | Yes, sir, when we were at the scene. |
| 22 | Q | Okay.  19 -- 18901 Clarita (sic).  I am going to show you proposed |
| 23 | | Exhibit No. 1 now.  Is that a photograph of the front of that |
| 24 | | house? |
| 25 | A | Yes, sir, it is. |

-99-

1  Q   Okay.  Proposed Exhibit No. 2, is that a picture of the front

2      window of that home on the left of the door as you are looking

3      at the house?

4  A   Yes, sir, it is, the south side of the house.

5  Q   Did you see any damage to that window after your arrival?

6  A   Yes, sir, bullet hole.

7  Q   Okay, and proposed Exhibit No. 3, is that a closeup of that

8      window with a bullet hole?

9  A   Yes, sir.

10 Q   Okay.  18911 Heyden, is that next door to 901?

11 A   The house just north of it.

12 Q   Was there any damage to that house?

13 A   Yes, sir.

14 Q   I am showing you a picture of that house, proposed Exhibit No. 4.

15     Is there any bullet strikes shown in that photograph?

16 A   There is a bullet hole if not two to the upper peak of the house.

17 Q   Okay.  That house, was there a BMW parked nearby it?

18 A   I believe in the driveway next door.

19 Q   Proposed Exhibit No. 5, is taht a picture of that car?

20 A   Yes, sir.

21 Q   Did you see any bullet strikes to that car?

22 A   Yes, sir, I believe the fender.

23 Q   Proposed Exhibit No. 6, that  -- Exhibit No. 6, 5 and 6 are

24     already entered.  Six, does that show us the bullet strike that

25     you observed?

-100-

1   A   Yes, sir.

2   Q   Okay.  18919 Heyden, is that next door to 911?

3   A   Yes, sir, it would be.

4   Q   Proposed Exhibit No. 7, is that a photograph of that house?

5   A   That's correct.

6   Q   Did you observe any bullet strikes to that home?

7   A   Yes, sir.

8   Q   Proposed Exhibit No. 8, is that the front of the house and

9       left of the front door as you are looking at the house?

10  A   Yes.

11  Q   What do we see in that photograph?

12  A   Siding is chipped away, probably a bullet hit it.

13  Q   Okay.  And that bullet strike is some inches in length, would

14      you agree?

15  A   Yes, the slash looks like it was probably hit at an angle.

16  Q   Okay.  Proposed Exhibit No. 9, is that a picture of the

17      front window of that house?

18  A   Front window with a bullet hole in it, the upper glass.

19  Q   Okay.  That is 919 Heyden Street, is that correct?

20  A   Yes, sir.

21  Q   18919?

22  A   Yes, sir.

23  Q   Okay.  Proposed Exhibit No. 10 here, that sketch of Heyden, does

24      that accurately depict the intersection of Heyden and Clarita

25      and the three houses that we have just went over in photographs?

-101-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1   A      Yes, sir.  It is pretty accurate.

2   Q      Okay.  Is the damage to the three houses and the damage to the

3          BMW in the driveway indicated on that sketch as well?

4   A      Yes, sir, the window of the peak.

5   Q      Fair enough.  Thank you, Officer.

6                  THE COURT:  I am sorry.  What number is that marked as?

7                  MR. ROLLSTIN:  No. 10, Judge.

8                  THE COURT:  No. 10, thank you.

9                  Go ahead, please, Ms. Frederick.

10                 MS. FREDERICK:  Thank you, Judge.

11                 CROSS-EXAMINATION

12  BY MS. FREDERICK:

13  Q      Just a couple of quick questions.

14                 When you arrived at the scene, it was pretty much dark

15         at that time?

16  A      No.

17  Q      What time of day was it?

18  A      It was just starting to get dark, just after five, maybe, 5:15.

19  Q      5:15.  And did you make the observations as far as the damage at

20         that moment or was that some time later?

21  A      That was after we secured the scene.

22  Q      Okay.  And the house in question or the homes in question appear

23         to be illuminated by your camera light but it seems to be dark

24         around the pictures?

25  A      Yes, it is dark then.

                                -102-

1    Q    Okay.

2    A    Correct.

3    Q    And you started taking them around?

4    A    Probably a couple of hours later.

5    Q    A couple of hours later.

6         And so, you were able to locate gunshot and bullet holes

7    and all of this stuff?

