STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN,

    -vs-                          Case No. 01-013853

                                  Hon. Thomas E. Jackson

JAMES ALFRED JONES,

    Defendant.
_____/

### SENTENCE

PROCEEDINGS HAD in the above-entitled cause before the HONORABLE THOMAS E. JACKSON, Judge, Criminal Division, Third Judicial Circuit Court, Courtroom G-1, Frank Murphy Hall of Justice, 1441 St. Antoine, Detroit, Michigan, on Thursday, June 20, 2002.

APPEARANCES:

    MR. WILLIAM A. ROLLSTIN, (P40771),
        Assistant Wayne County Prosecutor,
        On behalf of the People of the State of Michigan.

    MS. LEESA A. FREDERICK, (P53372),
        On behalf of Defendant James Alfred Jones.

    -  -  -

    CLARA SHAH, CSR-2602
    OFFICIAL COURT REPORTER

I N D E X

| WITNESS | PAGE |
|---|---|
| SENTENCE | 6 |

E X H I B I T S

| IDENTIFICATION | MARKED | RECEIVED |
|---|---|---|

N O N E

1  Thursday, June 20, 2002
2  Detroit, Michigan
3  At about 11:31 a.m.
4     -  -  -
5  THE CLERK: Case No. 01-13853 and 00-10626, People
6  versus James Jones. The matters are here today for sentencing.
7  MR. ROLLSTIN: William Rollstin, on behalf of the
8  People.
9  MS. FREDERICK: Leesa Frederick, on behalf of
10  Mr. Jones, Your Honor.
11  THE COURT: Okay. You may proceed.
12  MS. FREDERICK: Today is the date and time set for
13  sentencing, Your Honor. My client has brought to my attention
14  after reviewing the presentence investigation a couple of things
15  that may need correcting.
16  First one being that he has never appeared before
17  Judge Gershwin Drain on any matter thereby disputing the capias
18  history on that case. Originally, he had a case before Your
19  Honor where he was sentenced on April 5th, 2001. There is on
20  the 5th, I guess, conviction, an allegation that he was
21  subsequently arrested on September 1st, 2001, which he also
22  denies. And that would have caused him to be in violation of
23  the April 5th probation.
24  Other than that, Your Honor, we have no more corrections
25  or deletions to make at this time.

-3-

THE COURT: Okay. Go ahead, please.

MS. FREDERICK: I have reviewed the sentencing information report as it relates to the guidelines. They are correct. And my calculation -- and I would ask the court to have mercy on my client as he still contends his innocence with respect to the theory of aiding and abetting, and the witnesses that were present.

We would ask that the court offer him some leniency with respect to the fact that after you placed him on probation, Your Honor, he had not in any way violated. And that this is basically in my view a misidentification case.

Thank you.

THE COURT: Ms. Frederick, you understand this conviction is for first degree premeditated murder?

MS. FREDERICK: I do understand that, Judge, and I am still making that same comment.

THE COURT: All right.

Mr. Jones, you were convicted by a jury of first degree premeditated murder and several other charges. You do have the right to speak on your behalf before I complete sentence in your case.

Anything you want to say?

THE DEFENDANT: Yes. I just feel that I didn't have a jury of my peers. And I still say I am innocent. You know I think you just made the Homicide Detective's job a little easier

-4-

with that aiding and abetting. They didn't have to find the actual shooter. They grabbed the first person they saw and whoever's name they heard and pinned it on me.

THE COURT: Say what you will, Mr. Jones, but there were three, whatever number of persons here who knew you and identified you as the person. And the jury acted on that. And the law does recognize aiding and abetting in situations like this.

If you really are serious about doing something about this, you should be about then maybe trying to help them prosecute the persons who actually did the shooting in this case because certainly you know who that was, but you don't want to do anything about that. Then that is your call. You don't have to and nobody can make you do anything about it. But if you are serious about doing anything, that is what you should be about.

Anything else you want to say?

THE DEFENDANT: They say. They don't know. I don't know them. They are going off of hearsay.

THE COURT: All right. Anything else?

THE DEFENDANT: That is it.

THE COURT: Anything from the prosecution?

MR. ROLLSTIN: Just two points, Judge.

Number one, that the family of Demetris Perdue is in the courtroom and they are obviously interested in the sentencing from their point of view. And also, on behalf of the complainants with the assault with intent to commit murder charges, although

-5-

they couldn't be here today, I am sure that they want a sentence that appropriately fits the amount of danger that they were placed into.

THE COURT: For the conviction of possession of a firearm in the commission of a felony, the mandatory two years sentence imposed for that one. Following that, the sentencing for firearm possession by a convicted felon, a minimum of two years and the maximum of five years on that.

For the three offenses of assault with intent to commit murder, a minimum of 14 months -- strike that. Let me just make sure I got the -- 171 days, the bottom end of the guidelines -- 14 years and 3 months to 25 years on each of those. And for the offense of homicide first degree premeditated murder, the conviction there is mandated by law that the defendant be placed in the Michigan Department of Corrections for his natural life.

Except for the felony firearm, all those are to run concurrent, and they are to be consecutive to the conviction for the felony firearm.

You can get credit for 218 days towards your sentence, Mr. Jones. Also, you do have the right to appeal your conviction and sentence to a higher court meaning that if you were to do so, you have an automatic right to go to the Court of Appeals with your case and have them review this and if you cannot afford to retain a lawyer for that purpose, one will be appointed for you.

You have to do that within 42 days from today. You will

1  be given the paperwork to do that by the deputy.
2      Thank you all. Thank you, Ms. Frederick.
3  MS. FREDERICK: Thank you, Your Honor.
4      (Matter concluded at 11:37 a.m.)
5      - - -

R E P O R T E R ' S     C E R T I F I C A T E

STATE OF MICHIGAN )
                   ) ss.
COUNTY OF WAYNE    )

    I, CLARA SHAH, CSR-2602, an Official Court Reporter in and for the Third Judicial Circuit Court for the County of Wayne, State of Michigan, do hereby certify that I have reported stenographically proceedings had in the above-entitled cause, and I do further certify that the foregoing transcript constitutes a full, true and complete transcript of said stenographic notes.

CLARA SHAH, CSR-2602
OFFICIAL COURT REPORTER