STATE OF MICHIGAN

IN THE WAYNE COUNTY CIRCUIT COURT

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN | Court of Appeals No. 244062 |
| Plaintiff-Appellee, | Circuit Court No. 01-13853-01 |
| -vs- | Honorable Thomas E. Jackson |
| JAMES JONES | |
| Defendant-Appellant. | |

_____/

## AFFIDAVIT OF DIANE JONES

STATE OF MICHIGAN )
) ss.
COUNTY OF WAYNE )

DIANE JONES, being first sworn, states the following:

1. I am James Jones' mother.

2. I had surgery on November 3, 2001. On November 15, 2001, I was at home recuperating.

3. On November 15, 2001, James called me in the afternoon to say he was on his way over and ask if I needed anything. James' girlfriend, Aneesha, dropped him off at my home at about 3:45 pm. About 30 minutes later my mother, Juanita James, brought my daughter, James' sister, home from school. At some point, while he was there, my neighbor, Regina, came over. At some point, Aneesha returned with food. Eventually, Aneesha and James left. James stayed at my home for at least a few hours.

4. I discussed all of this with James' attorney Leesa Frederick right away. The attorney told me that she would subpoena the neighbor, Regina, and Aneesha.

_____
DIANE JONES

Subscribed and sworn to before me
May ___, 2003.

_____
Notary Public, Wayne County, Michigan
My commission expires: _____