## STATE OF MICHIGAN

## IN THE WAYNE COUNTY CIRCUIT COURT

| | |
|---|---|
| **PEOPLE OF THE STATE OF MICHIGAN** | Court of Appeals No. 244062 |
| Plaintiff-Appellee, | **Circuit Court No. 01-13853-01** |
| -vs- | **Honorable Thomas E. Jackson** |
| **JAMES JONES** | |
| Defendant-Appellant. | |

_____/

### AFFIDAVIT OF JUANITA JAMES

STATE OF MICHIGAN )
                  ) ss.
COUNTY OF WAYNE )

     **JUANITA JAMES**, being first sworn, states the following:

1. I am James Jones' grandmother.

2. On November 15, 2001, I picked up my granddaughter, James' sister, after school, and took her home to James' mother's residence. I and my granddaughter arrived at James' mother's residence around 4 or 4:15 pm. I heard someone in the bathroom. Diane Jones, my daughter and James' mother, said that it was James. I knocked and called out a greeting. Then I left.

3. I told this to James' attorney.

                                                _/s/ Juanita James_
                                                **JUANITA JAMES**

Subscribed and sworn to before me
May 22, 2003

_/s/ Barbara Whitt_

Notary Public, Wayne County, Michigan
My commission expires: 3/7/2006