

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT COUNTY OF WAYNE

PEOPLE OF THE STATE OF MICHIGAN

VS.

**JAMES JONES**                    DOCKET No. 01 - 13853

_____/

### EVIDENTIARY HEARING

PROCEEDINGS held and testimony taken in the above-entitled matter before the HONORABLE THOMAS JACKSON, Judge, Criminal Division, Third Circuit Court, Courtroom G-4, Frank Murphy Hall of Justice, 1441 St. Antoine, Detroit, Michigan, on Friday, June 27, 2003.

## APPEARANCES:

**FOR THE PEOPLE:**   FRANK BERNACKI, (P-26352)
ASSISTANT PROSECUTING ATTY.
1264 FRANK MURPHY HALL
1441 ST. ANTOINE
DETROIT, MICHIGAN 48226
(313) 224- 5785

**FOR THE DEFENDANT:**   JACQUELINE MCCANN, (P-58774)
ATTORNEY AT LAW
49 MACOMB PL. #31
MOUNT CLEMONS, MI 48013
(810)746-0321

**REPORTED BY:**   LISA BANKHEAD, CSMR 6734
CERTIFIED MASK REPORTER
NEW CENTURY COURT REPORTING
660 WOODWARD AVENUE, #1131
DETROIT, MICHIGAN 48226
(313) 963-5410

2

## INDEX

PAGE:

WITNESSES:                    DEFENSE:

JAMES JONES:

DIRECT EXAMINATION BY MS. MCCANN:              5
CROSS EXAMINATION BY MR. BERNACKI:            1 1
RE-DIRECT EXAMINATION BY MS. MCCANN:          27

DIANE JONES:

DIRECT EXAMINATION BY MS. MCCANN:             31
CROSS EXAMINATION BY MR. BERNACKI:            37
RE-DIRECT EXAMINATION BY MS. MCCANN:          46

JUANITA JAMES:

DIRECT EXAMINATION BY MS. MCCANN:             48
CROSS EXAMINATION BY MR. BERNACKI:            50

ANESSAH BROADNAX:

DIRECT EXAMINATION BY MS. MCCANN:             55
CROSS EXAMINATION BY MR. BERNACKI:            60

EXHIBITS:
NONE

3

1                     JUNE 27, 2003

2            FRANK MURPHY HALL OF JUSTICE

3                 DETROIT, MICHIGAN

4                   PROCEEDINGS

5                       --

6          COURT CLERK: Calling Docket Number 01-

7 13853, People of the State of Michigan versus James

8 Jones. Today we are here for an Evidentiary Hearing.

9          MS. McCANN: Jacqueline McCann appearing

10 on behalf of James Jones, who is present in Court

11 today.

12          MR. BERNACKI: Frank Bernacki, Assistant

13 Prosecuting Attorney. Good morning, your Honor.

14          THE COURT: Good morning. Just to update

15 the record, this was set for an evidentiary hearing

16 scheduled for 1:30. I appreciate everyone coming in

17 here earlier. The trial counselor in this case had

18 some medical concerns and presently is unable to be

19 here for this hearing. I had a communication with

20 defense counsel, and they have a desire to adjourn

21 everything, but in testimony or witnesses being offered

22 in support of the motion. I understand that from a

23 communication between my Court that we couldn't get all

24 of the witnesses here earlier; is that right?

25          MS. McCANN: That's right, your Honor.

1   We have basically the alibi witnesses and Mr. Jones.

2   Only one problem, your Honor, one witness I was not

3   able to have her come earlier.  She arranged for a ride

4   at 1:30, and she couldn't change that.

5           MR. BERNACKI: My understanding is that

6   we were here to see what witnesses they wanted to

7   prevent this time, and at a subsequent time we will

8   address the question of how we're going to address the

9   attorney.  I was provided with a letter, and I think

10   the attorney sent to the Court here, which I think

11   spells out fairly clearly whether the medical condition

12   is and what the prognosis and everything is.

13      Just for the record, I think my preference would

14   be to have her testify in person.  You don't

15   necessarily know the questions that you want to ask her

16   until the record is developed.

17           THE COURT: I agree.  I was thinking

18   about this earlier this morning, and there seems to be

19   an accusation made against her sent to me by the

20   Defendant that you do certain things.  I know there's

21   no right to confrontation not in that legal sense

22   whether she had the right to be present is not

23   necessarily a right, but some kind of assurance of

24   whether or not this is fair or not for here what is

25   being said. Let's move on.

1     MS. McCANN: Thank you, your Honor.  We
2  would like to make a letter dated June 24, 2003 part of
3  the record.
4     THE COURT: Let me say more about that.
5  Just for the record, there was a letter faxed by L-E-E-
6  S-A, F-R-E-D-D-R-I-C-K, who was also in this case.
7  That her physical condition required her to undergo
8  chemotherapy.  This letter also contains an attachment
9  indicating her condition that she can't be present in
10  Court because she is in the hospital laid up for
11  awhile.  I wanted that on the record.  There's no
12  indication, A, even if she'll be able to be here.
13     MS. McCANN: It would also be our
14  preference to have her here in Court.
15     THE COURT: Well, let's proceed, shall
16  we.
17     MS. McCANN: Thank you, your Honor, I
18  call James Jones to the stand.
19     COURT CLERK: Raise your right hand.  Do
20  you solemnly swear or affirm that the testimony you're
21  about to give in this matter will be the truth?
22     THE WITNESS: I do.
23     COURT CLERK: Please have a seat.
24     **D-I-R-E-C-T    E-X-A-M-I-N-A-T-I-O-N**
25  BY MS. McCANN:

6

| | |
|---|---|
| 1 | Q    Mr.  Jones, can you state and spell your name for |
| 2 | the record? |
| 3 | A    James Jones, J-A-M-E-S, J-O-N-E-S. |
| 4 | Q    And you are the Defendant in this matter? |
| 5 | A    Yes. |
| 6 | Q    Do you recall the time frame in which you were |
| 7 | arrested?  I believe it was around---- |
| 8 | MR. BERNACKI: I'm going to ask that we |
| 9 | not lead the witness.  This is fairly critical, I |
| 10 | think. |
| 11 | THE COURT: About the time frame? |
| 12 | MR. BERNACKI: Yes, this is providing the |
| 13 | dates and such.  It didn't happen all at the same time |
| 14 | and it is fairly critical.  It's not even the exact |
| 15 | dates and those sort of relationships. |
| 16 | THE COURT: Ms. McCann, is there a reason |
| 17 | why you're asking this question? |
| 18 | MS. McCANN: It's specifically a |
| 19 | foundational matter to establish the time frame of when |
| 20 | he met counsel. |
| 21 | THE COURT: Well, just ask specific |
| 22 | questions. |
| 23 | BY MS. McCANN, Continuing: |
| 24 | Q    Mr. Jones, do you remember meeting counsel in |
| 25 | regards to charges in this case? |

| | |
|---|---|
| 1 | A    I think it was on November 18th, it was a Saturday. |
| 2 | Q    Did you meet her in her office? |
| 3 | A    I met her at IHOP. |
| 4 | Q    And did she accompany you somewhere? |
| 5 | A    She accompanied me to the police station, the 8th |
| 6 |      Precinct. |
| 7 |      THE COURT: If there are any witnesses in |
| 8 | the courtroom, please wait outside until you are called |
| 9 | in to testify. |
| 10 |      MR. BERNACKI: Yes, I would make that |
| 11 | motion. |
| 12 |      MS. McCANN: At this point all of the |
| 13 | witnesses have left, your Honor. |
| 14 | BY MS. McCANN, Continuing: |
| 15 | Q    So, she went to the police station regarding these |
| 16 |      charges? |
| 17 | A    Yes. |
| 18 | Q    In your discussions with counsel, Ms. Frederick, |
| 19 |      did you discuss your possible defenses? |
| 20 | A    Yes. |
| 21 | Q    What was that? |
| 22 | A    That I wasn't there, and that I didn't know what |
| 23 |      they were talking about.  She asked me where I was |
| 24 |      and I told her where I was. |
| 25 | Q    Where did you tell her you were? |

| | | |
|---|---|---|
| 1 | A | At my mothers. |
| 2 | Q | Do you recall the time that the offense was |
| 3 | | alleged to have occurred? |
| 4 | A | She said around 5:00 in the afternoon or |
| 5 | | something. |
| 6 | Q | Do you recall the date? |
| 7 | A | November 15th. |
| 8 | Q | Can you tell me what you were doing on November |
| 9 | | 15th? |
| 10 | A | I got dropped off at my mother's house by my ex- |
| 11 | | girlfriend about 3:30 or 3:20. |
| 12 | Q | Who is your ex-girlfriend? |
| 13 | A | Aneesah Broadnax. |
| 14 | Q | So, you were dropped off and what occurred then? |
| 15 | A | Aneesah left, she had a job interview.  I took a |
| 16 | | shower. |
| 17 | Q | Who was present in the apartment? |
| 18 | A | My mother, Diane Jones.  When I got out of the |
| 19 | | shower my grandmother was there, my little sister |
| 20 | | and a neighbor, Regina, I don't know her last |
| 21 | | name. |
| 22 | Q | How long did you stay at your mother's house? |
| 23 | A | About an hour.  By the time I left it was about |
| 24 | | 5:30 or 6:00.  I got there about 3:20 or 3:30. |
| 25 | Q | While you were there you took a shower? |