8    A    Well, first, what we do is secure the scene and take care of the

9    injured and talk to the witnesses and then after that you do a

10   canvass of everything else, checking for the bullet casings,

11   the damage the bullets did to the houses and stuff.

12   Q    Okay.  So, I want to back up to your first contact with any

13   witnesses at the scene.  Basically, you are noting their

14   comments as to what happened?

15   A    Yes, ma'am.

16   Q    Okay, and you are not necessarily investigating as much as you are

17   gathering the --

18   A    Our primary job is to secure the scene and to talk to the witnesses,

19   get descriptions and initially kind of what happened so I can put

20   a description over the air for other units and to document

21   something in my report.

22        MS. FREDERICK:  I have nothing further.  Thank you.

23        THE COURT:  Mr. Rollstin?

24        MR. ROLLSTIN:  Nothing, Judge.

25        THE COURT:  Thank you, sir.  You may stand down.  You

                              -103-

may be excused.

MR. ROLLSTIN: I move for admission of 2, 3, 4, 7, 8, 9 & 10.

THE COURT: Ms. Frederick, any comments about those?

MS. FREDERICK: Only that Mr. Yakimovich did not testify that he is in fact the individual that took the pictures and the pictures have been in his care and charge from the time --

THE COURT: I think that based on the rules as I understand them, it doesn't necessarily mean if the person can identify them as such in connection with the case, it can be admitted and it goes to the weight of them rather than the admissibility. So, I will allow those.

MS. FREDERICK: Thank you, Judge.

(People's Exhibits Nos. 2, 3, 4, 7, 8, 9 & 10
received into evidence.)

MR. ROLLSTIN: And, Judge, while I am thinking about it, I am going to move the admission of 14 which is the lineup sheet for Mr. Mason.

THE COURT: What was that, again?

MR. ROLLSTIN: Phillip Mason's lineup sheet, 14.

THE COURT: Lineup sheet, Mason. Any comments about that one, Ms. Frederick?

MS. FREDERICK: Not if it is the one that he signed.

THE COURT: All right. That is the one?

-104-

1    MR. ROLLSTIN: That is.

2    (People's Exhibit No. 14 received into evidence.)

3    MR. ROLLSTIN: Could we have a side bar, Judge?

4    THE COURT: Okay, sure.

5    (Bench discussion held off the record and outside the

6    jury's hearing.)

7    THE COURT: Members of the jury, we are going to take

8    our lunch break now and have you back at -- make it 1:45, okay.

9    Be back at about -- we want to start at 1:45, okay.

10   THE DEPUTY: Rise for the jury.

11   (Jurors are excused at 12:18 p.m.)

12   THE DEPUTY: You may be seated.

13   THE COURT: I am sorry, I forgot to do something else

14   here. There was some indication that one of the jurors, I

15   believe, it is the juror in Seat No. 12. I would like to make

16   an inquiry and I will do that later, passed word to one of the

17   deputies that she thinks she may know someone who may have been

18   in the courtroom. I don't know if it was one of the witnesses

19   or somebody else here.

20   THE DEPUTY: I asked her was it a witness. She said,

21   no.

22   THE COURT: Someone who is in the courtroom. Yes,

23   I want to at least make a record on that. So, I will make note

24   of that.

25   Now, a record on the side-bar here. Mr. Rollstin,

-105-

1   you told me that you don't have any more witnesses to call right

2   now and that the doctor even is not supposed to be here until

3   tomorrow morning. I don't understand this, okay. This case was

4   set to go yesterday. You didn't have witnesses here then. I

5   gave you the afternoon to get people together and so forth. And

6   here we are now and you are telling me that you may not have

7   anymore people to call and this is at the lunch break now.

8       I have another case that is set here for tomorrow

9   morning. I set this case up for two days of trial and I try

10  to maintain my trial schedule. And you know, a part of this is

11  your office, your bosses upstairs, they're constantly complaining

12  and criticizing the judges in this building, you know, for

13  adjourning cases on trial date and so forth.

14      How can we do that if your office also is going to be

15  a factor in doing that. I bet that Mr. Duggan or whatever his

16  name is up there doesn't count that factor in when the prosecutors

17  office doesn't do what they are supposed to do.