| | | |
|---|---|---|
| 1 | A | I ate and talked. My mother was sick, she was |
| 2 | | recovering from surgery, so I talked to her and |
| 3 | | made sure she was all right. |
| 4 | Q | How did it come about that you left the apartment? |
| 5 | A | Aneesah came back and got me. |
| 6 | Q | Did you go down to the car? |
| 7 | A | No. She came up to the apartment and we were |
| 8 | | eating. She came to the apartment and ate, and |
| 9 | | then we left. |
| 10 | Q | Where did you go? |
| 11 | A | I was staying at a room in Southfield. |
| 12 | Q | Did Ms. Broadnax accompany you? |
| 13 | A | Yes, she did. |
| 14 | Q | How long did she stay with you? |
| 15 | A | For the rest of the night. |
| 16 | Q | Were you involved in a drive-by shooting incident |
| 17 | | on that day? |
| 18 | A | No, ma'am. |
| 19 | Q | Did you have any kind of relationship with the |
| 20 | | victim in this case, Dimetrius Purdue or Ahmad |
| 21 | | Atkins? |
| 22 | A | No, ma'am. |
| 23 | Q | Had you smoked with Edward Martin, who was also a |
| 24 | | victim of the shooting? Had you had any kind of a |
| 25 | | relationship with him? |

| | | |
|---|---|---|
| 1 | A | No.  As far as I'm concerned he just saw me |
| 2 | | driving around the neighborhood. |
| 3 | Q | You had not smoked with Edward Martin the day |
| 4 | | before? |
| 5 | A | No.  I was on probation doing time.  I wasn't |
| 6 | | going to drop a dirty urine.  I wouldn't violate |
| 7 | | for no one. |
| 8 | Q | Did you have any kind of contact with Joseph |
| 9 | | Cremmons on the day around this shooting? |
| 10 | A | No, ma'am. |
| 11 | Q | How about Philip Mason? |
| 12 | A | No. |
| 13 | Q | Did you tell Ms. Cheryl, this is Ms. Frederick? |
| 14 | A | Yes. |
| 15 | Q | Do you recall in what time frame that would have |
| 16 | | been in terms of your arrest versus your trial? |
| 17 | A | Right after the preliminary examination she told |
| 18 | | me to give more detail about my story, and what |
| 19 | | witnesses and this and that.  So, right after |
| 20 | | preliminary examination. |
| 21 | Q | What was your expectation about the defense that |
| 22 | | would be presented at trial? |
| 23 | A | That she was going to call me and my mother and |
| 24 | | Aneesah and my grandmother and my neighbor, |
| 25 | | Regina. |

| | | |
|---|---|---|
| 1 | Q | Did there come a point when you learned that |
| 2 | | wasn't going to happen? |
| 3 | A | Like four days before trial she came and told me |
| 4 | | something about a cope or something. |
| 5 | Q | What do you mean by a "cope"? |
| 6 | A | A cope, when they come and try to give you time |
| 7 | | without going to trial. |
| 8 | Q | Are you referring to a plea offer? |
| 9 | A | Yes. |
| 10 | Q | When she came to you with that, what did she tell |
| 11 | | you? |
| 12 | A | She said take this plea.  I asked her about what |
| 13 | | defense she was going to use.  She said she wasn't |
| 14 | | going to use the alibi defense because the jury |
| 15 | | doesn't like believing family alibis. |
| 16 | Q | Did you have any other discussions in that regard |
| 17 | | with her? |
| 18 | A | About an alibi? |
| 19 | Q | Yes. |
| 20 | A | No, she said she wasn't going to use it. |
| 21 | | MS. McCANN: No further questions at this |
| 22 | time, your Honor. | |
| 23 | | THE COURT: Cross? |
| 24 | | C-R-O-S-S   E-X-A-M-I-N-A-T-I-O-N |
| 25 | BY MR. BERNACKI: | |

| | |
|---|---|
| 1 | Q    Mr. Jones, you chose not to testify in this case, |
| 2 | didn't you? |
| 3 | A    Not at first, my lawyer---- |
| 4 | Q    When it came for you to testify, when it came time |
| 5 | for you to present the case you stood before this |
| 6 | Judge and he asked you whether you wanted to |
| 7 | testify and you said, "no, I'm not going to |
| 8 | testify"? |
| 9 | A    Well, I was instructed not to testify. |
| 10 | Q    That was your chose, wasn't it? |
| 11 | A    I thought it was the wrong choice. |
| 12 | Q    You chose to do that, correct? |
| 13 | A    Yes, I---- |
| 14 |         MS. McCANN: Asked and answered, your |
| 15 | Honor. |
| 16 |         MR. BERNACKI: I don't think it was |
| 17 | answered. |
| 18 | BY MR. BERNACKI, Continuing |
| 19 | Q    Answer, please. |
| 20 | A    After I was instructed not to, I chose not to. |
| 21 | Q    You chose not to.  On the day prior to this murder |
| 22 | of November 15th, something happened to you, didn't |
| 23 | it? |
| 24 | A    Yes. |
| 25 | Q    That was right in the same area wasn't it? |

| | | |
|---|---|---|
| 1 | A | Around the same area, yes. |
| 2 | Q | You said you were at your mother's home, where is |
| 3 | | your mother's home? |
| 4 | A | It was on Lahser and Six Mile. |
| 5 | Q | Was that where you were on this day? |
| 6 | A | On what day, November 15th? |
| 7 | Q | Yes. |
| 8 | A | Yes. |
| 9 | Q | Did she live on Lahser? |
| 10 | A | Yes. |
| 11 | Q | What was the address? |
| 12 | A | It was 16702 Lahser. |
| 13 | Q | And you were robbed over in the alley by Heyden |
| 14 | | Street; is that right? |
| 15 | A | On Seven Mile. |
| 16 | Q | And this shooting, murder occurred at Clarita and |
| 17 | | Heyden, didn't it? |
| 18 | A | That's what they say. |
| 19 | Q | That's in the same area, isn't it? |
| 20 | A | Yes. |
| 21 | Q | That isn't far from where your mother lives? |
| 22 | A | Yes, it's far from where my mama live. |
| 23 | Q | It's far from where your mother lives? |
| 24 | A | Yes. |
| 25 | Q | How far? |

| | | |
|---|---|---|
| 1 | A | I don't know, a couple of miles, a mile. |
| 2 | Q | And that's far for you? |
| 3 | A | Yes. |
| 4 | Q | You said your girlfriend drove you over? |
| 5 | A | Yes. |
| 6 | Q | In whose car? |
| 7 | A | Her car. |
| 8 | Q | What kind of car? |
| 9 | A | A Cavalier. |
| 10 | Q | What color? |
| 11 | A | Green color, turquoise or teal. |
| 12 | Q | Is it green? |
| 13 | A | Like a bluish green. |
| 14 | Q | Do you own a car? |
| 15 | A | Yes. |
| 16 | Q | What kind of car do you own? |
| 17 | A | A '89 Caprice Classic. |
| 18 | Q | What color? |
| 19 | A | Gold. |
| 20 | Q | You indicated on direct examination that you were |
| 21 | | at your mother's home for about an hour; is that |
| 22 | | correct? |
| 23 | A | About an hour or an hour and a half. |
| 24 | Q | You don't really remember exactly how long you |
| 25 | | were there.  There's nothing unusual about that |

```
 1        time was there?
 2    A   No.
 3    Q   When did you become aware that it might be kind of
 4        important where you were on that day and at that
 5        time?
 6    A   After I got arrested.
 7    Q   When was that?
 8    A   On Saturday, I guess it was the 18th.
 9    Q   You talked to your attorney before that?
10    A   I talked to her on that day.
11    Q   You said that you talked to her at your house?
12    A   No, I talked to her at IHOP.
13    Q   At whose house?
14    A   IHOP.
15    Q   At what?
16    A   The International House of Pancakes.
17    Q   So, you weren't arrested at that time?
18    A   No.
19    Q   Weren't you arrested and in custody from the time
20        that you went down to view a line-up, or what you
21        thought was going to be a line-up?
22    A   I walked in the precinct.
23    Q   And they arrested you then?
24    A   Yes.
25    Q   You were in custody all the time since then,
```

1      haven't you?

2   A   Yes.

3   Q   So, you talked to your attorney before that time?

4   A   Yes.

5   Q   So, you knew about this. You were talking to an

6      attorney before you were even arrested?

7   A   Because I was robbed.

8   Q   So, you went to see an attorney because you were

9      robbed?

10   A   They wanted me to do a line-up. You have to have

11      an attorney present when you do line-ups.

12   Q   That's only if you're a Defendant?

13   A   That's any way. I'm going take her myself.

14   Q   So, you were concerned about this? You were a

15      victim and you wanted to have an attorney to view

16      a line-up?