18      Get the doctor here this afternoon. If not, I will

19  go ahead and dismiss this case this afternoon one way or the

20  other.

21          (Off the record at 12:20 p.m.)

22          (On the record at 1:58 p.m.)

23          MR. ROLLSTIN: Matter before the jury, Judge.

24          THE COURT: Bring them on.

25          MR. ROLLSTIN: Judge, Leesa, do you need these other

                              -106-

1    police officers?

2                    MS. FREDERICK:  No, I don't.

3                    MR. ROLLSTIN:  Okay.

4                    THE DEPUTY:  Rise for the jury.

5                    (Jurors enter the courtroom at 1:58 p.m.)

6                    THE DEPUTY:  You may be seated.

7                    THE CLERK:  Step up.

8            B O G U S L A W        P I E T A K        ,

9    having been first duly sworn by the Clerk at 2:00 p.m., was examined

10   and testified as follows:

11                   THE CLERK:  You can be seated.

12                   MR. ROLLSTIN:  Judge, before taking Dr. Pietak's

13   testimony and -- I have spoken with Counsel for Mr. Jones,

14   and we have agreed that in lieu of having Ms. Ross testify as

15   to the identification of her son, Demetris Perdue, we are

16   going to stipulate as to the identification of the deceased

17   in this matter being one, Demetris Perdue.

18                   THE COURT:  Very well.  Proceed.

19                   DIRECT EXAMINATION

20   BY MR. ROLLSTIN:

21   Q    Tell us your name, please?

22   A    Boguslaw Pietak.

23   Q    You are a medical doctor?

24   A    Yes.

25   Q    Tell us who your employer is?

                              -107-

1    A    Wayne County.

2    Q    In what capacity are you employed there?

3    A    Assistant medical examiner.

4    Q    Okay.  You went to medical school?

5    A    Yes.

6    Q    Whereabouts?

7    A    In Poland.

8    Q    Did you have any specialized training after medical school?

9    A    Yes, I did.

10   Q    In what area of specialty?

11   A    Anatomic pathology and forensic pathology.

12   Q    You have been qualified as an expert in the area of forensic

13        pathology before?

14   A    Yes, I have.

15   Q    How many times?

16   A    About 60 times.

17   Q    How long have you worked for Wayne County Medical Examiners?

18   A    Here in Detroit for three years.

19   Q    Okay.  The area of forensic pathology, how much of your time

20        is spent in that practice?

21   A    One hundred percent.

22             MR. ROLLSTIN:  Okay.  I will offer the witness for voir

23        dire on his qualifications in the expert area of forensic pathology.

24             THE COURT:  Any questions you want to ask him?

25             MS. FREDERICK:  None, Judge.

                              -108-

1       THE COURT:  Proceed then.

2       MR. ROLLSTIN:  Judge, we will ask the witness then

3   be recognized as an expert.

4       THE COURT:  Very well.

5       Members of the jury, normally, when a person testifies,

6   they do not testify and give an opinion about something.  And

7   exception to that rule are persons who are qualified as experts

8   in a particular area of expertise.  Here, the doctor is being

9   recognized as an expert in the area of forensic pathology.

10      Proceed, then.

11      MR. ROLLSTIN:  Thank you.

12  BY MR. ROLLSTIN:

13  Q   Doctor, on the 16th of November, the year, 2001, was an inquiry

14      made by your office into the cause of death of Mr. Demetris Perdue?

15  A   Yes, there was.

16  Q   Is your office required by law to keep records of the inquiries

17      it makes into the cause of death of individuals?

18  A   Yes.

19  Q   Okay.  And do you have a file with you that pertains to the

20      inquiry into the cause of death of Mr. Perdue?

21  A   I do.

22  Q   And you reviewed it before coming to court today?

23  A   Yes, I have.

24  Q   Okay.  Can you give us a definition, please, of what forensic

25      pathology is?

-109-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1   A   Forensic pathology is a branch of pathology that has to do with

2       the performance of an autopsy, both an external followed by an

3       internal examination to determine a cause and a manner of death.

4   Q   The investigation into Mr. Perdue's death, is that contained --

5       is that addressed, rather, in the file that you have in your

6       custody?