17   A   Yes.

18   Q   In fact, you were put in a line-up, weren't you?

19   A   Yes.

20   Q   And your attorney was present?

21   A   Yes.

22   Q   And there was another court appointed attorney

23      there also?

24   A   Yes, the attorney for the police line-up.

25   Q   Now, you also indicated that you saw your

```
 1              grandmother on that date of November 15th; is that
 2              correct?
 3    A    Yes.
 4    Q    On November 15th, the day of the murder?
 5    A    November 15th, yes.
 6    Q    You saw her, and her name is what?
 7    A    Juanita James.
 8    Q    And you indicated that your mother was also there,
 9              and her name is what?
10    A    Diane Jones.
11    Q    You indicated that Ms. Broadnax was there.  Was
12              she your girlfriend at that time?
13    A    Yes.
14    Q    She dropped you off and picked you up from there?
15    A    Yes.
16    Q    In her green car?
17    A    It's like a blue or turquoise color.
18    Q    You said green also.  In that same car?
19    A    Uh-huh.
20    Q    Is that a yes?
21    A    Yes.
22    Q    Anybody else there at the house supposedly?
23    A    When she picked me up?
24    Q    Anybody else that you saw while you were there?
25    A    My mother, Regina and my little sister.
```

| | | |
|---|---|---|
| 1 | Q | Do you know Regina's last name? |
| 2 | A | No. |
| 3 | Q | Do you know where she lives? |
| 4 | A | She used to live downstairs from us, but 1 don't |
| 5 | | know where she lives now. |
| 6 | Q | So, you lived in a multi-family house? |
| 7 | A | An apartment building. |
| 8 | Q | And your sister's name is what? |
| 9 | A | Paris Jones. |
| 10 | Q | Paris? |
| 11 | A | Yes. |
| 12 | Q | Now, you stated also that you had a discussion |
| 13 | | with your attorney at the time of the preliminary |
| 14 | | examination? |
| 15 | A | Yes. |
| 16 | Q | That was a couple of weeks after you were arrested |
| 17 | | wasn't it, approximately? |
| 18 | A | I don't know.  I can't recall.  I think it was |
| 19 | | maybe a week later. |
| 20 | Q | Sometime later after you were arrested? |
| 21 | A | Yes. |
| 22 | Q | Did you see your attorney in the interim, in |
| 23 | | between the time that you were arrested and the |
| 24 | | time that you went to the examination? |
| 25 | A | I saw her in the line-up. |

19

| | | |
|---|---|---|
| 1 | Q | She was at the line-up. After the time of the |
| 2 | | line-up you were charged and you were taken to |
| 3 | | Court and arraigned. Was she there at that time? |
| 4 | A | At the arraignment? |
| 5 | Q | Yes. |
| 6 | A | She was at the arraignment. |
| 7 | Q | Did you see her at anytime in between the time of |
| 8 | | the arraignment and the time you were in Court |
| 9 | | again at this preliminary examination? |
| 10 | A | No. |
| 11 | Q | So, she was at the arraignment and she was at the |
| 12 | | line-up and she never mentioned---- the first time |
| 13 | | you mentioned an alibi was at the exam; is that |
| 14 | | right? |
| 15 | A | That's how I think it went, that's what she asked |
| 16 | | me about. |
| 17 | Q | You don't think you may have volunteered that? |
| 18 | A | No, I didn't think I needed to. |
| 19 | Q | You didn't think you needed to tell your attorney |
| 20 | | where you were at the time; is that correct? |
| 21 | A | She didn't ask me where I was, she just asked me |
| 22 | | what happened. |
| 23 | Q | Mr. Jones, you've been through the system before, |
| 24 | | haven't you? You've had other cases and you've |
| 25 | | been in Court before? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | You know what the process is? |
| 3 | A | Yes. |
| 4 | Q | Would it be safe to say that in any of your other |
| 5 | | cases that you never had a trial prior to this |
| 6 | | time? |
| 7 | A | Yes. |
| 8 | Q | So, you always tendered a plea of some sort? |
| 9 | A | Yes, or they were dismissed. |
| 10 | Q | So, you've been represented by attorneys before, |
| 11 | | correct? |
| 12 | A | Yes. |
| 13 | Q | You never volunteer to them your side of the story |
| 14 | | or where you might have been at the time of this? |
| 15 | A | Yes, if I feel that I need to. |
| 16 | Q | You didn't feel as though you needed to when you |
| 17 | | were charged with murder? |
| 18 | A | At the time they didn't have a warrant for murder. |
| 19 | | They were trying me on an alias thing.  You |
| 20 | | understand it was an alias.  They just threw that |
| 21 | | in at the arraignment.  So, after the arraignment |
| 22 | | I didn't see her again to give her an admission. |
| 23 | Q | So, you weren't charged with murder to begin with, |
| 24 | | was that because the victim hadn't died yet? |
| 25 | A | I don't know. |

| | | |
|---|---|---|
| 1 | Q | What were you arraigned on?  What were you charged |
| 2 | | with? |
| 3 | A | Under an alias name, a CCW or something like that. |
| 4 | Q | That's the only thing you were charged with? |
| 5 | A | They said murder, but they didn't have a warrant |
| 6 | | for me. |
| 7 | Q | At some time you were arraigned on a murder, |
| 8 | | weren't you also? |
| 9 | A | That was the next day. |
| 10 | Q | Your attorney, Ms. Frederick, she was there at the |
| 11 | | arraignment? |
| 12 | A | It was a video arraignment. |
| 13 | Q | Was it safe to say that she wasn't there? |
| 14 | A | I don't know.  She was there but I didn't talk to |
| 15 | | her. |
| 16 | Q | But you never thought it was important until the |
| 17 | | time of the examination, to tell her at least that |
| 18 | | you weren't there? |
| 19 | A | She already knew I was innocent.  What did I have |
| 20 | | to tell her that for. |
| 21 | Q | You didn't think it was important enough; is that |
| 22 | | correct?  Let's put it this way, you didn't |
| 23 | | mention it to her? |
| 24 | A | No, I didn't mention it to her. |
| 25 | Q | Did you mention anything to her? |

| | | |
|---|---|---|
| 1 | A | I wanted to know when I was going home.  That's |
| 2 | | what I wanted to know.  Why was I being charged |
| 3 | | with murder.  What evidence did they have and this |
| 4 | | and that. |
| 5 | Q | And she told you? |
| 6 | A | Yes.  When she told me, that's when I told her.  I |
| 7 | | told her where I was at and what was going on at |
| 8 | | that time. |
| 9 | Q | So, you weren't interested in what evidence was |
| 10 | | against you or how you got to be charged with |
| 11 | | murder prior to that time at your preliminary |
| 12 | | examination? |
| 13 | A | No.  Prior to that time I was just worried about |
| 14 | | the alias thing.  She told me that they didn't |
| 15 | | have a warrant for murder until after the |
| 16 | | arraignment. |
| 17 | Q | She thought that maybe you were being charged with |
| 18 | | murder.  You already had that idea in mind? |
| 19 | A | I didn't know what was going on, so it wasn't |
| 20 | | nothing to say. |
| 21 | Q | You had been in a line-up, and you knew that was |
| 22 | | in relationship to a murder? |
| 23 | A | Yes. |
| 24 | Q | She informed you that you had been identified in a |
| 25 | | line-up by at least two of the three people who |

| | | |
|---|---|---|
| 1 | | had seen it? |
| 2 | A | Correct.  She told me that they were coerced and |
| 3 | | everything. |
| 4 | Q | You knew that you had been identified, and you |
| 5 | | didn't think it was important enough to mention? |
| 6 | A | We didn't have time to talk after that.  The |
| 7 | | homicide detectives drove me straight down here. |
| 8 | Q | Prior to trial, let me ask you this, you told her |
| 9 | | that you thought the witnesses were present at the |
| 10 | | time that you were at the house? |
| 11 | A | Correct. |
| 12 | Q | And you talked to your mother and people while you |
| 13 | | were held in jail? |
| 14 | A | Yes, I talked to them. |
| 15 | Q | You were in jail about six months before this |
| 16 | | trial came? |
| 17 | A | Right. |
| 18 | Q | From November to May, correct? |
| 19 | A | Right. |
| 20 | Q | And you're saying all the way through up until |
| 21 | | four days before, you thought you were going to |
| 22 | | have an alibi? |
| 23 | A | Right.  People were served with subpoenas and |
| 24 | | everything. |
| 25 | Q | I assumed you talked to your mother when she |

```
 1          visited you?
 2    A     Yes.  She said what's up with Lisa, she wasn't
 3          subpoenaed, the same thing.
 4    Q     Did you ask your attorney?  Did she visit you in
 5          that interim?
 6    A     No.  It was a period when I didn't see her for a
 7          month.
 8    Q     How many times did she see you?  You went to the
 9          preliminary examination and then you had some
10          court appearances?
11    A     I had an Evidentiary hearing too.
12    Q     You had an Evidentiary hearing?
13    A     Right.  After that I didn't see her for awhile,
14          and right before that I didn't see her for awhile.
15          After the Evidentiary hearing I didn't see her
16          until four days before trial.
17    Q     And at the Evidentiary hearing, did you see her
18          before that time to prepare for that?
19    A     The Evidentiary hearing?
20    Q     Yes.
21    A     I seen her once.
22    Q     That Evidentiary hearing went on for a couple of
23          days, didn't it?
24    A     I can't recall.
25    Q     And that Evidentiary hearing related to the line-
```

1      up and your identification in it?