7   A   Yes, it is.

8   Q   Okay.  On the external examination of Mr. Perdue's remains, was

9       there any obvious injuries to him?

10  A   Yes, there were.

11  Q   Where were they located?

12  A   There were two gunshot wounds to -- one to the lower back and one

13      to the left leg.

14  Q   Okay.  Was an internal examination made of the wound tracks?

15  A   Yes, it was.

16  Q   And can you tell the ladies and gentlemen of the jury the track

17      the bullet took once it hit Mr. Perdue in the back?

18  A   The wound track was from back to front, slightly rightward and in

19      a level plane.

20  Q   The wound track onto the left leg, can you tell us what route it

21      took?

22  A   It was also from back to front, almost in a level plane.

23  Q   Does your file include anatomical diagram of the human body?

24          MS. FREDERICK:  Excuse me, Your Honor, I am going to

25      object to the doctor reading directly from the report.

                        -110-

1              THE COURT:  What is wrong with that?  He is an

2    expert who testified about examining a witness.  This is not

3    the same if we had a witness who is testifying trying to

4    remember something.  But recognizing him as an expert, to

5    give an opinion, he is allowed to rely on his documents to do

6    that.  So, objections, overruled.

7              MS. FREDERICK:  Very well.

8    BY MR. ROLLSTIN:

9    Q    Is there an anatomical depiction of the human body in your

10        file?

11   A    Yes, there is.

12   Q    And does that indicate the approximate locations of the entrance

13        wounds to Mr. Perdue?

14   A    Yes, it does.

15   Q    Were any exit wounds noted on the external examination?

16   A    Yes, there was an exit on the abdomen and an exit on the front

17        portion of the left leg.

18   Q    Okay.  The wound track onto the middle of the back, did it

19        injure any of the -- any major organs in the body?

20   A    Yes, it passed through the lumbar vertebral -- the spinal

21        cord, the aorta, interior vena cava --

22             THE COURT:  Excuse me.  Just a minute, please.

23   Leave the court--leave the courtroom.  Whoever that is that

24   is crying and weeping, whoever it is, leave the courtroom.

25             (Pause.)

                         -111-

1                    THE COURT:  Proceed.

2                    MR. ROLLSTIN:  Thank you.  I am sorry.

3      BY MR. ROLLSTIN:

4      Q    Where did you leave off, Doctor?

5      A    Vena cava.

6      Q    Go on.

7      A    As well as the bowel.

8      Q    Okay.  The anatomical survey of the body, I am going to show

9           you what has been marked as People's proposed Exhibit 15.  Is

10          that a photocopy of your original?

11     A    Yes, it is.

12     Q    Does that clearly depict the location of the entrance wounds

13          and the exit wounds to Mr. Perdue?

14     A    Yes.

15     Q    After reviewing the file, do you have an opinion as to what caused

16          Mr. Perdue's death?

17     A    Yes.

18     Q    What is that?

19     A    Death was due to multiple gunshot wounds.

20     Q    Okay.

21                   MR. ROLLSTIN:  Nothing else.  Your witness.

22                   THE COURT:  Go ahead, please.

23                   CROSS-EXAMINATION

24     BY MS. FREDERICK:

25     Q    Good afternoon, Dr. Pietak.  I am sorry, you did not perform this

                              -112-

LASER STOCK FORM FMSRN

THE CORBY GROUP  1-800-255-5040

1    particular autopsy, did you?

2  A    No, I did not.

3  Q    And the report from which you are reading was not prepared by you,

4    was it?

5  A    That's correct.

6  Q    And basically, you are representing the Wayne County Medical

7    Examiners Office here?

8  A    Correct.

9          MS. FREDERICK:  Thank you.  Nothing further.

10          THE COURT:  Okay.  Anything else of the doctor,

11   Mr. Rollstin?

12          MR. ROLLSTIN:  No thank you, Judge.

13          THE COURT:  Thank you, sir.  You may stand down.

14          (Witness excused at 2:05 p.m.)

15          (People's Exhibit No. 16 marked by the court reporter.)