2  A   All I remember is that she was trying suppress

3      witness statements at the Evidentiary hearing.

4  Q   You were at the Evidentiary hearing, weren't you?

5  A   Yes.

6  Q   They were talking about the line-up, weren't they?

7  A   I can't recall that either.

8  Q   You weren't paying attention to that either?

9  A   No, it was a year or so ago.

10 Q   But that wasn't important enough for you to

11     remember?  You were in Court and you don't

12     remember?

13 A   I remember that she was trying to suppress

14     statements made by Edward Martin.

15 Q   Concerning what?

16         MS. McCANN: Objection, your Honor, as to

17 relevance to what happened.

18         THE COURT: Do you have a remark for

19 that?

20         MR. BERNACKI: Well, I think his

21 communication with his attorney is an issue here.  It's

22 hard for me to follow exactly.

23         THE COURT: Please rephrase that.

24 BY MR. BERNACKI, Continuing:

25 Q   Do you know what she was trying to suppress?

| | | |
|---|---|---|
| 1 | A | The witness statements.  Edward Martin's |
| 2 | | statement. |
| 3 | Q | About what? |
| 4 | A | About picking me out of the line-up and saying he |
| 5 | | knew me. |
| 6 | Q | So, she ----- in the pre-trial before your trial |
| 7 | | she was trying to suppress or keep that witness |
| 8 | | from identifying you in Court? |
| 9 | A | Yes. |
| 10 | Q | You obviously had gone over that with her?  You |
| 11 | | knew what she was going to do? |
| 12 | A | Yes. |
| 13 | Q | She wasn't successful, correct? |
| 14 | A | Correct. |
| 15 | Q | But in the trial she made the same point or asked |
| 16 | | the same sort of questions, made the same kind of |
| 17 | | arguments? |
| 18 | | MS. McCANN: Objection, your Honor, what |
| 19 | relevance is that? | |
| 20 | | MR. BERNACKI: Okay, I'll withdraw it. |
| 21 | **BY MR. BERNACKI, Continuing:** | |
| 22 | Q | One last thing.  You were aware, before the case |
| 23 | | went to the jury that you had chosen not to |
| 24 | | testify? |
| 25 | | MS. McCANN: Your Honor, I think we |

1    covered this.

2                    THE COURT:  I assume there's another

3    question being asked about this.  Let him follow up.

4    BY MR. BERNACKI, Continuing:

5    Q    And that was the strategy that you and your

6         attorney decided on; is that correct?

7    A    That was what I was instructed not to do was to

8         testify.

9    Q    And you said you decided not to do that.  You

10        decided to proceed without presenting any

11        evidence?

12   A    No, I didn't want to proceed without presenting

13        evidence.  She was not prepared.  Do you want me

14        to tell you?  She was not prepared----

15   Q    No, I'm asking you the question.  At the

16        proceeding you told this Judge that you weren't

17        going to testify, correct?

18   A    I decided not to testify----

19                    MR. BERNACKI: Nothing further.

20                    THE COURT: Ms. McCann, any re-direct?

21                    MS. McCANN: Yes, your Honor, very brief.

22         R-E-D-I-R-E-C-T   E-X-A-M-I-N-A-T-I-O-N

23   BY MS. McCANN, Continuing:

24   Q    Mr. Jones, are you a lawyer?

25   A    No, I'm not.

```
1    Q    Did you go to law school?

2    A    No.

3    Q    Did you go to college?

4    A    No.

5    Q    Did you graduate high school?

6    A    No.

7    Q    What level did you complete?

8    A    I just have my GED.

9    Q    Did you discuss whether or not you wanted to

10        testify with your attorney?

11   A    I didn't discuss it, she just told me that it

12        would be in my best interest not to.

13   Q    Did you follow her advice to you?

14   A    Yes.

15   Q    You said that your sister, Paris, was present in

16        the apartment that day?

17   A    Yes, she was, but when I first got there she

18        wasn't there, but when I came out of the shower

19        she was there.

20   Q    How old was she at the time?

21   A    Five.

22   Q    Five?

23   A    Yes.

24   Q    Did you have a prior relationship with your

25        attorney, Ms. Frederick, before this?
```

```
 1    A    Yes.
 2    Q    Do you recall at trial when you were discussing in
 3         front of the Judge whether or not you should
 4         testify following Ms. Frederick saying that she
 5         encouraged you not to?
 6    A    Could you repeat that.
 7    Q    At trial when the Judge was asking you whether or
 8         not you were giving up your right to testify, do
 9         you recall Ms. Frederick saying that she
10         encouraged you not to do so?
11    A    Yes.
12    Q    When did you learn where the murder supposedly
13         happened and what time it happened?
14    A    I didn't learn that until it was mentioned.
15              MS. McCANN: Thank you.
16              MR. BERNACKI: He denied that time frame
17    in his statement.
18              MS. McCANN: Your Honor, we can show you
19    the transcript.
20              THE COURT: Sometimes I'll have the
21    lawyers do it, or sometimes I do it directly.
22              MR. BERNACKI: It's a combination of
23    both.
24              THE COURT: Sir, at that particular time
25    did you say anything to me or any Court Officer having
```

1    an alibi that was admitted while you were testifying?

2           THE WITNESS: No, she----

3           THE COURT: I just asked you did you?

4           THE WITNESS: No, I didn't say nothing.

5           THE COURT: You never said that in Court?

6           THE WITNESS: No, I didn't.

7           THE COURT: Anything else?

8           MS. McCANN: No further questions, your

9    Honor.

10          THE COURT: Any re-cross?

11          MR. BERNACKI: Nothing further, your

12    Honor.

13          THE COURT: You may step down.

14          MS. McCANN: Your Honor, I would like to

15    call Diane Jones.  Your Honor, I do have a transcript

16    saying about the discussion that went on.

17          THE COURT: Where is it?

18          MS. McCANN: Volume 3, page 21.

19          COURT CLERK: What is your name?

20          DIANE JONES: Diane Jones.

21          COURT CLERK:  Do you solemnly swear or

22    affirm that the testimony you're about to give in the

23    matter now before you will be the truth?

24          THE WITNESS: Yes.

25        D-I-R-E-C-T   E-X-A-M-I-N-A-T-I-O-N

```
 1   BY MS. McCANN, Continuing:
 2   Q    Good morning, could you state your name and spell
 3        it for the record, please.
 4   A    Diane Jones, D-I-A-N-E, J-O-N-E-S.
 5   Q    Do you have a relationship to the Defendant, James
 6        Jones?
 7   A    Yes, I do.
 8   Q    What is it?
 9   A    He's my son.
10   Q    Do you recall the events of the trial where James
11        was accused of murder?
12   A    Yes, I do.
13   Q    Do you recall where you were on November 15, 2001?
14   A    At home.
15   Q    Did you have some circumstances going on in your
16        life at that time that was unusual?
17   A    I had major surgery and I was at home.
18   Q    When was the surgery?
19   A    My surgery was November 3rd.
20   Q    How long were you recuperating from that?
21   A    Two months, the doctor excuse was for two months.
22   Q    On November 15th, do you recall when James came
23        over?
24   A    The same time that he came over everyday to take
25        care of me.
```

| | | |
|---|---|---|
| 1 | Q | Do you recall the time? |
| 2 | A | It would be in the afternoon until my younger |
| 3 | | children got out of school. |
| 4 | Q | Was anyone with him? |
| 5 | A | Yes, there was a young lady with him. |
| 6 | Q | Who was that? |
| 7 | A | Aneesah. |
| 8 | Q | Do you recall her last name? |
| 9 | A | Broadnax. |
| 10 | Q | Did she have a particular relationship with Mr. |
| 11 | | Jones? |
| 12 | A | They were dating. |
| 13 | Q | Can you recall, I might have already asked you |
| 14 | | this, but do you recall the time that he came |
| 15 | | over? |
| 16 | A | Not exactly.  I was medicated.  It was in the |
| 17 | | afternoon. |
| 18 | Q | Do you recall how long he stayed? |
| 19 | A | Let's see, after 5:00 or 6:00.  My daughter was |
| 20 | | out of school. |
| 21 | Q | What time does she get out of school? |
| 22 | A | She gets out of school at 4:00.  My mother was |
| 23 | | bringing her home by 4:15 or 4:30. |
| 24 | Q | Did James arrive before your daughter came home |
| 25 | | from school or after? |