16          MR. ROLLSTIN:  Judge, the balance of the witness with

17   the exception of the officer in charge, JoAnn Miller, are in the

18   hallway.  I have offered them to Counsel if she wishes to examine

19   them on the record.  I do not intend on calling them.  The last

20   witness that I intend on calling is Ofr. Miller who as we discussed

21   before will be present tomorrow morning.

22          With that in mind, I have one exhibit that I would like

23   to admit.

24          THE COURT:  Ms. Frederick, the other persons that are

25   listed as prospective witnesses here, do you want any of those

                              -113-

1    police officers?

2              MS. FREDERICK:  No.  Other than Ofr. Miller, no.

3              THE COURT:  Very well, okay.

4              What is the exhibit that we have?

5              MR. ROLLSTIN:  The certified record of conviction.

6              THE COURT:  Okay.

7              MR. ROLLSTIN:  I have had that marked 16.  I will move

8    for its admission now.

9              MS. FREDERICK:  No objections, Judge.

10             THE COURT:  All right.  No. 16 is admitted.

11             (People's Exhibit No. 16 received into evidence.)

12             MR. ROLLSTIN:  Also, I will move for admission of

13   proposed Exhibit 15, the ME sketch.

14             THE COURT:  What was the other one?

15             MR. ROLLSTIN:  The medical examiner sketch.

16             MS. FREDERICK:  No objection.

17             THE COURT:  All right.

18             (People's Exhibit No. 15 received into evidence.)

19             THE COURT:  So, what I am hearing now, Mr. Rollstin,

20   is that Ms. Miller is not here.  She is not available and that is

21   your last witness?

22             MR. ROLLSTIN:  That is right.

23             THE COURT:  What a waste of time.

24             Members of the jury, we are at that point in time,

25   again.  I hate to have to do this, especially, a waste of the

                              -114-

court time from my prospective to have to do this, but there is nothing that we can do right now. So, I am going to let you go for today. I didn't realize that we only had that little bit of testimony today. We could have gone into the lunch break time.

But anyway, do not discuss this case with anybody, among yourselves, and avoid any and all contact of persons involved with the case. I anticipate hopefully we can get this case to you for deliberation sometime tomorrow morning. Take care. I see you tomorrow morning, nine o'clock, same place.

I am sorry -- let me have juror in Seat No. 12 stay for just a second, okay. Ma'am, will you step down here for a minute.

See everybody else tomorrow morning.

(Remaining jurors excused at 2:09 p.m.)

THE DEPUTY: You may be seated.

THE COURT: Ma'am, one of the deputies mentioned to you -- this is juror in Seat No. 12. Is it Ms. Burnett. One of the deputies mentioned to me earlier today that you may have -- that you may recognize someone who might have been invovled with this.

JUROR NO. 12: They weren't witnesses.

THE COURT: Okay. Someone who was in the courtroom?

JUROR NO. 12: Un-hun.

THE COURT: Is that person in the courtroom now?

JUROR NO. 12: No, he is gone.

-115-

1     THE COURT:  So, this was a person you saw in the courtroom

2     but as far as you know, it is no one associated in any way with

3     this case?

4          JUROR NO. 12:  Un-unn.

5          THE COURT:  I wanted to make sure we had that clear.

6     Thank you.  You are free to go.  You can just go right out this

7     way.

8          (Juror No. 12 excused at 2:10 p.m.)

9     THE COURT:  See you tomorrow morning at nine o'clock.

10    MR. ROLLSTIN:  Thanks, Judge.

11    MS. FREDERICK:  Thanks, Judge.

12         (Matter adjourned at 2:10 p.m.)

13         --   --   --

14

15

16

17

18

19

20

21

22

23

24

25

-116-

R E P O R T E R ' S     C E R T I F I C A T E

STATE OF MICHIGAN      )
                       )  ss.
COUNTY OF WAYNE        )

 

 

        I, CLARA SHAH, CSR-2602, an Official Court Reporter in and for the Third Judicial Circuit Court for the County of Wayne, State of Michigan, do hereby certify that I have reported stenographically proceedings had and testimony taken in the above-entitled cause, and I do further certify that the foregoing transcript constitutes a full, true and complete transcript of said stenographic notes.

 

 

_____

CLARA SHAH, CSR-2602
OFFICIAL COURT REPORTER

-117-