| | | |
|---|---|---|
| 1 | A | Yes, before.  He comes over to cook my meals.  I |
| 2 | | couldn't get up, I couldn't move, I couldn't do |
| 3 | | anything. |
| 4 | Q | Was James still there when your daughter came home |
| 5 | | from school? |
| 6 | A | Yes. |
| 7 | Q | Do you have a recollection of how long he stayed |
| 8 | | afterwards? |
| 9 | A | A couple of hours.  He got a meal for the kids. |
| 10 | | He got them something to eat.  He was there for |
| 11 | | about a couple of hours. |
| 12 | Q | Did he do anything else at the apartment? |
| 13 | A | Other than stay in the shower for over an hour, |
| 14 | | which was normal. |
| 15 | Q | Was that something that he typically did? |
| 16 | A | It was a running joke in the family. |
| 17 | Q | At some point you say your daughter came home and |
| 18 | | someone brought her home? |
| 19 | A | Yes. |
| 20 | Q | Who brought her home? |
| 21 | A | My mother. |
| 22 | Q | What is her name? |
| 23 | A | Juanita James. |
| 24 | Q | How long were they in the apartment? |
| 25 | A | My daughter stayed, while my mother didn't stay |

|    |   |                                                                      |
|----|---|----------------------------------------------------------------------|
| 1  |   | too long.  She came long and we had a conversation                   |
| 2  |   | and she hollered at him, and I believe that was                      |
| 3  |   | about it.  She told me what the teacher had said                     |
| 4  |   | about my daughter at school.                                         |
| 5  | Q | You said she hollered at him, what do you mean?                      |
| 6  |   | Where was he?                                                         |
| 7  | A | It was part of a family joke about his long                          |
| 8  |   | showers.  He had a thing about cleanliness.                          |
| 9  | Q | So, he was still in the shower?                                       |
| 10 | A | Yes.  She knocked on the door and said something                     |
| 11 |   | funny, and he hollered back and she left.                            |
| 12 | Q | Did anyone else come over during this time frame?                    |
| 13 | A | There was a young lady, she didn't come in the                       |
| 14 |   | house, it was a neighbor, she came upstairs and it                   |
| 15 |   | was something concerning our children playing                        |
| 16 |   | together.  It was something concerning that.                         |
| 17 | Q | Do you recall her name?                                              |
| 18 | A | Not really.                                                           |
| 19 | Q | Could your memory be refreshed?                                      |
| 20 | A | Yes.  I know her son's name is Rico.  Her name is                    |
| 21 |   | Regina.                                                               |
| 22 |   |         MR. BERNACKI: I think for the record I                       |
| 23 |   | would like to ask what she was refreshed with?                       |
| 24 |   |         MS. McCANN: Her memory was refreshed                         |
| 25 |   | with her Affidavit, your Honor.                                      |

| | | |
|---|---|---|
| 1 | | BY MS. McCANN, Continuing: |
| 2 | Q | Did Aneesah return at some point? |
| 3 | A | Well, Aneesah left and then she came back later |
| 4 | | on.  They left together when she left. |
| 5 | Q | What time was that about?  When in relation, was |
| 6 | | it after your daughter came home? |
| 7 | A | It was a couple of hours later, it was about 6:30 |
| 8 | | or 7:00. |
| 9 | Q | Did you have any contact with James' attorney, |
| 10 | | Leesa Frederick? |
| 11 | A | Not until the day he was arrested. |
| 12 | Q | Did you have anything to do with hiring her? |
| 13 | A | I paid her. |
| 14 | Q | Did you have occasion to tell her what you |
| 15 | | testified to here in Court? |
| 16 | A | Yes, she asked me. |
| 17 | Q | As a result of that, what was your expectation? |
| 18 | A | She said that it shouldn't be any problem and that |
| 19 | | we shouldn't worry, that was it. |
| 20 | Q | Did she tell you ---- |
| 21 | A | She asked for an amount of money, and she said |
| 22 | | that she was going to get a writ and have him out |
| 23 | | later on that night. |
| 24 | Q | Later on when the case continued and the trial was |
| 25 | | approaching, did she talk to you about your |

| | | |
|---|---|---|
| 1 | | proposed testimony? |
| 2 | A | Later on— well, during most of the trial, the only |
| 3 | | thing was that she was always optimistic about the |
| 4 | | trial.  As the trial progressed she said that she |
| 5 | | didn't think that I should testify because I was |
| 6 | | his mother and that the jury wouldn't believe me. |
| 7 | Q | Do you recall if that was during trial or when in |
| 8 | | relation to trial was that conversation? |
| 9 | A | During trial. |
| 10 | Q | Had there been some conflict in the relationship |
| 11 | | at that point? |
| 12 | A | Yes.  We were questioning whether or not---- |
| 13 | | because some of the witnesses that she was |
| 14 | | supposed to subpoena she said that she couldn't |
| 15 | | contact them.  They said they contacted her and |
| 16 | | she told them that she didn't need them. |
| 17 | Q | Was there a point actually during the trial when |
| 18 | | conflict was brought up in Court? |
| 19 | A | Yes, there was. |
| 20 | Q | Did someone in your family look for another |
| 21 | | attorney? |
| 22 | A | Yes.  We looked for another attorney, and the |
| 23 | | attorney was waiting outside to speak with us.  We |
| 24 | | told her and she got very upset, she got very |
| 25 | | loud, she was yelling right outside of the |

| | |
|---|---|
| 1 | building. |
| 2 | Q    Do you know what kind of car Aneesah was driving? |
| 3 | A    It was aqua blue, funny bluish-green Sunbird, I |
| 4 | think.  I little compact car. |
| 5 | Q    Do you know what kind of vehicle James drove at |
| 6 | that time? |
| 7 | A    It was an old gold---- I'm not good with cars.  I |
| 8 | want to say a Caprice. |
| 9 | MS. McCANN: Thank you, your Honor. |
| 10 | THE COURT: Go ahead, Mr. Bernacki. |
| 11 | C-R-O-S-S   E-X-A-M-I-N-A-T-I-O-N |
| 12 | BY MR. BERNACKI, Continuing: |
| 13 | Q    Did you yourself own a car? |
| 14 | A    Yes, I did. |
| 15 | Q    What kind of car did you own? |
| 16 | A    I owned a Taurus. |
| 17 | Q    What color is that car? |
| 18 | A    Brown and white. |
| 19 | Q    You had indicated that you had your surgery on |
| 20 | November 3rd? |
| 21 | A    Yes. |
| 22 | Q    You were convalescing or laid up until around the |
| 23 | first of the year? |
| 24 | A    Yes. |
| 25 | Q    Around November 15th I think you indicated that |

1    you

2    were basically bedridden at that time?

3  A  Yes, I was.

4  Q  You also indicated that you were medicated at that

5    time?

6  A  Yes, I was.

7  Q  I would assume that it was some type of pain

8    medication that you were on?

9  A  Yes.

10  Q  You also indicated that you had paid some money to

11    Ms. Frederick to retain her or to hire her as your

12    son's attorney?

13  A  Yes, I did.  The money was given to me and I paid

14    her.

15  Q  Were you aware if she had done anything on the

16    case before that time?

17  A  No.

18  Q  So, you paid her before she did anything?

19  A  I did the first time I met her, she contacted me

20    saying that she was representing my son, and that

21    she needed a certain amount of money for a writ to

22    get him out.

23  Q  Do you remember when that was?

24  A  The day that he was arrested, it was a Saturday.

25  Q  When was that?

| | | |
|---|---|---|
| 1 | A | I'm not sure of the date. |
| 2 | Q | That was awhile ago, correct? |
| 3 | A | Yes. |
| 4 | Q | How many days after the day that we're talking |
| 5 | | about here, November 15th, was it? |
| 6 | A | It could have been three days or four days. |
| 7 | Q | When did you become aware that the events of |
| 8 | | November 15th may be important? |
| 9 | A | That day.  The only thing that I was aware of was |
| 10 | | the charges. |
| 11 | Q | I think from your testimony that you indicated |
| 12 | | that what happened on that day was pretty much |
| 13 | | what happened everyday at around that time between |
| 14 | | your activity or inactivity in yourself? |
| 15 | A | Yes. |
| 16 | Q | There was never a day that he missed? |
| 17 | A | No. |
| 18 | Q | Did he always come at the exact same time? |
| 19 | A | Yes. |
| 20 | Q | He always left at the exact same time? |
| 21 | A | I don't know if it was the exact same time.  It |
| 22 | | was always in the afternoon. |
| 23 | Q | What time did he come over on that day? |
| 24 | A | In the afternoon. |
| 25 | Q | Do you know what time it was? |

| | | |
|---|---|---|
| 1 | A | It was 11:00 or 12:00. |
| 2 | Q | How much later---- you indicated that your mother, |
| 3 | | his grandmother came over? |
| 4 | A | Can you say that again? |
| 5 | Q | You also indicated or testified that your mother, |
| 6 | | your son's grandmother came over? |
| 7 | A | Yes. |
| 8 | Q | That's Juanita; is that correct? |
| 9 | A | That is correct. |
| 10 | Q | How long after he came over did she come over? |
| 11 | A | It was a great deal of time afterwards.  I stated |
| 12 | | before that she came over with my daughter after |
| 13 | | she picked her up from school. |
| 14 | Q | Where were you living at this time? |
| 15 | A | You want my address? |
| 16 | Q | Or the area.  You were living in an apartment, |
| 17 | | correct? |
| 18 | A | Yes. |
| 19 | Q | And the building was located on what street? |
| 20 | A | Lahser. |
| 21 | Q | Nearest what cross street? |
| 22 | A | McNichols. |
| 23 | Q | Were you aware that something happened to your son |
| 24 | | the day before? |
| 25 | A | The day before? |

| | | |
|---|---|---|
| 1 | Q | The day before the murder.  The day before what |
| 2 | | we're talking about here? |
| 3 | A | I was aware that my son had been robbed a few days |
| 4 | | before that. |
| 5 | Q | Was it a few days before? |
| 6 | A | I told you that I didn't recall the date. |
| 7 | Q | And you don't recall exactly how long it was |
| 8 | | before this date? |
| 9 | A | It was about two or three days before that. |
| 10 | Q | And did he ever tell you where he was robbed? |
| 11 | A | Yes, he did.  He called me as soon as it happened. |
| 12 | Q | Where did he tell you that he was robbed? |
| 13 | A | On Seven Mile, that's all I know. |
| 14 | Q | You said he called you right afterwards.  Do you |
| 15 | | remember what time he called you? |
| 16 | A | Yes, I do.  It was in the afternoon.  He had |
| 17 | | stopped and he called me and asked me if I wanted |
| 18 | | him to pick me up something from the store because |
| 19 | | I'm on my way. |
| 20 | Q | Do you remember anymore specifically then some |
| 21 | | time in the afternoon? |
| 22 | A | No. |
| 23 | Q | He was not living with you at that time; is that |
| 24 | | correct? |
| 25 | | That is correct. |

| | | |
|---|---|---|
| 1 | Q | The time before you met and paid Ms. Frederick, |
| 2 | | and the time of the trial, did you ever talk with |
| 3 | | her? |
| 4 | A | Could you say that again, did I ever talk with |
| 5 | | her? |
| 6 | Q | You said that you hired her and you said that you |
| 7 | | were at the trial? |
| 8 | A | Yes. |
| 9 | Q | And that's about six months apart here? |
| 10 | A | Yes. |
| 11 | Q | During that time in between, while the case is |
| 12 | | going on, while it's moving towards trial, did you |
| 13 | | ever speak with her? |
| 14 | A | Yes. |
| 15 | Q | You spoke to her providing an alibi to them? |
| 16 | A | That is what she talked to us about. |
| 17 | Q | So, you spoke to them about the things that you |
| 18 | | testified about here? |
| 19 | A | Exactly. |
| 20 | Q | And you have told us that you were eventually |
| 21 | | informed that she had chosen not to present you on |
| 22 | | the stand, not to have you testify? |
| 23 | A | Right. |
| 24 | Q | And you also indicated that you were in some type |
| 25 | | of disagreement with her on this, correct? |

1   A   No. I said we were in disagreement when she said

2        she had spoken to some of the witnesses and they

3        said that she had not spoken to them.  She said

4        that she had spoken to them.

5   Q   Do you remember having that conversation with her.

6        Do you remember when that was in relationship to

7        the trial approximately?

8   A   It was after the trial had begun.

9   Q   So, it was after the trial.  Do you remember what

10       witnesses---- she had spoken to you, what

11       witnesses hadn't she spoken to?

12   A   I asked her which ones had she spoken to and she

13       said the ones that I tried to call and could not

14       contact.

15   Q   She didn't tell you what names?  What names had

16       been provided to her?  What information had been

17       provided to her?

18   A   She had several names.

19   Q   What names?

20   A   I don't remember.  There were a couple that she

21       said that she had spoken to.

22   Q   You had no idea who these witnesses were?

23   A   One of them was the young lady in the building,

24       Regina, and there were a few other guys, I think

25       it was Aneesah and someone at a hotel.

44

1   Q   You had no idea of who the other people's names

2       were besides Ms. Broadnax and Regina, who lived in

3       your building?

4   A   Yes.  The other people I didn't know, I wasn't

5       aware of them, and I don't recall their names.

6       I'm not good with names.

7   Q   Were you aware whether they needed more

8       information that they had given to her besides

9       their names?

10  A   No, I wasn't.

11  Q   Now, you indicated that you hired another attorney

12      to represent your son during trial?

13  A   Yes.  My ex-brother-in-law had spoken to another

14      attorney and he was waiting outside for us to

15      retain him.

16  Q   Who was that?

17  A   I don't remember.  I can find his business card.

18  Q   You never brought this to the attention of the

19      Court in any way?

20  A   Yes.  My son did when he came in here.

21               THE COURT: Can you clarify that for me?

22               THE WITNESS: My son told the Court when

23  he came in here.

24  BY MR. BERNACKI, Continuing:

25  Q   You didn't talk to the Court?

| | | |
|---|---|---|
| 1 | A | No, I didn't. |
| 2 | Q | When I say the Court, I mean the Judge.  Were you |
| 3 | | present when your son talked to the Court? |
| 4 | A | I was sitting in there when my son walked in and |
| 5 | | said that he wanted to fire his attorney. |
| 6 | Q | That was it? |
| 7 | A | Yes. |
| 8 | Q | This was in the middle of trial? |
| 9 | A | He walked through the door. |
| 10 | Q | This was when the trial was going on? |
| 11 | A | Yes.  He walked over to her and told her that he |
| 12 | | wanted to fire you. |

13  THE COURT: I don't understand.  You said
14  you heard him tell the attorney that?

15  THE WITNESS: Yes.

16  THE COURT: He didn't tell the Court
17  that?

18  THE WITNESS: He was standing there, and
19  I assumed you all heard him.

20  MS. McCANN: I have a transcript to cite
21  that conversation if you would like it.

22  THE COURT: No, move on.

23  **BY MR. BERNACKI, Continuing:**

24  Q  When the case started, did you think you were
25  going to testify at some point?

```
1    A    Yes, I did.

2    Q    Was your mother in court during the trial?

3    A    Yes, she was.

4    Q    Was Aneesah Broadnax in court during the trial?

5    A    Yes, she was.

6    Q    Was Regina in court during the trial?

7    A    No.

8    Q    Would it be correct to state that you were not

9         aware of any other perspective witnesses of any

10        sort on behalf of your son that were present at

11        that time?

12   A    No.

13   Q    So, you were the three that were present,

14        yourself, your mother, and Aneesah?

15   A    Yes.

16              MR. BERNACKI: Thank you.  I have no

17   further questions.

18              THE COURT: Any re-direct?

19              MS. McCANN: Yes.

20        R-E-D-I-R-E-C-T   E-X-A-M-I-N-A-T-I-O-N

21   BY MS. McCANN, Continuing:

22   Q    Just to be clear.  You were present in each day of

23        trial?

24   A    Yes, I was.

25   Q    By that time you were physically getting around?
```

```
 1   A    Yes.

 2   Q    And you were willing to testify?

 3   A    Yes.

 4              THE COURT: Anything further?

 5              MR. BERNACKI: I don't have anything

 6   further, your Honor.

 7              THE COURT: You may step down.  Anybody

 8   else to testify?

 9              MS. McCANN: Yes, your Honor, we have

10   Juanita James.

11              THE COURT: Very well, bring her in.

12              MS. McCANN: Your Honor, just for the

13   record, that was in Volume I, pages three to four, you

14   were going to take it under advisement.

15              THE COURT: Volume I, pages three and

16   four.  Was that from another trial?

17              MS. McCANN: Yes.  In relation to

18   Attorney Terrell Thomas.  That was Ms. Frederick

19   discussing the situation with your Honor.

20         I call Juanita James to the stand.

21              COURT CLERK: Please, give the court

22   reporter your name.

23              MS. JUANITA JAMES: Juanita James,

24   J-A-M-E-S.

25              COURT CLERK:  Do you solemnly swear or
```

1    affirm that the testimony you will give in this matter

2    will be the truth?

3                    THE WITNESS: I do.

4                    COURT CLERK: You may be seated.

5              D-I-R-E-C-T   E-X-A-M-I-N-A-T-I-O-N

6    BY MS. McCANN, Continuing:

7    Q    Can you state your name for the record, please.

8    A    Juanita James.

9    Q    Can you spell that for the record?

10   A    J-U-A-N-I-T-A, J-A-M-E-S.

11   Q    Are you related to the Defendant, James Jones?

12   A    Yes, I'm his grandmother.

13   Q    Do you remember the time frame surrounding James

14        being arrested and being charged with murder?

15   A    Yes.

16   Q    Was your daughter having some physical

17        difficulties?

18   A    Right, she had surgery.  I was in charge of

19        picking up her daughter and taking her to school

20        and bringing her home.

21   Q    Do you recall November 15th of 2001?

22   A    Yes.  I had picked up Paris at 4:00.  It's like a

23        ten-minute drive, straight down the street on

24        Seven Mile back to their house.

25   Q    What school did she attend?

| | | |
|---|---|---|
| 1 | A | Edison Academy. |
| 2 | Q | How old is she? |
| 3 | A | She's nine. |
| 4 | Q | Is she nine now? |
| 5 | A | Yes, she's nine now, but then she was eight. |
| 6 | Q | When you arrived, did you observe Mr. James Jones? |
| 7 | A | I didn't actually see him but when we came in the |
| 8 | | house---- I just briefly ran in, and I said "how |
| 9 | | you doing", because Diane was lying on the couch. |
| 10 | | I asked her "where's Allen", and she said he was |
| 11 | | in the bathroom. |
| 12 | Q | When you say, "Allen", who are you referring to? |
| 13 | A | My grandson.  I call him Allen. |
| 14 | Q | Are you referring to James Jones? |
| 15 | A | Yes. |
| 16 | Q | His real name is Allen? |
| 17 | A | Yes. |
| 18 | Q | You didn't observe him with your own eyes? |
| 19 | A | No.  The water was running in the bathroom, and |
| 20 | | she said he was in the bathroom.  I bammed on the |
| 21 | | door, and I said, "hey", and I didn't hear him say |
| 22 | | anything.  I just heard the shower running.  I |
| 23 | | told Diane, "how you feeling", and she said that |
| 24 | | she was a little better.  I was mad at her because |
| 25 | | she had started smoking cigarettes again.  I |

1     stayed there for awhile and then I      left.

2 Q   She told you that James was in the bathroom?

3 A   Right.

4 Q   Do you recall talking to James' attorney, Leesa

5     Fredericks?

6 A   Yes.

7 Q   Do you recall the time frame of that in relation

8     to when the trial happened?

9 A   It was a month before the trial.

10 Q   Did you tell her what you testified to here in

11     Court?

12 A   Yes.

13 Q   Did she give you any expectation of whether or not

14     you would be called to testify?

15 A   She would make some remarks like she would think

16     about it.

17 Q   Did you attend the trial?

18 A   Yes.

19 Q   You were present everyday?

20 A   Everyday.

21 Q   Would you have been willing to testify?

22 A   Yes.

23        MS. McCANN: No more questions, your

24 Honor.

25        THE COURT: Mr. Bernacki.

```
 1              C-R-O-S-S   E-X-A-M-I-N-A-T-I-O-N
 2  BY MR. BERNACKI, Continuing:
 3  Q    Your daughter's surgery was a couple of weeks
 4       before this; is this correct?
 5  A    Yes.
 6  Q    And you had been responsible or the person who was
 7       picking up her daughter?
 8  A    Yes, my granddaughter.
 9  Q    So, everyday you did this?
10  A    Yes.
11  Q    On school days you did this?
12  A    Right.
13  Q    That went on for a couple of months, didn't it?
14  A    Well, she was in a lot of pain.  I did it until
15       she was able to drive.
16  Q    How long did you do this for them?
17  A    A couple of months, I don't know.
18  Q    It's hard to remember because it was a long time
19       ago, wasn't it?
20  A    I picked her up anyway.
21  Q    Were you picking her up before that time too?
22  A    Yes.
23  Q    You picked her up everyday from school?
24  A    Yes.
25  Q    The whole school year?
```

1  A    On Thursdays and Fridays I didn't, but Mondays,

2       Tuesdays and Wednesdays, those were my days to

3       pick her up.

4  Q    When your daughter was convalescing----

5  A    I had to pick her up all the time.

6              THE COURT:  Didn't you indicate that on

7  Thursdays and Fridays you didn't pick her up?

8              THE WITNESS:  No.  Thursdays and Fridays

9  were the two days that my daughter didn't work.  So,

10 when she was sick I did it all the time.

11 BY MR. BERNACKI, Continuing:

12 Q    What kind of car do you drive?

13 A    What kind of car?

14 Q    Yes.

15 A    It's a GM Prism.

16 Q    Now, you didn't see your grandson that day?

17 A    No, not physically.  I didn't see him with my

18      eyes, but she said he was in the bathroom.

19 Q    And there were other days that you went there and

20      he wasn't there; is that correct?

21 A    That he was there or he wasn't there?

22 Q    Some days he was there and some days he wasn't

23      there?

24 A    Yes.

25 Q    Do you remember when you became aware that it

| | | |
|---|---|---|
| 1 | | might be important about what you told us about |
| 2 | | today about that date? |
| 3 | A | Important---- oh, when I went to see him when he |
| 4 | | was in the County Jail, and I spoke to him about |
| 5 | | it. |
| 6 | Q | That was the first time that you were aware? |
| 7 | A | Yes. |
| 8 | Q | Do you remember about when that was? |
| 9 | A | No, I don't. About two weeks when I went to see |
| 10 | | him. About two or three weeks. |
| 11 | Q | So, late November, early December? |
| 12 | A | Yes. |
| 13 | Q | That was the first time you had seen him? |
| 14 | A | In jail. |
| 15 | Q | You hadn't been to any court appearances or |
| 16 | | anything prior to that time? |
| 17 | A | No. |
| 18 | Q | Was the only time that you were at any court |
| 19 | | appearances is when you went and attended a trial |
| 20 | | in this courtroom? |
| 21 | A | That's it. |
| 22 | Q | Did you speak with Ms. Frederick between the time |
| 23 | | you saw him in the County Jail and the time when |
| 24 | | you were in Court here? |
| 25 | A | Yes. I had spoken to her before she called me and |

1     asked me for some money.

2    Q    Had you spoken to her about your possible

3    testimony?

4    A    Yes.

5    Q    Did you tell her what you told us here?

6    A    Yes.

7    Q    She indicated to you that she wouldn't be needing

8    you to testify?

9    A    Because I didn't see him.

10    Q    On this date you just basically dropped off your

11    granddaughter, spent a few minutes and left?

12    A    Yes.  I went in to see how my daughter was doing.

13    To see if she was still in a lot of pain.  And

14    fuss at her about smoking cigarettes.

15    Q    Do you know how long you were there?

16    A    About ten minutes.

17             MR. BERNACKI: Thank you, your Honor, I

18    have nothing further.

19             THE COURT: Ms. McCann?

20             MS. McCANN: I have nothing further, your

21    Honor.

22             THE COURT: You may step down.

23             MS. McCANN: Your Honor, the next witness

24    is the one who had the ride change, so we are expecting

25    her at 1:30.

1    THE COURT: We'll adjourn until 1:30.

2    **(Whereupon upon a recess was taken)**

3    **(Back on the record)**

4    COURT CLERK: Recalling docket number

5    0113853, People versus James Jones.

6    MS. McCANN: Jacqueline McCann on behalf

7    of James Jones.

8    MR. BERNACKI: Frank Bernacki for the

9    People, your Honor.

10    THE COURT: Let's proceed.

11    MS. McCANN: For our next witness, your

12    Honor, we call Ms. Aneesah Broadnax.

13    COURT CLERK: Say your name for the court

14    reporter.

15    MS. BROADNAX: A-N-E-E-S-A-H, B-R-O-A-D-

16    N-A-X.

17    COURT CLERK: Do you solemnly swear or

18    affirm that the testimony you're about to give will be

19    the truth?

20    THE WITNESS: Yes.

21    **D-I-R-E-C-T    E-X-A-M-I-N-A-T-I-O-N**

22    BY MS. McCANN, Continuing:

23    Q    Good afternoon.  Could you state your name for the

24        record, please.

25    A    Aneesah Broadnax.

1  Q    You know the Defendant, James Jones.

2  A    Yes.

3  Q    Do you have any type of relationship with him, or

4       did you at one time?

5  A    Yes.

6  Q    Can you tell the Court what that was?

7  A    I was his girlfriend.

8  Q    Were you his girlfriend at the time when he was

9       arrested and charged in this case in November of

10      2001?

11 A    Yes.

12 Q    Do you remember the events of November 16, 2001?

13 A    Yes, I do.

14 Q    Can you tell me what you did that day, starting in

15      the afternoon.

16 A    Considering that it was almost two years ago, it

17      was a regular day.  We got up.  I had an interview

18      that day.----

19 Q    Now, when you say, "we got up", who are you

20      referring to?

21 A    Me and James Jones.  We got up early because I had

22      an interview that day.  His mother was just

23      getting over being ill, so he wanted to go over

24      his mother's house.

25 Q    What time was your interview?

1    A    It wasn't a set time. Actually I was going to

2         fill out an application and take a test and you

3         had to be there before 3:00.

4    Q    So, approximately what time do you think you left,

5         you and James left?

6    A    I got there and it was almost 3:00, so we probably

7         left about 2:00.

8    Q    When you said, "I got there", where were you

9         referring to?

10   A    To his mother's house.

11   Q    Did you meet James there at his mother's?

12   A    Yes.

13   Q    What did you do then?

14   A    Then I went to the job interview which was in

15        Southfield.

16   Q    Do you recall approximately how long you were at

17        the interview or at the application process?

18   A    Probably about an hour.

19   Q    Afterwards, where did you go?

20   A    After the interview I picked him up.

21   Q    Where was he located?

22   A    At his mother's house. We then went back to the

23        room.

24   Q    When you returned to the apartment to get James

25        did you go up inside?

| | | |
|---|---|---|
| 1 | A | I went up there for a minute. |
| 2 | Q | When you picked him up where did the two of you |
| 3 | | go? |
| 4 | A | We went back to Marvin Gardens, to the hotel. |
| 5 | Q | Is that where you were staying? |
| 6 | A | Yes, at the time. |
| 7 | Q | What time do you think you arrived there? |
| 8 | A | I'm not sure.  I don't remember. |
| 9 | Q | Was it dark out or light out? |
| 10 | A | It was kind of dark out. |
| 11 | Q | Did you do anything else that night? |
| 12 | A | No we did what we usually did.  We ordered some |
| 13 | | food and watched TV. |
| 14 | Q | Do you recall the attorney that James had, Leesa |
| 15 | | Fredericks? |
| 16 | A | Yes. |
| 17 | Q | Did you have any conversations with her about what |
| 18 | | you just testified to? |
| 19 | A | Yes, I did.  I told her everything that happened |
| 20 | | that day.  The day that we were together.  The day |
| 21 | | we went to the police station.  When they took |
| 22 | | him, she asked me what happened. |
| 23 | Q | You told Ms. Fredericks that on the day that you |
| 24 | | and Mr. Jones and she went to the police station? |
| 25 | A | Yes, I told her that. |

| | | |
|---|---|---|
| 1 | Q | Do you recall how long after the day it was or the |
| 2 | | few days later after this? |
| 3 | A | No. |
| 4 | Q | Did you expect to be called to testify at the |
| 5 | | trial? |
| 6 | A | No. |
| 7 | Q | Why not? |
| 8 | A | Because she said she wasn't going to put me on the |
| 9 | | stand. |
| 10 | Q | Did she give you any reason? |
| 11 | A | No. |
| 12 | Q | Would you have been willing to testify? |
| 13 | A | Yes, at the time. |
| 14 | Q | Since then have you felt threatened in some way? |
| 15 | A | I mean since I got the call for the trial, maybe, |
| 16 | | just because. |
| 17 | Q | Is there anyone in particular that made threats |
| 18 | | against you? |
| 19 | A | No, nobody threatened me or anything like that. |
| 20 | | It was just the thought of having to go to trial |
| 21 | | and everything. |
| 22 | Q | Did you attend the trial? |
| 23 | A | Yes. |
| 24 | | MS. McCANN: No more questions at this |
| 25 | | time, your Honor. |

1                THE COURT: Mr. Bernacki.

2                MR. BERNACKI: Thank you, your Honor.

3          C-R-O-S-S  E-X-A-M-I-N-A-T-I-O-N

4  BY MR. BERNACKI, Continuing:

5  Q   Where did you go and fill out the application?

6  A   Adiclaim.

7  Q   Where is that?

8  A   It's in Southfield, like on Nine Mile and

9      Greenfield area.

10  Q   Where were you living?

11  A   At the time we were living at Marvin Gardens.

12  Q   Where is that?

13  A   It's in Southfield.

14  Q   Where?

15  A   On Telegraph or Northwestern Highway, something

16      like that.

17  Q   Does he have a car?

18  A   Yes, he has a car.

19  Q   And he just didn't drive to his mother's house?

20  A   No.

21  Q   Why did you have to go and drop him off?

22  A   He wanted to get dropped off.  He didn't want to

23      drive that day.

24  Q   You said that it took you an hour to drive there?

25  A   No.  I had to take him to his mother's house,

1   which she stay on---- we were in Southfield, and

2   we left probably about 2:00.  She stayed off of

3   Telegraph, maybe about 15 minutes away, and then I

4   had to go to Southfield, and it probably took me

5   about 15 minutes to get there.  So, I got there a

6   little before 3:00.  In just enough time to take

7   the test, and I had to take it twice.

8   Q   What did you do the day before?

9   A   I don't remember what I did the day before.

10   Q   The day after?

11   A   I mean we did the same thing basically everyday.

12   Q   How do you remember this day?

13   A   Because it was drastic.  He got taken away from me

14   that day.

15   Q   That day he got arrested, right?

16   A   Yes.

17   Q   So you're telling us about the day he got

18   arrested?

19   A   You know what, that's not the day he got arrested.

20   It was the day after and the lawyer asked me what

21   I did.  I don't remember what I did that day, the

22   day before he got arrested.

23   Q   So, he got arrested the day after?

24   A   I'm not sure.  I can't remember.

25   Q   You can't remember what day you're talking about,

1        can you?

2    A    No, I remember November 15th.

3    Q    You can't remember November 14th, you can't

4        remember November 16th, but you remember November

5        15th?

6    A    Yes.  That was the day in question.

7    Q    That was the day in question and you know exactly

8        happened that day?

9    A    Yes.

10    Q    You don't remember the day he got arrested?

11    A    It was maybe two days after that?

12    Q    But you don't know?

13    A    It was about two years ago.

14    Q    You're not really sure about anything?

15    A    I'm sure about November 15th.

16    Q    But not about anything else?

17    A    I don't know what I was supposed to be sure about.

18    Q    You can't tell us anything about November 14th or

19        November 16th?

20    A    November 14th didn't have anything to do with

21        this.

22                MS. McCANN: Objection.  Asked and

23  answered.

24                THE COURT: I think so, go ahead please.

25  BY MR. BERNACKI, Continuing:

| | | |
|---|---|---|
| 1 | Q | You don't remember what time you picked him up? |
| 2 | A | It was after I came from the interview. |
| 3 | Q | But you don't remember the time? |
| 4 | A | No, I don't. |
| 5 | Q | You weren't with him the day before, were you? |
| 6 | A | Yes, I was with him everyday. |
| 7 | Q | Were you with him when he got robbed? |
| 8 | A | No, I wasn't with him when he got robbed. |
| 9 | Q | When did he get robbed? |
| 10 | A | I guess a couple of days before that? |
| 11 | Q | You don't remember that day, do you? |
| 12 | A | Yes. I remember that day too because he called me |
| 13 | | right after they robbed him. |
| 14 | Q | Did you drop him off that day too? |
| 15 | A | No, he dropped me off actually. |
| 16 | Q | Now, you said that the first time that you talked |
| 17 | | to the attorney was when you went with him to the |
| 18 | | police? |
| 19 | A | The police station. |
| 20 | Q | Why did you do with him to the police station? |
| 21 | A | He asked me to go. |
| 22 | Q | He had his attorney there too? |
| 23 | A | Yes. |
| 24 | Q | He wasn't arrested then was he? |
| 25 | A | No. |

1   Q   He was down there voluntarily?

2   A   Yes.

3   Q   He was arrested after that?

4   A   Right.

5   Q   The attorney spoke to you and asked you about that

6       day?

7   A   Yes.

8   Q   And then the attorney told you that you weren't

9       going to testify?

10  A   Yes.

11  Q   Do you remember when she told you that, in

12      relation to the trial date?

13  A   I mean shortly---- I guess during the trial.  She

14      told me during the trial that she wasn't going to

15      put me on the stand.

16  Q   Do you know if they were looking for any other

17      witnesses?

18  A   For who, James Jones?

19  Q   Yes.  His mother was there, correct, at trial?

20  A   Yes.

21  Q   His grandmother?

22  A   Yes.

23  Q   Were they looking for anybody else?

24  A   No, not that I know of.

25              MR. BERNACKI: Thank you, I have nothing

further.

THE COURT: Any re-direct?

MS. McCANN: No more questions.

THE COURT: You can step down. Anymore testimony for the time being.

MS. McCANN: Yes. I would like to ask the Court what proceeding are you going to allow us?

THE COURT: I would say maybe in a couple of weeks. Maybe you can anticipate maybe getting an update on where you are. We can probably do that---- we need to find out if it's necessary to actually do that. We can see where we are and where we stand. In a couple of weeks or so.

MR. BERNACKI: Do you want to do it on the 18th, I have a number of other things that I have to do on that date. Let's look at having a final conference on the 17th; is that okay?

MS. McCANN: Your Honor, can we start the process of getting the transcript of this hearing.

THE COURT: Yes.

MS. McCANN: I'm sorry, your Honor, but can I get an interim order to file with the court of appeals just to let them know the reserved testimony day and when we'll be back.

THE COURT: We'll prepare that for you.

(Whereupon proceedings concluded)


C-E-R-T-I-F-I-C-A-T-E

STATE OF MICHIGAN)

                    ss

COUNTY OF WAYNE)



Dated: July 11, 2003.


          I certify that this

          transcript, consisting of 66

          pages is a true and correct

          transcript of the proceedings

          held on June 27, 2003.


          LISA BANKHEAD, CSMR 6734

          Certified Mask Reporter

          New Century Court Reporting

          660 Woodward Avenue, #1131

          Detroit, Michigan 48226

          (313) 963-5410

          _____
          Lisa Bankhead